# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, <br><br> Plaintiff, <br><br> v. <br><br> J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC., <br><br> Defendants. | Case No. 24-449 <br><br> **CERTIFICATE PURSUANT TO L.R. 81** |

Defendant Gannett Co., Inc. ("Gannett"), by and through its attorneys, Faegre Drinker Biddle & Reath LLP, and pursuant to Local Rule 81 certify the following in support of its Notice of Removal:

(a)     All pleadings and papers filed in the state court proceeding are attached to the Notice of Removal as "Exhibit A."

(b)     No matters are pending in the state court that will require resolution by this Court, other than the claims asserted by Plaintiff.

(c)     The following attorneys for Plaintiff have appeared in the state court action:

EDWARD ANDREW PALTZIK
Bochner PLLC
1040 Avenue of the Americas 15th Floor
New York, NY 10018
(516) 526-0341
*edward@bochner.law*

ALAN R. OSTERGREN
Attorney at Law
Alan R. Ostergren, PC 500 East Court Avenue Suite 420
Des Moines, Iowa 50309
(515) 297-0134
*alan.ostergren@ostergrenlaw.com*

(d) The following attorney for Defendant Gannett has appeared in the state court action solely in connection with filing the Notice of Removal as required by 28 U.S.C. § 1446:

> David Yoshimura
> Faegre Drinker Biddle & Reath LLP
> 801 Grand Avenue, 33rd Floor
> Des Moines, Iowa 50309-8003

| | |
|---|---|
| Dated: December 17, 2024 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | /s/ *Nicholas Klinefeldt*_____ |
| | Nicholas Klinefeldt |
| | *nick.klinefeldt@faegredrinker.com* |
| | Jacob Bylund |
| | *jacob.bylund@faegredrinker.com* |
| | Andrew Anderson |
| | *andrew.anderson@faegredrinker.com* |
| | David Yoshimura |
| | *david.yoshimura@faegredrinker.com* |
| | Joseph Quinn |
| | *joe.quinn@faegredrinker.com* |
| | 801 Grand Avenue, 33rd Floor |
| | Des Moines, Iowa 50309-8003 |
| | Telephone: (515) 248-9000 |
| | Facsimile: (515) 248-9010 |
| | |
| | **ATTORNEYS FOR DEFENDANT GANNETT CO., INC.** |

## Certificate of Service

The undersigned certifies that a true copy of the **Certificate Pursuant to L.R. 81** was served upon all parties of record through the court's CM/ECF electronic filing system with copies to the below named individuals by electronic mail on December 17, 2024.

/s/ Paulette Ohnemus

Copy to:

    EDWARD ANDREW PALTZIK
    Bochner PLLC
    1040 Avenue of the Americas 15th Floor
    New York, NY 10018
    (516) 526-0341
    *edward@bochner.law*

    ALAN R. OSTERGREN
    Attorney at Law
    Alan R. Ostergren, PC 500 East Court Avenue Suite 420
    Des Moines, Iowa 50309
    (515) 297-0134
    *alan.ostergren@ostergrenlaw.com*

*Attorneys for Plaintiff*