IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

PRESIDENT DONALD J. TRUMP, an individual,

    Plaintiff,

v.

J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,

    Defendants.

Case No. 4:24-cv-00449

**AFFIDAVIT OF FILING OF STATE COURT NOTICE OF NOTICE OF REMOVAL**

State of Iowa    )
                       ) ss:
County of Polk  )

I, David Yoshimura, being first duly sworn on oath depose and state:

On December 17, 2024 Defendant Gannett Co., Inc. ("Defendant") filed its Notice of Filing Notice of Removal with the Clerk of the Iowa District Court in and for Polk County. A copy of said Notice, bearing the "Filed" stamp of the Polk County District Court, is attached as Exhibit A to this Affidavit.

_____

Subscribed and sworn to before me on December 18th, by David Yoshimura.

_____
Notary Public in and for the State of Iowa

My Commission Expires: 9-13-25

PAULETTE OHNEMUS
Commission Number 748875
My Commission Expires
September 13, 2025

1

## Certificate of Service

The undersigned certifies that a true copy of **Affidavit of Filing of State Court Notice of Notice of Removal** was served upon all parties of record through the court's CM/ECF electronic filing system with copies to the below named individuals by electronic mail on December 18, 2024.

/s/ Paulette Ohnemus

Copy to:

EDWARD ANDREW PALTZIK
Bochner PLLC
1040 Avenue of the Americas 15th Floor
New York, NY 10018
(516) 526-0341
*edward@bochner.law*

ALAN R. OSTERGREN
Attorney at Law
Alan R. Ostergren, PC 500 East Court Avenue Suite 420
Des Moines, Iowa 50309
(515) 297-0134
*alan.ostergren@ostergrenlaw.com*

*Attorneys for Plaintiff*