# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Civil Case No. 4:24-cv-00449-RGE-WPK<br><br>**NOTICE OF APPEARANCE OF GREG H. GREUBEL** |

**COME NOW**, Greg H. Greubel hereby enters his Appearance as an attorney on behalf of Defendants J. Ann Selzer and Selzer & Company in the above-captioned matter.

Respectfully Submitted,

*/s/ Greg H. Greubel*
Greg H. Greubel (AT0015474)
FOUNDATION FOR INDIVIDUAL
 RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Facsimile: (215) 717-3440
Email: greg.greubel@thefire.org

*Attorney for Defendants J. Ann Selzer and Selzer & Company*

## Certificate of Service

The undersigned certifies that a true copy of the foregoing Notice of Appearance was served upon all parties of record through the court's CM/ECF electronic filing system.

Dated: January 7, 2025                                       */s/ Greg H. Greubel*
                                                             Greg H. Greubel