# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, | |
| Plaintiff, | Civil Case No. 4:24-cv-00449-RGE-WPK |
| v. | **DEFENDANT J. ANN SELZER'S RULE 7.1 DISCLOSURE** |
| J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Defendant J. Ann Selzer discloses that she is a citizen of the State of Iowa.

Respectfully Submitted,

Robert Corn-Revere, DC Bar 375415*
Conor T. Fitzpatrick, Mich. Bar P78981*
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave., SE; Suite 340
Washington, D.C. 20003
Telephone: (215) 717-3473
Facsimile: (215) 717-3440
Email: bob.corn-revere@thefire.org
Email: conor.fitzpatrick@thefire.org

*Attorneys for Defendants J. Ann Selzer and Selzer & Company*

*\*Pro Hac Vice motions forthcoming*

*/s/ Greg H. Greubel*
Greg H. Greubel (AT0015474)
Adam Steinbaugh, Cal. Bar 304829*
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Facsimile: (215) 717-3440
Email: greg.greubel@thefire.org
Email: adam@thefire.org

**Certificate of Service**

The undersigned certifies that a true copy of the foregoing Rule 7.1 Disclosure was served upon all parties of record through the court's CM/ECF electronic filing system.

Dated: January 7, 2025                    */s/ Greg H. Greubel*
                                          Greg H. Greubel