## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>    Defendants. | Civil Case No. 4:24-cv-00449-RGE-WPK<br><br>**DEFENDANT SELZER & COMPANY'S RULE 7.1 DISCLOSURE** |

Pursuant to Fed. R. Civ. P. 7.1, LR 7.1(d), and LR 81(d), Defendant Selzer & Company states that it is a citizen of the State of Iowa for the purposes of diversity jurisdiction. Further, Selzer & Company does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully Submitted,

| | |
|---|---|
| Robert Corn-Revere, DC Bar 375415*<br>Conor T. Fitzpatrick, Mich. Bar P78981*<br>FOUNDATION FOR INDIVIDUAL<br>   RIGHTS AND EXPRESSION (FIRE)<br>700 Pennsylvania Ave., SE; Suite 340<br>Washington, D.C. 20003<br>Telephone: (215) 717-3473<br>Facsimile: (215) 717-3440<br>Email: bob.corn-revere@thefire.org<br>Email: conor.fitzpatrick@thefire.org | */s/ Greg H. Greubel*<br>Greg H. Greubel (AT0015474)<br>Adam Steinbaugh, Cal. Bar 304829*<br>FOUNDATION FOR INDIVIDUAL<br>   RIGHTS AND EXPRESSION (FIRE)<br>510 Walnut St., Suite 900<br>Philadelphia, PA 19106<br>Telephone: (215) 717-3473<br>Facsimile: (215) 717-3440<br>Email: greg.greubel@thefire.org<br>Email: adam@thefire.org |

*Attorneys for Defendants J. Ann Selzer and Selzer & Company*

*\*Pro Hac Vice motions forthcoming*

## Certificate of Service

The undersigned certifies that a true copy of the foregoing Rule 7.1 Disclosure was served upon all parties of record through the court's CM/ECF electronic filing system.

Dated: January 7, 2025                             */s/ Greg H. Greubel*
                                                   Greg H. Greubel