# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>*Defendants*. | Civil Case No. 4:24-cv-00449-RGE-WPK<br><br>**NOTICE OF APPEARANCE OF NICK KLINEFELDT** |

Nick Klinefeldt of Faegre Drinker Biddle & Reath LLP hereby enters his appearance as counsel of record on behalf of Defendants Des Moines Register and Tribune Company and Gannett Co., Inc. and certifies that he is admitted to practice in this Court.

Dated: January 8, 2025　　　　　　　　**FAEGRE DRINKER BIDDLE & REATH LLP**

　　　　　　　　　　　　　　　　　　　*/s/ Nick Klinefeldt*
　　　　　　　　　　　　　　　　　　　Nicholas A. Klinefeldt, AT0008771
　　　　　　　　　　　　　　　　　　　*nick.klinefeldt@faegredrinker.com*
　　　　　　　　　　　　　　　　　　　801 Grand Avenue, 33rd Floor
　　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50309
　　　　　　　　　　　　　　　　　　　Telephone: (515) 248-9000
　　　　　　　　　　　　　　　　　　　Facsimile:  (515) 248-9010

　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR DEFENDANTS DES MOINES REGISTER AND TRIBUNE COMPANY AND GANNETT CO., INC.***

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true copy of **Notice of Appearance of Nick Klinefeldt** was served upon the attorney(s) of record for each party to the above-entitled cause through the Court's electronic filing system on January 8, 2025.

                                                       */s/ Anne Larkin*