# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:24-cv-00449-RGE-WPK<br><br>**CORPORATE DISCLOSURE STATEMENT OF DES MOINES REGISTER AND TRIBUNE COMPANY** |

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1(d) and 81(d), Defendant Des Moines Register and Tribune Co. states that it is an Iowa corporation with a principal place of business in New York for the purposes of diversity jurisdiction. The Des Moines Register and Tribune Co. is an indirect wholly owned subsidiary of Gannett Co., Inc. and is not publicly traded.

Dated:  January 8, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nicholas Klinefeldt*
Nicholas Klinefeldt
*nick.klinefeldt@faegredrinker.com*
David Yoshimura
*david.yoshimura@faegredrinker.com*
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**ATTORNEYS FOR DEFENDANTS GANNETT CO., INC. AND DES MOINES REGISTER AND TRIBUNE COMPANY**

2

**Certificate of Service**

    The undersigned certifies that a true copy of **Corporate Disclosure Statement of Des Moines Register and Tribune Company** was served upon all parties of record through the court's CM/ECF electronic filing system with copies to the below named individuals by electronic mail on January 8, 2025.

/s/ *Anne Larkin*