# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, <br><br> Plaintiff, <br><br> v. <br><br> J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC., <br><br> Defendants. | Case No. 4:24-cv-00449-RGE-WPK <br><br> **CORPORATE DISCLOSURE STATEMENT OF GANNETT CO., INC.** |

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1(d) and 81(d), Defendant Gannett Co, Inc. states that it is a Delaware corporation with a principal place of business in New York for the purposes of diversity jurisdiction. Gannett Co., Inc. does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: January 8, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nicholas Klinefeldt*
Nicholas Klinefeldt
*nick.klinefeldt@faegredrinker.com*
David Yoshimura
*david.yoshimura@faegredrinker.com*
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**ATTORNEYS FOR DEFENDANTS GANNETT CO., INC. AND DES MOINES REGISTER AND TRIBUNE COMPANY**

**Certificate of Service**

    The undersigned certifies that a true copy of **Corporate Disclosure Statement of Gannett Co, Inc.** was served upon all parties of record through the court's CM/ECF electronic filing system with copies to the below named individuals by electronic mail on January 8, 2025.

                                                      /s/ *Anne Larkin*