# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:24-cv-00449-RGE-WPK<br><br>**CONSENT TO REMOVAL** |

Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendants J. Ann Selzer, Selzer & Company, and Des Moines Register and Tribune Company, through undersigned counsel, hereby consent and join the removal of this matter from the Iowa District Court for Polk County to the United States District Court for the Southern District of Iowa, Central Division.

| | |
|---|---|
| Dated:  January 9, 2025 | **FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**<br><br>*/s/ Robert Corn-Revere*<br>Robert Corn-Revere*<br>*bob.corn-revere@thefire.org*<br>Conor T. Fitzpatrick*<br>*conor.fitzpatrick@thefire.org*<br>700 Pennsylvania Avenue SE, Suite 340<br>Washington, D.C. 20003<br>Telephone: (215) 717-3473<br>Facsimile: (215) 717-3440<br><br>Greg H. Greubel<br>*greg.greubel@thefire.org*<br>Adam Steinbaugh*<br>*adam@thefire.org*<br>510 Walnut Street, Suite 900<br>Philadelphia, PA 19106<br>Telephone: (215) 717-3473 |

Facsimile: (215) 717-3440

*Admitted Pro Hac Vice*

**ATTORNEYS FOR DEFENDANTS J. ANN SELZER AND SELZER & COMPANY**


**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nicholas Klinefeldt*
Nicholas Klinefeldt
*nick.klinefeldt@faegredrinker.com*
David Yoshimura
*david.yoshimura@faegredrinker.com*
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**ATTORNEYS FOR DEFENDANTS GANNETT CO., INC. AND DES MOINES REGISTER AND TRIBUNE COMPANY**

2

**Certificate of Service**

  The undersigned certifies that a true copy of **Consent to Removal** was served upon all parties of record through the court's CM/ECF electronic filing system with copies to the below named individuals by electronic mail on January 9, 2025.

                 /s/ Paulette Ohnemus