IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:24-cv-00449-RGE-WPK<br><br>**JOINT MOTION FOR DEADLINES FOR INITIAL MOTION PRACTICE** |

COME NOW Plaintiff President Donald J. Trump ("President Trump") and Defendants J. Ann Selzer, Selzer & Company, Des Moines Register and Tribune Company, and Gannett Co., Inc., pursuant to Federal Rules of Civil Procedure 16 and 26 and LR 7(d), 7.1, 16, and 26, and hereby respectfully request that this Court set deadlines for the filing of President Trump's anticipated Amended Complaint and motion to remand pursuant to 28 U.S.C. § 1447(c), and Defendants' anticipated motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b). In support thereof, the parties state as follows:

1. On December 16, 2024, President Trump filed a Petition initiating this lawsuit in the Iowa District Court for Polk County.

2. The next day, Defendant Gannett Co., Inc. removed the lawsuit to this Court and alleged that this Court has original jurisdiction under 28 U.S.C. § 1332(a). (ECF 1.)

3. Per 28 U.S.C. § 1447(c), President Trump's current deadline to move to remand this lawsuit to Iowa District Court for Polk County is 30 days after Defendant Gannett Co., Inc. removed it, which is January 16, 2025.

Case 4:24-cv-00449-RGE-WPK   Document 19   Filed 01/09/25   Page 2 of 6

4. President Trump anticipates filing an Amended Complaint, and Defendants have agreed to accept service of it. Should President Trump choose not to file an Amended Complaint, Defendants have agreed to accept service of the initial Petition.

5. The parties have met and conferred regarding their expected plans for initial motion practice. President Trump anticipates filing a motion to remand, and the Defendants anticipate filing motions to dismiss.

6. For the sake of efficiency and for the convenience of the Court and the parties, the parties wish to coordinate the filing of and the deadlines related to President Trump's anticipated Amended Complaint and motion to remand, and the Defendants' anticipated motions to dismiss.

7. Accordingly, the parties respectfully request that the Court enter an Order setting the following deadlines:

   a. President Trump and any other parties joined as plaintiffs may file an Amended Complaint on or before January 24, 2025;

   b. If President Trump and any other parties joined as plaintiffs file an Amended Complaint, all Defendants will accept service of the Amended Complaint in accordance with the Federal Rules of Civil Procedure and waive any defenses or objections relating to service of process;

   c. If President Trump does not file an Amended Complaint, all Defendants will accept service of the Petition in accordance with the Federal Rules of Civil Procedure and waive any defenses or objections relating to service of process;

   d. President Trump and any other parties joined as plaintiffs may file a motion to remand this case to Iowa District Court for Polk County on or before February 14, 2025, and their deadline to file a motion to remand this case to Iowa District

2

Court for Polk County is hereby extended to February 14, 2025; and the Defendants may file motions to dismiss, or otherwise respond to the Petition or Amended Complaint, on or before February 14, 2025, and their deadline to file motions to dismiss, or otherwise respond to the Petition or Amended Complaint is hereby extended to February 14, 2025;

e. President Trump and any other parties joined as plaintiffs may file an opposition to the motions to dismiss and Defendants may file an opposition to President Trump's motion to remand on or before March 7, 2025;

f. President Trump and any other parties joined as plaintiffs may file a reply in support of his motion to remand and Defendants may file replies in support of the motions to dismiss on or before March 21, 2025; and

g. If this Court denies a motion to remand by President Trump and any other parties joined as plaintiffs, the parties will submit a proposed Rule 16(b) and Rule 26(f) scheduling order and discovery plan within 30 days of such denial of the motion to remand.

8. Such coordination will sequence and streamline the various due dates to maximize efficiency, preserve the parties' and the Court's resources, and provide the parties and the Court with certainty regarding the date by which these threshold issues will be fully ready for the Court's consideration.

Wherefore, the parties respectfully request that this Court set deadlines for the filing of the anticipated Amended Complaint and motion to remand by President Trump and any other parties joined as plaintiffs, and the Defendants' anticipated motions to dismiss as set forth above.

Dated: January 9, 2025

**BOCHNER PLLC**

*/s/ Edward Andrew Paltzik*
1040 Avenue of the Americas 15th Floor
New York, NY 10018
(516) 526-0341
*edward@bochner.law*

**ALAN R. OSTERGREN PC**
Alan R. Ostergren
500 East Court Avenue
Suite 420
Des Moines, Iowa 50309
(515) 297-0134
*alan.ostergren@ostergrenlaw.com*

**ATTORNEYS FOR PLAINTIFF PRESIDENT DONALD J. TRUMP**

**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**

*/s/ Robert Corn-Revere*
Robert Corn-Revere*
*bob.corn-revere@thefire.org*
Conor T. Fitzpatrick*
*conor.fitzpatrick@thefire.org*
700 Pennsylvania Avenue SE, Suite 340
Washington, D.C. 20003
Telephone: (215) 717-3473
Facsimile: (215) 717-3440

Greg H. Greubel
*greg.greubel@thefire.org*
Adam Steinbaugh*
*adam@thefire.org*
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Facsimile: (215) 717-3440

**Admitted Pro Hac Vice*

**ATTORNEYS FOR DEFENDANTS J. ANN SELZER AND SELZER & COMPANY**

4

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nicholas Klinefeldt*
Nicholas Klinefeldt
*nick.klinefeldt@faegredrinker.com*
David Yoshimura
*david.yoshimura@faegredrinker.com*
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**ATTORNEYS FOR DEFENDANTS GANNETT CO., INC. AND DES MOINES REGISTER AND TRIBUNE COMPANY**

**Certificate of Service**

  The undersigned certifies that a true copy of **Joint Motion for Deadlines for Initial Motion Practice** was served upon all parties of record through the court's CM/ECF electronic filing system with copies to the below named individuals by electronic mail on January 9, 2025.

                /s/ Paulette Ohnemus