IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| DONALD J. TRUMP,<br><br>Plaintiff,<br><br>vs.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, GANNETT CO., INC.,<br><br>Defendants. | 4:24-cv-00449-RGE-WPK<br><br><br>ORDER GRANTING JOINT MOTION FOR DEADLINES FOR INITIAL MOTION PRACTICE |

Before the Court is the parties' Joint Motion for Deadlines for Initial Motion Practice (Joint Motion). ECF 19. The parties request the Court set deadlines and stipulations for the filing of various pre-discovery matters. For the reasons stated in the parties' Joint Motion, the Court **grants** the Joint Motion, and orders the following, as agreed upon by the parties:

1. President Trump and any other parties joined as plaintiffs may file an Amended Complaint on or before January 24, 2025;

2. If President Trump and any other parties joined as plaintiffs file an Amended Complaint, all Defendants will accept service of the Amended Complaint in accordance with the Federal Rules of Civil Procedure and waive any defenses or objections relating to service of process;

3. If President Trump does not file an Amended Complaint, all Defendants will accept service of the Petition in accordance with the Federal Rules of Civil Procedure and waive any defenses or objections relating to service of process;

4. President Trump and any other parties joined as plaintiffs may file a motion to remand this case to Iowa District Court for Polk County on or before February 14, 2025, and their deadline to file a motion to remand this case to Iowa District Court for Polk County is hereby extended to February 14, 2025; and the Defendants may file motions to dismiss, or otherwise respond to the Petition or Amended Complaint, on or before February 14, 2025, and their deadline to file motions to dismiss, or otherwise respond to the Petition or Amended Complaint is hereby extended to February 14, 2025;

5. President Trump and any other parties joined as plaintiffs may file an opposition to the motions to dismiss and Defendants may file an opposition to President Trump's motion to remand on or before March 7, 2025;

6. President Trump and any other parties joined as plaintiffs may file a reply in support of his motion to remand and Defendants may file replies in support of the motions to dismiss on or before March 21, 2025; and

7. If this Court denies a motion to remand by President Trump and any other parties joined as plaintiffs, the parties will submit a proposed Rule 16(b) and Rule 26(f) scheduling order and discovery plan within 30 days of such denial of the motion to remand.

IT IS SO ORDERED.

Dated January 13, 2025.

_____
Honorable William P. Kelly
U.S. Magistrate Judge