IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>        Defendants. | Case No. 4:24-cv-00449-RGE-WPK<br><br>**MOTION FOR EXTENTION OF DEADLINES FOR INITIAL MOTION PRACTICE** |

      Plaintiff President Donald J. Trump ("President Trump") pursuant to Federal Rules of Civil Procedure 16 and 26 and LR 7(d), 7.1, 16, and 26, and hereby respectfully requests that this Court set revised deadlines for the filing of President Trump's anticipated Amended Complaint and motion to remand pursuant to 28 U.S.C. § 1447(c), and Defendants' anticipated motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b). In support thereof, President Trump states as follows:

      1.     On January 9, 2025, the Parties filed an initial "Joint Motion for Deadlines for Initial Motion Practice."

      2.     On January 13, 2025, this Court issued an "Order Granting Joint Motion for Deadlines for Initial Motion Practice" (the "First Order Granting Joint Motion").

      3.     As set forth in the Order Granting Joint Motion, President Trump anticipates filing an Amended Complaint, and Defendants have agreed to accept service of it, and further, should President Trump choose not to file an Amended Complaint, Defendants have agreed to accept service of the initial Petition.

1

4.  The parties have now met and conferred once again regarding their expected plans for initial motion practice. President Trump still anticipates filing a motion to remand, and the Defendants still anticipate filing motions to dismiss.

5.  President Trump's counsel request additional time for case preparation and investigation. President Trump therefore requests a one-week extension of the deadlines previously established by the Court's Order Granting Joint Motion.

6.  Accordingly, President Trump respectfully requests that the Court enter an order setting the following revised deadlines:

   a. President Trump and any other parties joined as plaintiffs may file an Amended Complaint on or before January 31, 2025;

   b. If President Trump and any other parties joined as plaintiffs file an Amended Complaint, all Defendants will accept service of the Amended Complaint in accordance with the Federal Rules of Civil Procedure and waive any defenses or objections relating to service of process;

   c. If President Trump does not file an Amended Complaint, all Defendants will accept service of the Petition in accordance with the Federal Rules of Civil Procedure and waive any defenses or objections relating to service of process;

   d. President Trump and any other parties joined as plaintiffs may file a motion to remand this case to Iowa District Court for Polk County on or before February 21, 2025, and their deadline to file a motion to remand this case to Iowa District Court for Polk County is hereby extended to February 21, 2025; and the Defendants may file motions to dismiss, or otherwise respond to the Petition or Amended Complaint, on or before February 21, 2025, and their deadline to file motions to

       dismiss, or otherwise respond to the Petition or Amended Complaint is hereby extended to February 21, 2025;

    e. President Trump and any other parties joined as plaintiffs may file an opposition to the motions to dismiss and Defendants may file an opposition to President Trump's motion to remand on or before March 14, 2025;

    f. President Trump and any other parties joined as plaintiffs may file a reply in support of his motion to remand and Defendants may file replies in support of the motions to dismiss on or before March 28, 2025; and

    g. If this Court denies a motion to remand by President Trump and any other parties joined as plaintiffs, the parties will submit a proposed Rule 16(b) and Rule 26(f) scheduling order and discovery plan within 30 days of such denial of the motion to remand.

    7.    Such coordination will sequence and streamline the various due dates to maximize efficiency, preserve the parties' and the Court's resources, and provide the parties and the Court with certainty regarding the date by which these threshold issues will be fully ready for the Court's consideration. Counsel for all defendants have been contacted and indicate they do not oppose this motion.

    Wherefore, President Trump respectfully requests that this Court set deadlines for the filing of the anticipated Amended Complaint and motion to remand by President Trump and any other parties joined as plaintiffs, and the Defendants' anticipated motions to dismiss as set forth above.

Dated:  January 23, 2025

**BOCHNER PLLC**

*/s/ Edward Andrew Paltzik*
1040 Avenue of the Americas 15th Floor
New York, NY 10018
(516) 526-0341
*edward@bochner.law*

**ALAN R. OSTERGREN PC**
Alan R. Ostergren
500 East Court Avenue
Suite 420
Des Moines, Iowa 50309
(515) 297-0134
*alan.ostergren@ostergrenlaw.com*

**ATTORNEYS FOR PLAINTIFF PRESIDENT DONALD J. TRUMP**

**Certificate of Service**

The undersigned certifies that a true copy of **Motion for Extension of Deadlines for Initial Motion Practice** was served upon all parties of record through the court's CM/ECF electronic filing system with copies to the below named individuals by electronic mail on January 23, 2025.

/s/ Alan R. Ostergren