IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DONALD J. TRUMP,<br><br>Plaintiff,<br><br>vs.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, GANNETT CO., INC.,<br><br>Defendants. | 4:24-cv-00449-RGE-WPK<br><br><br>ORDER GRANTING MOTION FOR EXTENSION OF DEADLINES FOR INITIAL MOTION PRACTICE |

Before the Court is Plaintiff's Motion for Extension of Deadlines for Initial Motion Practice (Motion). ECF 21. Plaintiff requests a one-week extension of the deadlines set by the Court's previous Order granting Joint Motion for Deadlines for Initial Motion Practice, ECF 20. Defendants do not object to this request. ECF 21 at ¶ 7. Accordingly, the Court **grants** the Motion, and orders the following:

1. President Trump and any other parties joined as plaintiffs may file an Amended Complaint on or before January 31, 2025;

2. If President Trump and any other parties joined as plaintiffs file an Amended Complaint, all Defendants will accept service of the Amended Complaint in accordance with the Federal Rules of Civil Procedure and waive any defenses or objections relating to service of process;

3. If President Trump does not file an Amended Complaint, all Defendants will accept service of the Petition in accordance with the Federal Rules of Civil Procedure and waive any defenses or objections relating to service of process;

4. President Trump and any other parties joined as plaintiffs may file a motion to remand this case to Iowa District Court for Polk County on or before February 21, 2025, and their deadline to file a motion to remand this case to Iowa District Court for Polk County is hereby extended to February 21, 2025; and the Defendants may file motions to dismiss, or otherwise respond to the Petition or Amended Complaint, on or before February 21, 2025, and their deadline to file motions to dismiss, or otherwise respond to the Petition or Amended Complaint is hereby extended to February 21, 2025;

5. President Trump and any other parties joined as plaintiffs may file an opposition to the motions to dismiss and Defendants may file an opposition to President Trump's motion to remand on or before March 14, 2025;

6. President Trump and any other parties joined as plaintiffs may file a reply in support of his motion to remand and Defendants may file replies in support of the motions to dismiss on or before March 28, 2025; and

7. If this Court denies a motion to remand by President Trump and any other parties joined as plaintiffs, the parties will submit a proposed Rule 16(b) and Rule 26(f) scheduling order and discovery plan within 30 days of such denial of the motion to remand.

IT IS SO ORDERED.

Dated January 24, 2025.

_____
Honorable William P. Kelly
U.S. Magistrate Judge