# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>*Defendants*. | Civil Case No. 4:24-cv-449-RGE-WPK<br><br>**DEFENDANTS J. ANN SELZER AND SELZER & COMPANY'S MOTION TO DISMISS UNDER RULE 12(b)(6)**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendants J. Ann Selzer and Selzer & Company move under Federal Rule of Civil Procedure 12(b)(6) for dismissal of the Amended Complaint because it fails to state a claim upon which relief can be granted. In support, Ms. Selzer and Selzer & Company rely on the Brief in Support filed as an attachment to the Local Rule 7(h) motion for leave to file an over-length brief. Pursuant to Local Rule 7(c), Ms. Selzer and Selzer & Company respectfully request oral argument on their motion in order to address the critical First Amendment principles at stake in this case.

Defendants J. Ann Selzer and Selzer & Company respectfully request this Court dismiss Plaintiffs' claims with prejudice.

Dated: February 21, 2025

Respectfully Submitted,

/s/ *Robert Corn-Revere*
Robert Corn-Revere*†
  (DC Bar No. 375415)
Conor T. Fitzpatrick*
  (Mich. Bar No. P78981)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION (FIRE)

700 Pennsylvania Ave., SE; Suite 340
Washington, D.C. 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Greg Greubel
  (Iowa Bar No. AT0015474)
Adam Steinbaugh*
  (Cal. Bar No. 304829)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
  (Iowa Bar No. AT0011932)
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Defendants J. Ann Selzer and Selzer & Company*

*\* Admitted pro hac vice.*
*† Lead counsel*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system, with copies sent to the below-named individuals by electronic mail on February 21, 2025.

/s/ *Robert Corn-Revere*

Copy to:

EDWARD ANDREW PALTZIK
Bochner PLLC
1040 Avenue of the Americas
15th Floor
New York, NY 10018
(516) 526-0341
edward@bochner.law

ALAN R. OSTERGREN
Attorney at Law
Alan R. Ostergren, PC
500 East Court Avenue Suite 420
Des Moines, Iowa 50309
(515) 297-0134
alan.ostergren@ostergrenlaw.com

*Attorneys for Plaintiffs*