# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Civil Case No. 4:24-cv-449-RGE-WPK<br><br>**NOTICE OF APPEARANCE OF MATTHEW A. MCGUIRE** |

Notice is hereby given that Matthew A. McGuire of Nyemaster Goode, PC enters his appearance as attorney for Defendants J. Ann Selzer and Selzer & Company in this matter as additional counsel, and requests that copies of all papers in this action be served upon the undersigned at the office address below, and that the undersigned be placed on the Court's CM/ECF mailing system.

Dated: February 21, 2025

Respectfully Submitted,

/s/ *Matthew A. McGuire*               .
Matthew A. McGuire, Iowa Bar No. AT0011932
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
Phone: (515) 283-8014
Email: mmcguire@nyemaster.com

**ATTORNEYS FOR DEFENDANTS
J. ANN SELZER AND SELZER & COMPANY**