IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>J. ANN SELZER, and individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:24-cv-00449-RGE-WPK<br><br>**DES MOINES REGISTER & TRIBUNE CO. AND GANNETT CO., INC.'S MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendants Des Moines Register & Tribune Co. and Gannett Co., Inc. (collectively "Press Defendants"), by and through their undersigned counsel, move to dismiss Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Press Defendants submit their Brief in Support, contemporaneously filed herewith and appended as an attachment to Press Defendants' Motion for Leave to File Overlength Brief.

For the reasons stated in Press Defendants' Brief in Support of their Motion to Dismiss, the Court should dismiss the Amended Complaint with prejudice.

Press Defendants respectfully request the opportunity to be heard at oral argument on this Motion.

**WHEREFORE**, Defendants Des Moines Register & Tribune Co. and Gannett Co., Inc. respectfully request that this Court dismiss Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

| | |
|---|---|
| Dated February 21, 2025 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>/s/ Nick Klinefeldt<br>Nicholas A. Klinefeldt, AT0008771<br>David Yoshimura, AT0012422<br>801 Grand Avenue, 33rd Floor<br>Des Moines, IA, 50309<br>Telephone: (515) 248-9000<br>Fax: (515) 248-9010<br>Email: *Nick.Klinefeldt@Faegredrinker.com*<br>         *David.Yoshimura@Faegredrinker.com*<br><br>**ATTORNEYS FOR DEFENDANTS DES MOINES REGISTER AND TRIBUNE COMPANY AND GANNETT CO., INC.** |

**CERTIFICATE OF SERVICE**

      I certify that on February 21, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all parties participating in the Court's electronic filing system.

                                    */s/ Elizabeth Collins*