# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual, <br><br>*Plaintiffs,* <br><br>v. <br><br>J. ANN SELZER, an individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC, <br><br>*Defendants.* | Case No.: 4:24-cv-00449-RGE-WPK |

## MOTION FOR REMAND TO STATE COURT AND FOR ATTORNEYS' FEES

Plaintiffs, President Donald J. Trump, Representative Mariannette Miller-Meeks, and Former State Senator Bradley Zaun hereby respectfully move this court for an order pursuant to 28 U.S.C. § 1447 (c) remanding this matter to Iowa District Court, Polk County. Defendants have failed to meet their burden of establishing this Court's jurisdiction under any of the bases cited in Defendants' Notice of Removal. This Court no longer has subject matter jurisdiction over this case, as there is not complete diversity between and among the parties.

Defendants also cannot credibly contend that they had any objectively reasonable basis for removal of this action and improperly utilized "snap removal," and thus Plaintiffs should be awarded their attorneys' fees incurred because of the removal. Moreover, on February 4, 2025, seeking to avoid waste of time, money, and judicial resources, undersigned counsel sent an email to Defendants' counsel inquiring as to whether Defendants would stipulate to remand, given the

addition of Iowa citizens as Plaintiffs and the resultant loss of diversity. However, on February 7, Gannett's counsel, Nicholas A. Klinefeldt, replied: "We have no plans to stipulate to remand at this time."

In support of this motion, Plaintiffs rely on their accompanying Memorandum of Law and the Declaration of Alan R. Ostergren with attached exhibits.

Dated: February 21, 2025

        Respectfully submitted,

        /s/ Edward Andrew Paltzik
        EDWARD ANDREW PALTZIK
        Bochner PLLC
        1040 Avenue of the Americas
        15th Floor
        New York, NY 10018
        (516) 526-0341
        edward@bochner.law
        (*pro hac vice*)

        /s/ Alan R. Ostergren
        ALAN R. OSTERGREN
        Attorney at Law
        Alan R. Ostergren, PC
        500 East Court Avenue
        Suite 420
        Des Moines, Iowa 50309
        (515) 297-0134
        alan.ostergren@ostergrenlaw.com

        *Attorneys for Plaintiffs President Donald J. Trump, Representative Mariannette Miller-Meeks, and Former State Senator Bradley Zaun*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system, with copies sent to the below-named individuals by electronic mail on February 21, 2025.

/s/ Edward Andrew Paltzik

Copy to:

Robert Corn-Revere*†
Conor T. Fitzpatrick*
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave., SE; Suite 340
Washington, D.C. 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Greg Greubel
Adam Steinbaugh*
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
(Iowa Bar No. AT0011932)
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Defendants J. Ann Selzer and Selzer & Company*

Nicholas A. Klinefeldt
David Yoshimura
801 Grand Avenue, 33rd Floor
Des Moines, IA, 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: Nick.Klinefeldt@Faegredrinker.com
David.Yoshimura@Faegredrinker.com

*Attorneys for Defendants Des Moines
Register and Tribune company and
Gannett co., Inc.*