**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>J. ANN SELZER, an individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case No.: 4:24-cv-00449-RGE-WPK |

**DECLARATION OF ALAN R. OSTERGREN IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND TO STATE COURT**

Alan R. Ostergren, pursuant to 28 U.S.C. § 1746, declares and says the following under penalty of perjury.

1. I make this declaration based on my personal knowledge and review of relevant documents filed in this action. I am over the age of 18 years and fully competent to testify to the matters stated in this declaration.

2. I am one of the attorneys representing Plaintiffs in this case. I am a member in good standing of the Bar of the State of Iowa and of the Southern District of Iowa.

3. Attached as **Exhibit A** is a true and correct copy of Plaintiff President Donald J. Trump's Petition and Original Notice filed in the Iowa District Court, Polk County, on December 16, 2024.

4. Attached as **Exhibit B** is a true and correct copy of Defendant Gannett's Notice of Removal and associated documents, filed on December 17, 2024.

5. Attached as **Exhibit C** is a true and correct copy of Plaintiffs' Amended Complaint, filed on January 31, 2025.

6. Attached as **Exhibit D** is a true and correct copy of the ECF Notification of the Notice of Removal.

Dated: February 21, 2025

*/s/ Alan R. Ostergren*
Alan R. Ostergren

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system, with copies sent to the below-named individuals by electronic mail on February 21, 2025.

/s/ Edward Andrew Paltzik

Copy to:

Robert Corn-Revere*†
Conor T. Fitzpatrick*
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave., SE; Suite 340
Washington, D.C. 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Greg Greubel
Adam Steinbaugh*
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
(Iowa Bar No. AT0011932)
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Defendants J. Ann Selzer and Selzer & Company*

Nicholas A. Klinefeldt
David Yoshimura
801 Grand Avenue, 33rd Floor
Des Moines, IA, 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: Nick.Klinefeldt@Faegredrinker.com
David.Yoshimura@Faegredrinker.com

*Attorneys for Defendants Des Moines Register and Tribune company and Gannett co., Inc.*