# EXHIBIT D

Exhibit D

**From:** cmecf_iasd@iasd.uscourts.gov
**Subject:** Activity in Case 4:24-cv-00449-RGE-WPK Trump v. Selzer et al Notice of Removal
**Date:** December 17, 2024 at 6:42 PM
**To:** Courtmail@iasd.uscourts.gov

You don't often get email from cmecf_iasd@iasd.uscourts.gov. Learn why this is important

**Caution:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Iowa

### Notice of Electronic Filing

The following transaction was entered by Klinefeldt, Nick on 12/17/2024 at 5:41 PM CST and filed on 12/17/2024

**Case Name:** Trump v. Selzer et al
**Case Number:** 4:24-cv-00449-RGE-WPK
**Filer:** Gannett Co., Inc.
**Document Number:** 1
**Judge(s) Assigned:** Rebecca Goodgame Ebinger (presiding), William P. Kelly (referral)

**Docket Text:**
**NOTICE OF REMOVAL by Gannett Co., Inc. from Polk County, case number CVCV068364. Filing fee paid in the amount of $ 405, receipt number AIASDC-5626203., filed by Gannett Co., Inc.. Rule 16 Notice of Dismissal set for 3/17/2025. (Attachments: # (1) Exhibit A)(Klinefeldt, Nick)**

**4:24-cv-00449-RGE-WPK Notice has been electronically mailed to:**

Alan R. Ostergren    alan.ostergren@ostergrenlaw.com

Andrew R Anderson    andrew.anderson@faegredrinker.com, trisha.richey@faegredrinker.com

David Yoshimura    david.yoshimura@faegredrinker.com, paulette.ohnemus@faegredrinker.com

Edward Andrew Paltzik    edward@bochner.law

Jacob D. Bylund    jacob.bylund@faegredrinker.com, anne.larkin@faegredrinker.com

Joseph R. Quinn    joseph.quinn@faegredrinker.com

Nick Klinefeldt    nick.klinefeldt@faegredrinker.com, paulette.ohnemus@faegredrinker.com

**4:24-cv-00449-RGE-WPK Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=12/17/2024] [FileNumber=3925342-0] [a31686ba17ebc01e037ca68bfd0402d190d3a22c92876c5ac4b24f551067589f53 65463d007e40976c89f4b379574f56333ae50aeedd15a1376d395b8aa3b738]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=12/17/2024] [FileNumber=3925342-1] [5a38c6fdbd8ea67a248e19f02600e91dd3ccd02f4fa6754d44d2fb8f5e9a5ad230 1071367ebf71a0e09fb2cddbc531112985e3ccf89619809730b9c55a07ff1c]]