MARKETPLACE
Search For & Place Classifieds

Des Moines Register

SUBSCRIBE NOW
$1 for 1 month



FROM THE EDITOR | Opinion *This piece expresses the views of its author(s), separate from those of this publication.*

# An update from the editor: What a review of the pre-election Iowa Poll has found

Carol Hunter
Des Moines Register

Published 6:02 a.m. CT Nov. 17, 2024 | Updated 10:46 a.m. CT Nov. 17, 2024

*We're always working to improve your experience. Let us know what you think.*




**The Register's Iowa Poll is one of a kind; here's why**

J. Ann Selzer, President of Selzer and Co. and conductor of the Iowa Poll, talks about what makes it unique. *Kelsey Kremer, Des Moines Register*

Since election night, pollster J. Ann Selzer has examined the pre-election Iowa Poll's methods and respondent sample for clues about why its results differed so widely from the actual vote.

The poll showed Vice President Kamala Harris leading by 3 percentage points. In the actual vote, President-elect Donald Trump won Iowa by 13 points.

Selzer's review has taken the form of testing plausible theories against available data. To date, no likely single culprit has emerged to explain the wide disparity. But I wanted to walk you through what has been looked at and what relevant data shows.

Following the Register's long practice, we already released the poll questionnaire. For transparency, we're also releasing the poll's full demographics, crosstabs and weighted and unweighted data, as well as a technical explanation from Selzer detailing her review.



Surrounded by family members (Barron Trump, Melania Trump) and supporters, Donald Trump makes his acceptance speech at his Election Night Watch Party at the Palm Beach County Convention Center after being elected the 47th President of the United States November 5, 2024. *DAMON HIGGINS, PALM BEACH POST / USA TODAY NETWORK*

**More:** Pollster Ann Selzer ending election polling, moving 'to other ventures and

opportunities'

**Need a break?** Play the USA TODAY Daily Crossword Puzzle.

## What the review found

Here's a brief summary of the theories tested and the findings.

- **Were the demographics skewed?** Selzer notes that this poll and other recent Iowa Polls have shown a higher response in the 1st Congressional District, in southeast Iowa, which leans more Democratic than the others. But the poll weights by congressional district, which would address that. Another common question she's fielded: Did the poll include too many city dwellers, who tend to vote Democratic, and too few rural dwellers, who tend to vote Republican? In fact, the poll's sample included 31% of likely voters who were city dwellers, a smaller percentage than in five comparable polls that identified likely 2024 voters, stretching back to 2021.
- **Did the poll fail to detect the shift found nationally among men of color toward Trump?** The Iowa Poll's sample of Latino men (20) did go to Trump by a 4-1 margin. But the numbers are so small that they had little effect on the overall poll results.
- **By ending interviews on Thursday, did the poll fail to capture late-deciders?** Because exit polling was not conducted in Iowa, this is unknowable. Before publication, Selzer had flagged that Thursday was Trump's best night. Per her usual practice, she calculated two-day rolling averages, but those looked flat.
- **Was the poll's weighting flawed?** The Iowa Poll's respondent base is built to give all Iowa adults an equal probability of being contacted by an interviewer. Then Census data is used to adjust demographic variances to ensure an appropriate cross-section of all Iowa adults. As Selzer explains in more detail, the weighting in this poll was minimal and yielded a final sample of likely voters that matched the percentage of the most recent poll.
- **Should "recalled vote" from the 2020 presidential election have been included as a weighting factor?** Selzer has not found voters' recollections of their past votes to be highly reliable. The poll included more self-identified 2020 Biden voters than would seem to be proportionate. As part of her review, Selzer tested the recalled vote that respondents reported for this poll compared to the actual Iowa vote in 2020. The findings suggest a 6-point lead for Trump in 2024. So that may have played a role, but it's far from Trump's actual 13-point victory.

While no one factor has jumped out as determinative, it's also possible that a combination of lesser factors played a role.

## Other possible factors

Selzer also examined exit polling in neighboring Wisconsin, to see if the demographic patterns of turnout there differed significantly from the Iowa Poll response sample. She found some subgroups with differences but general alignment on party ID, age, sex and other breakdowns.

Some critics have accused the Iowa Poll of a Democratic bias. Statistician Nate Silver, who rates pollsters, did a calculation to determine historical bias toward one party or the other. Across 54 Iowa Polls, he found a negligible result, a 0.1% tilt toward Democrats, a smaller bias figure than for all but one of 25 top-rated polls.

Some factors are unknowable from the data in hand, such as whether the poll may have missed blocs of voters amid growing distrust of polling and the media. Courtney Kennedy, Pew Research Center's vice president of methods and innovation, told USA TODAY that she believes evidence supports a theory that Democrats participate in surveys more than Republicans and that weighted adjustments could help account for that.

## What's next

Selzer has conducted the Iowa Poll on a contract basis for the Des Moines Register since 1997. For a couple of years now, she has discussed with me a timetable for winding down her work on the poll. She notified me over a year ago that she would not renew when her 2024 contract ended with publication of the pre-election poll.

"My invaluable assistant, Michelle Yeoman, and I have treasured our role in the Iowa Poll," Selzer said. "My working relationship with the Register and its team of reporters and editors has always been fair, transparent and professional."

When the Iowa Poll was founded on Dec. 12, 1943, editors said it was "inaugurated as a public service to the people of Iowa so that each citizen will know what the people of this state as a whole are thinking."

In the decades since, the Iowa Poll has been a valuable resource for residents, advocates and lawmakers in shaping public policy in Iowa. Register editors are evaluating the best ways to continue surveys that will provide accurate information and insight about issues that matter to Iowans.

The Iowa Poll has been an important legacy indicator and we recognize the need to evolve and find new ways to accurately take the pulse of Iowans on state and national issues. Our intention is to reimagine how to best capture public sentiment and opinion among Iowans to provide valuable and accurate insight into legislative issues and politics.

Thank you for reading and for caring about the accuracy of information you consume.

File Search

p. 1

**Results of Internal Investigation of final Iowa Poll**
**J. Ann Selzer, President, Selzer & Company**

Since election night, I've worked my way through possible explanations for the dramatic difference between the final Des Moines Register/Mediacom Iowa Poll that my company (Selzer & Company) conducted. I've read and listened to a lot of theories on the subject. To cut to the chase, I found nothing to illuminate the miss.

The point of this piece is to walk through my analysis. We're showing our work, so it can get pretty data-heavy.

There are two kinds of theories—those where we can analyze data to confirm or deny, and those where no data exist. This summary concludes our formal investigation. However, I'll continue to be puzzled by the biggest miss of my career. Our final poll showed Kamala Harris leading by 3 percentage points; on Election Day, Trump led by 13 points. I invite any reader who has thoughts to communicate through this email address: election@selzerco.com.

**Theory 1: Demographics were skewed.**

**Finding A.** We noted proportionately more respondents in **CD1** than the other congressional districts. We've seen that before, so it is nothing new. And, we weight for congressional district, so that variance is addressed in our final data.

Counts showing more than 200 likely voters fell into CD1, with fewer than 200 in each of the other CDs. These are unweighted counts, followed by weighted counts.

CD

| | Count | % |
|---|---|---|
| CD1 | 242 | 30% |
| CD2 | 187 | 23% |
| CD3 | 194 | 24% |
| CD4 | 185 | 23% |

Sections Page 1 of 19 Fit width

25.38 Median

DocumentCloud

View in new tab

File Search

p. 1

**THE DES MOINES REGISTER/MEDIACOM IOWA POLL**

Study #2287 — SELZER & COMPANY
808 Iowa likely voters in the 2024 general election — October 28-31, 2024
Margin of error: ±3.4 percentage points — **1,038 contacts weighted by age, sex, and congressional district**

**Percentages may not add to 100% due to rounding.**

A. Are you a resident of the state of Iowa? 23

| | | |
|---|---|---|
| 100 | Yes | **Continue** |
| - | No | **Terminate and do not count toward any quota; do not collect demographic data** |
| - | Not sure | |

1. How likely is it you will vote in the November general election for president and other offices—will you definitely vote, probably vote, might or might not vote, or probably not vote, or have you already cast a ballot in early voting or by absentee ballot? **(Based on general population contacts.)**

| | | Already voted + Definitely vote | Already voted | Definitely vote | Probably vote | Might or might not vote | Probably not vote | Refused/ Not sure |
|---|---|---|---|---|---|---|---|---|
| n=1038 | **Oct-24** | **81** | **26** | **55** | **7** | **4** | **7** | **1** |
| n=811 | Sep-24 | 81 | n/a | 81 | 9 | 5 | 4 | 1 |
| n=806 | Jun-24 | 76 | n/a | 76 | 11 | 5 | 7 | - |
| n=804 | Feb-24 | 75 | n/a | 75 | 13 | 4 | 8 | - |
| n=805 | Mar-23 | 77 | n/a | 77 | 12 | 5 | 4 | 1 |
| n=810 | Nov-21 | 79 | n/a | 79 | 12 | 4 | 4 | - |

Likelihood to vote at 1) roughly similar time in cycle as the September 2020 Iowa Poll and 2) final pre-election poll.

| | | Already voted + Definitely vote | Already voted | Definitely vote | Probably vote | Might or might not vote | Probably not vote | Refused/ Not sure |
|---|---|---|---|---|---|---|---|---|
| n=941 | Oct-20 | **85** | 43 | 42 | 5 | 3 | 6 | 1 |
| n=803 | Sep-20 | **80** | n/a | 80 | 9 | 2 | 8 | 2 |
| | Nov-16 | **74** | 25 | 49 | 8 | 5 | 11 | 2 |
| | Oct-16 | **74** | 7 | 67 | 11 | 5 | 9 | 1 |
| | Nov-12 | **84** | 35 | 49 | 6 | 2 | 8 | 1 |
| | Sep-12 | **79** | n/a | 79 | 12 | 4 | 5 | - |
| | Oct-08 | **87** | 25 | 62 | 5 | 2 | 6 | - |
| | Sep-08 | **73** | n/a | 73 | 11 | 6 | 9 | 1 |

1. How likely is it you will vote in the November general election for president and other offices—will you definitely vote, probably vote, might or might not vote, or probably not vote, or have you already cast a ballot in early voting? **(Based on likely voters in the 2024 general election.)**

| | Already voted | Definitely vote | Probably vote | Might or might not vote | Probably not vote | Refused/ Not sure |
|---|---|---|---|---|---|---|
| Nov-12 | 42 | 58 | - | - | - | - |

Sections Page 1 of 10 Fit width

DocumentCloud

View in new tab

File Search

p. 1

2287: IOWA POLL OF 2024 LV Oct 28-31, 2024

Base: LV2024

Q1--HOW LIKELY IS IT YOU WILL VOTE IN THE NOVEMBER GENERAL ELECTION FOR PRESIDENT AND OTHER OFFICES--WILL YOU DEFINITELY VOTE, PROBABLY VOTE, MIGHT OR MIGHT NOT VOTE, OR PROBABLY NOT VOTE, OR HAVE YOU ALREADY CAST A BALLOT IN EARLY VOTING OR BY ABSENTEE

| | | | 2024 | VOTE | | HARRIS | TRUMP | MIND | | HOUSE | | PARTY ID | | | SEX | | AGE | | | AGE | | SNRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | LV | ALR | DEF | SUPP | SUPP | MADEUP | PERSUAD | DEM | REP | REP | DEM | IND | M | F | <35 | 35-54 | 55+ | <45 | 45+ | 65+ |
| Total Unweighted Respondents | | 808 | 808 | 258 | 550 | 378 | 358 | 729 | 58 | 362 | 351 | 271 | 242 | 274 | 399 | 409 | 245 | 243 | 318 | 372 | 434 | 186 |
| WGT | | 849 | 849 | 275 | 574 | 399 | 372 | 769 | 57 | 378 | 373 | 281 | 251 | 293 | 420 | 429 | 188 | 281 | 378 | 333 | 514 | 229 |
| | Compostn | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| ALR | | 275 | 275 | 275 | | 169 | 80 | 275 | | 163 | 85 | 61 | 127 | 79 | 124 | 151 | 44 | 81 | 150 | 83 | 191 | 104 |
| | Compostn | 32% | 32% | 100% | | 42% | 21% | 36% | | 43% | 23% | 22% | 51% | 27% | 30% | 35% | 23% | 29% | 40% | 25% | 37% | 45% |
| DEF | | 574 | 574 | | 574 | 230 | 292 | 494 | 57 | 215 | 287 | 220 | 124 | 213 | 295 | 279 | 144 | 201 | 228 | 249 | 324 | 126 |
| | Compostn | 68% | 68% | | 100% | 58% | 79% | 64% | 100% | 57% | 77% | 78% | 49% | 73% | 70% | 65% | 77% | 71% | 60% | 75% | 63% | 55% |
| PROB | | 0 | | | | | | | | | | | | | | | | | | | | |
| | Compostn | | | | | | | | | | | | | | | | | | | | | |
| MGT/NOT | | 0 | | | | | | | | | | | | | | | | | | | | |
| | Compostn | | | | | | | | | | | | | | | | | | | | | |
| PROB NOT | | 0 | | | | | | | | | | | | | | | | | | | | |
| | Compostn | | | | | | | | | | | | | | | | | | | | | |
| R/NS | | 0 | | | | | | | | | | | | | | | | | | | | |
| | Compostn | | | | | | | | | | | | | | | | | | | | | |

*FINAL DATA*

p. 2

2287: IOWA POLL OF 2024 LV Oct 28-31, 2024

Base: LV2024

Q1--HOW LIKELY IS IT YOU WILL VOTE IN THE NOVEMBER GENERAL ELECTION FOR

Sections Page 1 of 145 Fit width

DocumentCloud

View in new tab

File Search

p. 1

*THE DES MOINES REGISTER*/MEDIACOM IOWA POLL

Study #2287 SELZER & COMPANY
808 Iowa likely voters in the 2024 general election October 28-31, 2024
Margin of error: ±3.4 percentage points **1,038 contacts weighted by age, sex, and congressional district**

**Percentages may not add to 100% due to rounding.**

A. Are you a resident of the state of Iowa? 23

| | | |
|---|---|---|
| 100 | Yes | **Continue** |
| - | No | **Terminate and do not count toward any quota; do not collect demographic data** |
| - | Not sure | |

1. How likely is it you will vote in the November general election for president and other offices—will you definitely vote, probably vote, might or might not vote, or probably not vote, or have you already cast a ballot in early voting or by absentee ballot? **(Based on general population contacts.)**

| | | Already voted + Definitely vote | Already voted | Definitely vote | Probably vote | Might or might not vote | Probably not vote | Refused/ Not sure |
|---|---|---|---|---|---|---|---|---|
| n=1038 | **Oct-24** | **81** | **26** | **55** | **7** | **4** | **7** | **1** |
| | Unwgt | 78 | 25 | 53 | 8 | 5 | 8 | 1 |

1. How likely is it you will vote in the November general election for president and other offices—will you definitely vote, probably vote, might or might not vote, or probably not vote, or have you already cast a ballot in early voting? **(Based on likely voters in the 2024 general election.)**

| | Already voted | Definitely vote | Probably vote | Might or might not vote | Probably not vote | Refused/ Not sure |
|---|---|---|---|---|---|---|
| **Oct-24** | **32** | **68** | - | - | - | - |
| Unwgt | 32 | 68 | - | - | - | - |

Sections Page 1 of 8 Fit width

DocumentCloud

View in new tab

*(Unable to see the embedded documents above? Click here.)*

*Carol Hunter, executive editor, writes a weekly column for Des Moines Register readers.*

*This story has been updated to add video.*

Des Moines Register

Part of the USA TODAY Network

**About**

Staff Directory
Corrections
Careers
Accessibility Support
Sitemap
Legals
Our Ethical Principles
Responsible Disclosure
Subscription Terms & Conditions
Terms of Service
Privacy Policy
Your Privacy Choices

**Support**

Contact Us
Support Local Businesses
Advertise Your Business
Promote Your Event
Help Center
Subscriber Guide
Manage Account
Give Feedback
Licensing & Reprints
Promote your Event

**Stay Connected**

Subscribe Today
Newsletters
Mobile Apps
Facebook
X
eNewspaper
Archives
Milestones

**Our Partners**

Jobs
Cars
Homes
Classifieds
Education
Shopping
10Best
LocaliQ Digital Marketing Solutions
Events

© 2025 www.desmoinesregister.com. All rights reserved.