**Results of Internal Investigation of final Iowa Poll**
**J. Ann Selzer, President, Selzer & Company**

Since election night, I've worked my way through possible explanations for the dramatic difference between the final Des Moines Register/Mediacom Iowa Poll that my company (Selzer & Company) conducted. I've read and listened to a lot of theories on the subject. To cut to the chase, I found nothing to illuminate the miss.

The point of this piece is to walk through my analysis. We're showing our work, so it can get pretty data-heavy.

There are two kinds of theories—those where we can analyze data to confirm or deny, and those where no data exist. This summary concludes our formal investigation. However, I'll continue to be puzzled by the biggest miss of my career. Our final poll showed Kamala Harris leading by 3 percentage points; on Election Day, Trump led by 13 points. I invite any reader who has thoughts to communicate through this email address: election@selzerco.com.

**Theory 1: Demographics were skewed.**

**Finding A.** We noted proportionately more respondents in **CD1** than the other congressional districts. We've seen that before, so it is nothing new. And, we weight for congressional district, so that variance is addressed in our final data.

Counts showing more than 200 likely voters fell into CD1, with fewer than 200 in each of the other CDs. These are unweighted counts, followed by weighted counts.

CD

| | Count | % |
|---|---|---|
| CD1 | 242 | 30% |
| CD2 | 187 | 23% |
| CD3 | 194 | 24% |
| CD4 | 185 | 23% |

808 Total Respondents

25.02 Mean
25.38 Median

Horserace without weighting by CD.

PRESIDENTIAL HORSERACE, TOP PREFERENCE PLUS LEANING

| | Count | % |
|---|---|---|
| HARRIS | 397 | 47% |
| TRUMP | 374 | 44% |
| RFK JR | 23 | 3% |
| OLIVER | 3 | 0% |
| SOMEONE ELSE | 10 | 1% |
| WOULDN'T VOTE | 1 | 0% |
| NS/DON'T REMEMBER | 20 | 2% |
| DON'T WANT TO TELL (ALR ONLY) | 19 | 2% |

847 WGTTEST1
808 Total Unweighted

Q114--RECORD CONGRESSIONAL DISTRICT DETERMINED FROM Q.113B.

| | Count | % |
|---|---|---|
| CD1 | 211 | 25% |
| CD2 | 217 | 26% |
| CD3 | 209 | 25% |
| CD4 | 212 | 25% |
| R/NS | 0 | 0% |

849 WGT
808 Total Unweighted

25.00 Mean
25.38 Median

CD1 showed a 20-point margin for the Democratic congressional candidate. However, because we control for population in the congressional districts in our weighting plan, we do not see this as an explanation.

In addition, we do not know ahead of time the makeup of the future electorate. We had seen higher response in CD1 before in past polls. So no, this was not a red flag.

**Finding B.** We experimented with weighting by **education** in 2016 and determined there were interactions with other variables. Our final numbers for that election, without weighting for education, were 47-38% for Trump; the results of the election were 46-39% Trump.

With the current dataset, we cannot go back and weight by education because we did not collect it for all contacts, only for those who qualified as likely voters.

We saw more without a college degree in the final poll than we've been seeing in other polls, so while not a perfect check on our method, this was not a red flag.

104. What is the last grade of school you completed?

| | High school graduate or less | Some college | Associate's (two-year) degree* | Bachelor's (four-year) degree | Postgraduate work or degree | Refused/ not sure |
|---|---|---|---|---|---|---|
| **Oct-24** | **27** | **20** | **14** | **23** | **14** | **1** |
| Sep-24 | 24 | 17 | 15 | 26 | 17 | 1 |
| Jun-24 | 27 | 19 | 13 | 27 | 13 | 1 |
| Feb-24 | 27 | 17 | 16 | 22 | 15 | 2 |
| Mar-23 | 21 | 20 | 14 | 29 | 15 | 1 |
| Nov-21 | 23 | 20 | 16 | 24 | 15 | 1 |

**Finding C.** In this poll, we had, if anything, fewer voters living in cities—which tilt Democratic—and more living in rural areas—which tilt Republican—than we often see.

107. Do you live in a city, a suburb, a town, or the country?

| | City | Suburb | Town | Country | Refused/ not sure |
|---|---|---|---|---|---|
| **Oct-24** | **31** | **11** | **30** | **26** | **3** |
| Sep-24 | 39 | 13 | 26 | 21 | 1 |
| Jun-24 | 33 | 11 | 30 | 24 | 2 |
| Feb-24 | 34 | 9 | 32 | 23 | 2 |
| Mar-23 | 32 | 14 | 28 | 26 | 1 |
| Nov-21 | 33 | 11 | 30 | 25 | 1 |

**Theory 2: We did not pick up the shift among men of color toward Trump.**

Iowa is a predominantly White state. In our sample of 808 likely voters, 84% were White.

**Finding D.** While the 84% is down from 88% in September, it's a variance that would not raise eyebrows. We would not report out such small subgroups, but here is the crosstab showing Latino and Black likely voters comparing men versus women's votes.

Yes, we caught a whiff of the shift among Latino men toward Trump, but they are a small cell in our likely voter sample—not enough to affect the overall numbers to account for the variance.

| | | Total | LATINOS M | LATINOS F |
|---|---|---|---|---|
| Total Unweighted Respondents | | 808 | 20 | 21 |
| WGT | | 849 | 17 | 21 |
| | Compostn | 100% | 100% | 100% |
| HARRIS | | 399 | 3 | 13 |
| | Compostn | 47% | 19% | 63% |
| TRUMP | | 372 | 13 | 4 |
| | Compostn | 44% | 81% | 19% |
| RFK JR | | 23 | | 2 |
| | Compostn | 3% | | 10% |
| OLIVER | | 3 | | |
| | Compostn | 0% | | |
| SOMEONE ELSE | | 9 | | |
| | Compostn | 1% | | |
| WOULDN'T VOTE | | 1 | | |
| | Compostn | 0% | | |
| NS/DON'T REMEMBER | | 21 | | 2 |
| | Compostn | 3% | | 8% |
| DON'T WANT TO TELL (ALR ONLY) | | 19 | | |
| | Compostn | 2% | | |

| | | Total | BLACK M | BLACK F |
|---|---|---|---|---|
| Total Unweighted Respondents | | 808 | 11 | 8 |
| WGT | | 849 | 10 | 8 |
| | Compostn | 100% | 100% | 100% |
| HARRIS | | 399 | 6 | 5 |
| | Compostn | 47% | 60% | 56% |
| TRUMP | | 372 | 3 | 4 |
| | Compostn | 44% | 28% | 44% |
| RFK JR | | 23 | | |
| | Compostn | 3% | | |
| OLIVER | | 3 | | |
| | Compostn | 0% | | |
| SOMEONE ELSE | | 9 | | |
| | Compostn | 1% | | |
| WOULDN'T VOTE | | 1 | | |
| | Compostn | 0% | | |
| NS/DON'T REMEMBER | | 21 | 1 | |
| | Compostn | 3% | 11% | |
| DON'T WANT TO TELL (ALR ONLY) | | 19 | | |
| | Compostn | 2% | | |

**Theory 3: Something changed between the final interview and the final votes cast.**

**Background.** We stopped interviewing before the weekend and so missed late-deciders. This may have merit, although because Iowa was not among the states to get exit poll treatment, we do not know. At least one Iowan contacted our office to say he answered an October poll question (apparently not the Iowa Poll) that he intended to vote for Harris. With pen in hand in the voting booth, he changed his mind to Trump, he told us. He knows several people, he says, who did the same thing.

**Finding E.** Data still coming. We have no internal data to test this. We have no data collected beyond Thursday night. The Secretary of State's reports on this election will not be released for another month or two, but learning what happened with same-day registrations, turnout by party, and so on, may give a clue.

We did see nightly variation, with Trump's best night on Thursday, our final night of interviewing. However, we calculate rolling 2-day averages, which looked flat with a Harris lead. The first two days were close, then on Wednesday night, a good night for Harris. We do not know if one more day of interviewing (as has been past practice) could have decreased the margin between Harris and Trump. It likely could not have gotten Trump to the wide margin he eventually achieved. Here is day-by-day tracking during our four days of interviewing.

PRESIDENTIAL HORSERACE, TOP PREFERENCE PLUS LEANING

| | | Total | DATE 10/28 | 10/29 | 10/30 | 10/31 |
|---|---|---|---|---|---|---|
| Total Unweighted Respondents | | 808 | 205 | 255 | 244 | 104 |
| WGT | | 849 | 230 | 266 | 260 | 93 |
| | Compostn | 100% | 100% | 100% | 100% | 100% |
| HARRIS | | 399 | 106 | 123 | 134 | 35 |
| | Compostn | 47% | 46% | 46% | 52% | 38% |
| TRUMP | | 372 | 102 | 122 | 101 | 47 |
| | Compostn | 44% | 44% | 46% | 39% | 51% |
| RFK JR | | 23 | 5 | 10 | 4 | 4 |
| | Compostn | 3% | 2% | 4% | 1% | 5% |
| OLIVER | | 3 | 2 | 1 | | |
| | Compostn | 0% | 1% | 0% | | |
| SOMEONE ELSE | | 9 | 3 | 2 | 2 | 2 |
| | Compostn | 1% | 1% | 1% | 1% | 2% |
| WOULDN'T VOTE | | 1 | | | 1 | |
| | Compostn | 0% | | | 0% | |
| NS/DON'T REMEMBER | | 21 | 5 | 7 | 8 | 2 |
| | Compostn | 3% | 2% | 3% | 3% | 2% |
| DON'T WANT TO TELL (ALR ONLY) | | 19 | 8 | | 10 | 2 |
| | Compostn | 2% | 3% | | 4% | 2% |

Here are the rolling 2-day averages.

PRESIDENTIAL HORSERACE, TOP PREFERENCE PLUS LEANING

| | | Total | ROLL AVG OCT 28-29 | ROLL AVG OCT 29-30 | ROLL AVG OCT 30-31 |
|---|---|---|---|---|---|
| Total Unweighted Respondents | | 808 | 460 | 499 | 348 |
| WGT | | 849 | 496 | 526 | 353 |
| | Compostn | 100% | 100% | 100% | 100% |
| HARRIS | | 399 | 230 | 258 | 170 |
| | Compostn | 47% | 46% | 49% | 48% |
| TRUMP | | 372 | 224 | 223 | 148 |
| | Compostn | 44% | 45% | 42% | 42% |
| RFK JR | | 23 | 15 | 14 | 8 |
| | Compostn | 3% | 3% | 3% | 2% |
| OLIVER | | 3 | 3 | 1 | |
| | Compostn | 0% | 1% | 0% | |
| SOMEONE ELSE | | 9 | 5 | 4 | 5 |
| | Compostn | 1% | 1% | 1% | 1% |
| WOULDN'T VOTE | | 1 | | 1 | 1 |
| | Compostn | 0% | | 0% | 0% |
| NS/DON'T REMEMBER | | 21 | 12 | 14 | 10 |
| | Compostn | 3% | 2% | 3% | 3% |
| DON'T WANT TO TELL (ALR ONLY) | | 19 | 8 | 10 | 11 |
| | Compostn | 2% | 2% | 2% | 3% |

We have no way to validate this theory, at least not as of this reporting.

**Theory 3: Our method of weighting data had to be flawed.**

**Background.** We build a respondent base in a way that all Iowa adults have an equal probability to be contacted by our interviewers via landlines and cell phones. We then use Census data to adjust any demographic variances so that this larger pool (1,038 in the final poll) will look like a proper cross-section of all Iowa adults. The weights our tabulation program calculated to make our larger pool of Iowans look like the state were minimal, which is what pollsters like. Out of 50 weight cells, the highest weight was 2.09, which was applied to 13 men age 65 or older in CD3 to reflect their proper proportion. The smallest weight was 0.51 applied to 41 women in CD1 age 25 to 34, again, to reflect their proper proportion. Most weights were a little over 1.0 or a little under 1.0. In fact, a direct comparison of unweighted to weighted findings shows small differences.

Once weighting is complete, we extract those who qualify as likely voters, defined as those who say they have already voted or say they will definitely vote in the days before or on Election Day. On an after-weighted basis, 81% of our statewide sample of adults qualified as likely voters. That is identical to the incidence in September.

We collect some demographic data on all Iowans contacted by the Poll in order to weight our respondent pool to known population parameters: Age, sex, and congressional district. We then extract the likely voters, defined as those who report having already voted or say they will definitely vote.

Minimal adjustments needed to be made.

This shows the weight cells and what values we expect in the data. It also provides a key for interpreting the final weights in the next chart.

Case Weight Report

| Weighting for AGECD | | percent |
|---|---|---|
| 01 | CD1 <25 | 3.470 |
| 02 | CD1 25-34 | 4.010 |
| 03 | CD1 35-44 | 4.080 |
| 04 | CD1 45-54 | 3.610 |
| 05 | CD1 55-64 | 4.100 |
| 06 | CD1 65+ | 5.890 |
| 07 | CD2 <25 | 3.120 |
| 08 | CD2 25-34 | 3.820 |
| 09 | CD2 35-44 | 3.880 |
| 10 | CD2 45-54 | 3.600 |
| 11 | CD2 55-64 | 4.170 |
| 12 | CD2 65+ | 6.330 |
| 13 | CD3 <25 | 2.780 |
| 14 | CD3 25-34 | 4.500 |
| 15 | CD3 35-44 | 4.610 |
| 16 | CD3 45-54 | 3.920 |
| 17 | CD3 55-64 | 3.910 |
| 18 | CD3 65+ | 5.250 |
| 19 | CD4 <25 | 3.690 |
| 20 | CD4 25-34 | 3.840 |
| 21 | CD4 35-44 | 3.740 |
| 22 | CD4 45-54 | 3.410 |
| 23 | CD4 55-64 | 4.040 |
| 24 | CD4 65+ | 6.230 |
| 25 | R/NS | 0.000 |

| Weighting for SEX | | percent |
|---|---|---|
| 1 | M | 49.920 |
| 2 | F | 50.080 |

This is the final weight chart that shows the number of observed cases, the number of the expected cases, and the weight applied to each of the 50 cells to make each cell look like the expected number.

| AGECD | SEX | OBSRV | EXPECTED | WEIGHT |
|---|---|---|---|---|
| 01 | 1 | 29 | 17.98 | 0.6200 |
| 01 | 2 | 34 | 18.04 | 0.5305 |
| 02 | 1 | 38 | 20.78 | 0.5468 |
| 02 | 2 | 41 | 20.85 | 0.5084 |
| 03 | 1 | 16 | 21.14 | 1.3213 |
| 03 | 2 | 25 | 21.21 | 0.8484 |
| 04 | 1 | 27 | 18.71 | 0.6928 |
| 04 | 2 | 12 | 18.77 | 1.5638 |
| 05 | 1 | 17 | 21.24 | 1.2497 |
| 05 | 2 | 21 | 21.31 | 1.0149 |
| 06 | 1 | 28 | 30.52 | 1.0900 |
| 06 | 2 | 33 | 30.62 | 0.9278 |
| 07 | 1 | 27 | 16.17 | 0.5988 |
| 07 | 2 | 18 | 16.22 | 0.9010 |
| 08 | 1 | 27 | 19.79 | 0.7331 |
| 08 | 2 | 12 | 19.86 | 1.6548 |
| 09 | 1 | 19 | 20.10 | 1.0582 |
| 09 | 2 | 15 | 20.17 | 1.3446 |
| 10 | 1 | 20 | 18.65 | 0.9327 |
| 10 | 2 | 9 | 18.71 | 2.0793 |
| 11 | 1 | 14 | 21.61 | 1.5434 |
| 11 | 2 | 14 | 21.68 | 1.5484 |
| 12 | 1 | 23 | 32.80 | 1.4261 |
| 12 | 2 | 31 | 32.91 | 1.0615 |
| 13 | 1 | 17 | 14.41 | 0.8474 |
| 13 | 2 | 28 | 14.45 | 0.5161 |
| 14 | 1 | 32 | 23.32 | 0.7287 |
| 14 | 2 | 20 | 23.39 | 1.1696 |
| 15 | 1 | 21 | 23.89 | 1.1375 |
| 15 | 2 | 21 | 23.96 | 1.1412 |
| 16 | 1 | 20 | 20.31 | 1.0156 |
| 16 | 2 | 16 | 20.38 | 1.2736 |
| 17 | 1 | 18 | 20.26 | 1.1256 |
| 17 | 2 | 21 | 20.33 | 0.9679 |
| 18 | 1 | 13 | 27.20 | 2.0926 |
| 18 | 2 | 22 | 27.29 | 1.2405 |
| 19 | 1 | 24 | 19.12 | 0.7967 |
| 19 | 2 | 20 | 19.18 | 0.9591 |
| 20 | 1 | 15 | 19.90 | 1.3265 |
| 20 | 2 | 22 | 19.96 | 0.9073 |
| 21 | 1 | 16 | 19.38 | 1.2112 |
| 21 | 2 | 16 | 19.44 | 1.2151 |
| 22 | 1 | 13 | 17.67 | 1.3592 |
| 22 | 2 | 11 | 17.73 | 1.6115 |
| 23 | 1 | 20 | 20.93 | 1.0467 |
| 23 | 2 | 25 | 21.00 | 0.8400 |
| 24 | 1 | 21 | 32.28 | 1.5372 |
| 24 | 2 | 28 | 32.39 | 1.1566 |
| 25 | 1 | 5 | 0.00 | 0.0000 |
| 25 | 2 | 3 | 0.00 | 0.0000 |

This is the summary of case weighting. It shows cells where there was a zero weight. That references the "not sures," which we convert to 1.0, meaning no weight was applied.

Case Weight Report

| | |
|---|---|
| TOTAL OBSERVED FREQUENCY | 1038 |
| NUMBER OF WEIGHT CELLS | 50 |
| ZERO WEIGHT CELLS | 0 |
| RECORDS WEIGHTED ZERO | 8 |
| MINIMUM WEIGHT FACTOR | 0.0000 |
| MAXIMUM WEIGHT FACTOR | 2.0926 |
| WEIGHT QUESTION PRODUCED: | WGT |

**inding F.** Our weights were minimal and had virtually no impact on the horse race question. (See questionnaire with weighted and unweighted responses on Pg. 14) [i]

2a. **(If already voted in Q.1 ask:)** In the election for president, for whom did you vote—[Kamala Harris for the Democrats], [Donald Trump for the Republicans], [Robert F. Kennedy, Jr. for We the People], [Chase Oliver for the Libertarians], or someone else? **(Rotate candidate names.)** **(If already voted and not sure, ask:)** Do you just not want to tell, or do you not remember? **(Then code "Mind is made up" in Q.2c and skip to Q.3.)**

**(If definitely vote in Q.1, ask:)** If the election for president were held today and the candidates were [Kamala Harris for the Democrats], [Donald Trump for the Republicans], [Robert F. Kennedy, Jr. for We the People], and [Chase Oliver for the Libertarians], for whom would you vote—[Kamala Harris], [Donald Trump], [Robert F. Kennedy, Jr.], [Chase Oliver], for someone else, or would you not vote? **(Rotate candidate names.)**
**(If definite voter names a candidate in Q.2a, skip Q.2b and ask Q.2c.**
**If definite voter doesn't name a candidate in Q.2a, continue to Q.2b.)**

2b. **(Ask only of definite voters in Q.1 who do not name a candidate in Q.2a):** Toward which candidate would you say you are leaning, or support the most? **(If respondent names a candidate in Q.2b, code as "Could be persuaded" in Q.2c and do not ask.)**

| | **Q.2a Choice** | **Q.2b Leaning** | **Total** | **Unwgt** |
|---|---|---|---|---|
| Kamala Harris | 46 | 1 | **47** | **47** |
| Donald Trump | 43 | 1 | **44** | **44** |
| Robert F. Kennedy, Jr. | 2 | 1 | **3** | **3** |
| Chase Oliver | - | - | **-** | **-** |
| Someone else | 1 | - | **1** | **1** |
| Would not vote | 1 | - | **-** | **-** |
| Not sure/do not remember | 4 | 2 | **3** | **2** |
| Don't want to tell (Already voted only) | 2 | n/a | **2** | **2** |

**Finding G.** We do not think our weighting was flawed. We are aware other polling firms do not weight this way. Our method minimizes guesswork about what the future electorate will look like. Like most social scientists, we believe the best predictor of future behavior is past behavior. But my caveat to that has always been, until there is

change. If we weight current data to make it look like past data, we would be introducing error when the future differs from the past. The 2020 election was unusual in so many ways, but especially in turnout, which was high because of a high number of early or absentee voters. Demographic variables would flow from that dramatic change in how people voted, I would assume. I would not assume 2024 would look like the most recent election, and did not in the final poll.

**Theory 4: We should have included "recalled vote" in our weighting protocol.**

**Background.** Some pollsters do this; I do not. Countless times we've had the opportunity to compare respondents' recall of how they are registered to vote to what the voting records say. It's not perfect by any means. We fear respondents would be no better recalling for whom they voted than when we ask their party ID. For example, in one poll of registered voters for a private client a couple of years ago, here is what we found on recalled versus registered party ID:

| | Date | Republican | Democrat | No party | Other | Refused |
|---|---|---|---|---|---|---|
| **Feb 2022** | Self-identified | 26 | 30 | 40 | 1 | 4 |
| | Registered SOS | 34 | 43 | 22 | 1 | - |
| | | | | | | |
| **Feb 2017** | Self-identified | 24 | 33 | 37 | 1 | 5 |
| | Registered SOS | 32 | 42 | 25 | 1 | - |

Note the consistent inconsistency across two polls using the same method five years apart.

Another issue would be how to factor in those in the current sample who did not vote in 2020. So, I continue to believe the idea of applying weights based on recalled past votes in treacherous territory.

**Finding H.** Our sample of likely voters included 40% who say they had voted for Trump in 2020 and 41% who say they had voted for Biden.

| 101b. | In the 2020 presidential election, did you vote for [Donald Trump] or [Joe Biden], for someone else, or did you not vote? **[Rotate candidate names.]** | | | | |
|---|---|---|---|---|---|
| | **Donald Trump** | **Joe Biden** | **Someone Else** | **Did not Vote** | **Not Sure** |
| **Oct-24** | **40** | **41** | **4** | **12** | **3** |
| Sep-24 | 45 | 41 | 3 | 10 | 1 |
| Jun-24 | 49 | 35 | 4 | 9 | 4 |
| Feb-24 | 45 | 38 | 4 | 9 | 4 |
| Mar-23 | 45 | 39 | 6 | 8 | 3 |
| Nov-21 | 47 | 39 | 5 | 5 | 5 |

Here is our test. We weighted former Trump voters up to 53.10, the actual outcome in Iowa in 2024. We weighted former Biden voters to 44.9, and we weighted those who said they voted for someone else to 2.0.

PRESIDENTIAL HORSERACE, TOP PREFERENCE PLUS LEANING

45 Q2PRES

| | Count | % |
|---|---|---|
| HARRIS | 357 | 44% |
| TRUMP | 401 | 50% |
| RFK JR | 18 | 2% |
| OLIVER | 1 | 0% |
| SOMEONE ELSE | 8 | 1% |
| WOULDN'T VOTE | 1 | 0% |
| NS/DON'T REMEMBER | 12 | 2% |
| DON'T WANT TO TELL (ALR ONLY) | 10 | 1% |

808 WGTTEST2
656 Total Unweighted

Those who did not vote were coded with a weight of 1.0—meaning no weight was applied to them.

Applying these weights gives Trump the advantage, with a margin of 50-44%, +6 for the former president. That does not come close to the eventual margin of +13, but it is a win for Trump.

So, maybe there is some merit in this.

This is a case where it may look obvious after the fact, but the makeup of the future electorate is known.

**Theory 5: Maybe the Wisconsin exit poll will enlighten.**

**Background.** There is no exit poll for Iowa, but there is one for Wisconsin. So, we looked to see whether our demographics were off in some way. The general answer is no. There are a few modest differences in the makeup of the electorate, but mostly they align, including party ID, age, sex, and so on. The differences were in how those parallel groups voted in each state. This link takes you to the national results. Use the drop-down menu to get to Wisconsin. https://www.nbcnews.com/politics/2024-elections/exit-polls

**Finding I.** Iowa voters showed stronger support for Harris among:

Women (+20 in Iowa, +10 in Wisconsin)
White women (+20 in Iowa, +6 in WI)
White women with a college degree+ education (+38 in Iowa, +25 in WI)
White men with a college degree+ education (+24 in Iowa, +2 in WI)

Wisconsin showed more support for Harris among:
Non-whites (Trump was +1 in Iowa, Harris was +31 in WI)
Non-voters in 2020 (Harris was +3 in Iowa, +13 in WI)

**Theory 6: Does Newtonian physics illuminate?**

**Background.** In press interviews before Election Day, I did my best to remind viewers, readers, or listeners that neither candidate reached the 50% mark. Our final numbers were 47-44%, Harris-to-Trump. Nine percentage points were accounted for by some opting for RFK, Jr. (3%), saying they would vote for someone else (1%), saying they were not sure who they would vote for or do not remember for whom they have already voted (3%), or just did not want to say for whom they had already voted (2%). Yet, even if all 9% represented in these answers ended up as Trump supporters, it would have been 53-47%, Trump leading by 6%. Unofficial results from the Iowa Secretary of State's office currently show Trump ended up with a 13-percentage point lead. That is close to the 18-point lead he enjoyed over Joe Biden when we tested the race in June. It's almost like, in the end, Iowa voters treated this race as a Trump-Biden rematch. There may be something to that, but I have no data to help clarify.

**Finding J.** Action leads to reaction. I said to the press the findings could be motivating for either side. And, perhaps they were more

motivating for Trump voters than Harris voters. No way to know, for now. The Secretary of State's election statistics may enlighten.

**Theory 7: Respondents lie.**

**Background.** I do not think respondents lie in any sort of consistent way. Our past final polls have been quite accurate, so lying would be a sudden change in respondent behavior.

**Finding K.** Of course, I cannot rule it out, but I tend not to think this is the case. I could hardly be in this business if I thought otherwise.

**In conclusion.** It comes down to what theories we have that we can test with data, and theories that are speculative where no data exists for a credible test, at least for now.

Nothing is more rewarding than figuring out what went wrong.

Last week before the election, Joe Scarborough commented on the shock poll out of Iowa: "Ann trusted the data. She didn't have to play games with the numbers because she didn't have to adjust for past failures," he said.

I've long said the best predictor of future behavior is past behavior, but I hasten to add, until there is change. There is plenty of change afoot, including some positive change to come.

i ***THE DES MOINES REGISTER*/MEDIACOM IOWA POLL**

Study #2287 SELZER & COMPANY
808 Iowa likely voters in the 2024 general election October 28-31, 2024
Margin of error: ±3.4 percentage points **1,038 contacts weighted by age, sex, and congressional district**

**Percentages may not add to 100% due to rounding.**

A. Are you a resident of the state of Iowa? 23

| | | |
|---|---|---|
| 100 | Yes | **Continue** |
| - | No | **Terminate and do not count toward any quota; do not collect demographic data** |
| - | Not sure | |

1. How likely is it you will vote in the November general election for president and other offices—will you definitely vote, probably vote, might or might not vote, or probably not vote, or have you already cast a ballot in early voting or by absentee ballot? **(Based on general population contacts.)**

| | | Already voted + Definitely vote | Already voted | Definitely vote | Probably vote | Might or might not vote | Probably not vote | Refused/ Not sure |
|---|---|---|---|---|---|---|---|---|
| n=1038 | **Oct-24** | **81** | **26** | **55** | **7** | **4** | **7** | **1** |
| | Unwgt | 78 | 25 | 53 | 8 | 5 | 8 | 1 |

1. How likely is it you will vote in the November general election for president and other offices—will you definitely vote, probably vote, might or might not vote, or probably not vote, or have you already cast a ballot in early voting? **(Based on likely voters in the 2024 general election.)**

| | | Already voted | Definitely vote | Probably vote | Might or might not vote | Probably not vote | Refused/ Not sure |
|---|---|---|---|---|---|---|---|
| x | | | | | | | |
| | **Oct-24** | **32** | **68** | - | - | - | - |
| x | Unwgt | 32 | 68 | - | - | - | - |

x

2a. **(If already voted in Q.1 ask:)** In the election for president, for whom did you vote—[Kamala Harris for the Democrats], [Donald Trump for the Republicans], [Robert F. Kennedy, Jr. for We the People], [Chase Oliver for the Libertarians], or someone else? **(Rotate candidate names.)** **(If already voted and not sure, ask:)** Do you just not want to tell, or do you not remember? **(Then code "Mind is made up" in Q.2c and skip to Q.3.)**

**(If definitely vote in Q.1, ask:)** If the election for president were held today and the candidates were [Kamala Harris for the Democrats], [Donald Trump for the Republicans], [Robert F. Kennedy, Jr. for We the People], and [Chase Oliver for the Libertarians], for whom would you vote—[Kamala Harris], [Donald Trump], [Robert F. Kennedy, Jr.], [Chase Oliver], for someone else, or would you not vote? **(Rotate candidate names.)**
**(If definite voter names a candidate in Q.2a, skip Q.2b and ask Q.2c.**
**If definite voter doesn't name a candidate in Q.2a, continue to Q.2b.)**

2b. **(Ask only of definite voters in Q.1 who do not name a candidate in Q.2a):** Toward which candidate would you say you are leaning, or support the most? **(If respondent names a candidate in Q.2b, code as "Could be persuaded" in Q.2c and do not ask.)**

| | Q.2a Choice | Q.2b Leaning | Total | Unwgt |
|---|---|---|---|---|
| Kamala Harris | 46 | 1 | **47** | 47 |
| Donald Trump | 43 | 1 | **44** | 44 |
| Robert F. Kennedy, Jr. | 2 | 1 | **3** | 3 |
| Chase Oliver | - | - | - | - |
| Someone else | 1 | - | **1** | 1 |
| Would not vote | 1 | - | - | - |

2c. Would you say your mind is made up to support that candidate, or could you still be persuaded to support a different candidate? **(Based on likely voters in the 2024 general election.)**

| | Presidential race | Sample size | Margin of error | Mind is made up | Could be persuaded | Not sure | No preferred candidate |
|---|---|---|---|---|---|---|---|
| Oct-24 | All | n=808 | ±3.4% pts. | 91 | 7 | - | 2 |
| Unwgt | | | | 90 | 7 | - | 2 |
| Oct-24 | Harris supporters | n=378 | ±5.0% pts. | 96 | 4 | - | n/a |
| Unwgt | | | | 96 | 4 | - | n/a |
| Oct-24 | Trump supporters | n=358 | ±5.2% pts. | 95 | 4 | - | n/a |
| Unwgt | | | | 94 | 5 | 1 | n/a |

3. How would you describe your level of enthusiasm for your preferred candidate–are you extremely enthusiastic, very enthusiastic, mildly enthusiastic, or not that enthusiastic? **(Based on likely voters in the 2024 general election.)**

| | Presidential race | Sample size | Margin of error | Extremely+ Very Enthusiastic | Mildly+ Not that Enthusiastic | Extremely Enthusiastic | Very Enthusiastic | Mildly Enthusiastic | Not that Enthusiastic | Not Sure | No preferred candidate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct-24 | All | n=808 | ±3.4% pts. | 68 | 29 | 36 | 32 | 20 | 9 | 1 | 2 |
| Unwgt | | | | 68 | 29 | 35 | 33 | 20 | 9 | 1 | 2 |
| Oct-24 | Harris | n=378 | ±5.0% pts. | 71 | 29 | 37 | 34 | 21 | 8 | - | n/a |
| Unwgt | | | | 70 | 29 | 35 | 35 | 22 | 8 | - | n/a |
| Oct-24 | Trump | n=358 | ±5.2% pts. | 76 | 23 | 40 | 35 | 16 | 7 | 1 | n/a |
| Unwgt | | | | 75 | 25 | 39 | 36 | 17 | 7 | 1 | n/a |

4. Which ONE of the following have you been thinking about most in your decision to support [KAMALA HARRIS/DONALD TRUMP]? **(Fill in name of preferred candidate from Q.2. Read list. Rotate. Based on 2024 likely voters who support Harris or Trump.)**

| | Presidential race | Sample size | Margin of error | Abortion | Immigration | Inflation and the economy | Making sure my preferred party is in the White House | The future of democracy | American assistance to countries at war, such as Israel and Ukraine | Other (VOL) | Not sure |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct-24 | Harris | n=378 | ±5.0% pts. | 22 | 2 | 7 | 9 | 51 | 3 | 4 | 2 |
| Unwgt | | | | 24 | 2 | 7 | 8 | 50 | 3 | 4 | 1 |
| Oct-24 | Trump | n=358 | ±5.2% pts. | 4 | 25 | 49 | 2 | 11 | 3 | 4 | 1 |
| Unwgt | | | | 4 | 23 | 50 | 2 | 11 | 4 | 5 | 1 |

5. **(If already voted in Q.1, ask:)** In the election for the U.S. House of Representatives, for whom did you vote in your congressional district: The [DEMOCRATIC] candidate, the [REPUBLICAN] candidate, or for someone else? **(Rotate party names.) (If already voted and not sure, ask:)** Do you just not want to tell, or do you not remember?

**(If definite voter in Q.1, ask:)** If the elections for the U.S. House of Representatives were being held today, which party's candidate would you vote for in your congressional district: The [DEMOCRATIC] candidate, the [REPUBLICAN] candidate, or for someone else, or would you not vote? **(If not sure, ask:)** Which way are you leaning—toward the [REPUBLICAN] candidate or the [DEMOCRATIC] candidate? **(Rotate which party is**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CD1 | Oct-24 | n=242 | ±6.3% pts | 53 | 37 | 3 | 2 | 3 | 2 |
| | Unwgt | | | 52 | 38 | 2 | 3 | 3 | 2 |
| CD2 | Oct-24 | n=187 | ±7.2% pts | 42 | 45 | 5 | 3 | 5 | 1 |
| | Unwgt | | | 42 | 45 | 5 | 3 | 4 | 1 |
| CD3 | Oct-24 | n=194 | ±7.1% pts | 48 | 41 | 2 | 4 | 3 | 2 |
| | Unwgt | | | 48 | 39 | 2 | 5 | 4 | 2 |
| CD4 | Oct-24 | n=185 | ±7.2% pts | 37 | 53 | 2 | 3 | 4 | 2 |
| | Unwgt | | | 36 | 53 | 2 | 3 | 5 | 2 |

**[Alternate Q.6 and Q.7 every other interview.]**

6. How confident are you that, across the country, the votes in the upcoming election will be counted as voters intended—very confident, mostly confident, mostly doubtful, or very doubtful? **(Based on likely voters in the 2024 general election.)**

| | Confident | Doubtful | Very confident | Mostly confident | Mostly doubtful | Very doubtful | Not |
|---|---|---|---|---|---|---|---|
| Oct-24 | 76 | 23 | 32 | 44 | 15 | 9 | 1 |
| Unwgt | 75 | 24 | 30 | 45 | 15 | 8 | 1 |

7. How confident are you that, here in Iowa, the votes in the upcoming election will be counted as voters intended—very confident, mostly confident, mostly doubtful, or very doubtful? **(Based on likely voters in the 2024 general election.)**

| | Confident | Doubtful | Very confident | Mostly confident | Mostly doubtful | Very doubtful | Not |
|---|---|---|---|---|---|---|---|
| Oct-24 | 91 | 8 | 49 | 42 | 5 | 3 | 1 |
| Unwgt | 91 | 8 | 48 | 43 | 5 | | |

8. Was there ever a time you supported Donald Trump? **(Based only on 2024 likely voters who do not support Trump; n=450. MoE: ±4.6% pts.)**

x

| | Yes | No | Not sure |
|---|---|---|---|
| Oct-24 | 16 | 81 | 3 |
| Unwgt | 16 | 82 | 2 |

x x

9. Do you consider yourself a never-Trumper, or not? **(Based only on 2024 likely voters who do not support Trump; n=450. MoE: ±4.6% pts.)**

x

| | Yes | No | Not sure |
|---|---|---|---|
| Oct-24 | 67 | 26 | 8 |
| Unwgt | 67 | 26 | 7 |

x x

10. If Donald Trump wins the presidency, do you think it would be the right thing or the wrong thing for him to order the Justice Department to drop all pending criminal cases against him? **(Based on likely voters in the 2024 general election.)**

x

| | Right thing | Wrong thing | Not sure |
|---|---|---|---|
| Oct-24 | 26 | 57 | 17 |
| Unwgt | 25 | 59 | 16 |

x x

These final questions are asked just to see what cross-section of Iowans we are interviewing.

**Demographics based on likely voters only.**

100a. What is your age? **(RECORD ACTUAL AGE AND CODE WITH APPROPRIATE AGE GROUP. IF RESPONDENT REFUSES, OFFER AGE GROUPS.)**

b. **(CODE PROPER CATEGORY :)**

| | Under 25 | 25 to 34 | 35 to 44 | 45 to 54 | 55 to 64 | 65 and over | Refused/ not sure |
|---|---|---|---|---|---|---|---|
| Oct-24 | 9 | 13 | 17 | 16 | 17 | 27 | - |
| Unwgt | 14 | 16 | 16 | 14 | 16 | 23 | - |

Unweighted age, all contacts:

| | Under 25 | 25 to 34 | 35 to 44 | 45 to 54 | 55 to 64 | 65 and over | Refused/ not sure |
|---|---|---|---|---|---|---|---|
| Unwgt | 19 | 20 | 14 | 12 | 14 | 19 | 1 |

101a. In politics as of today, do you consider yourself a Republican, Democrat, or independent?

| | Republican | Democrat | Independent | Other (VOL) | Refused/ Not sure |
|---|---|---|---|---|---|
| Oct-24 | 33 | 30 | 34 | 1 | 2 |
| Unwgt | 34 | 30 | 34 | 1 | 2 |

101b. In the 2020 presidential election, did you vote for [Donald Trump] or [Joe Biden], for someone else, or did you not vote? **[Rotate candidate names.]**

| | Donald Trump | Joe Biden | Someone Else | Did not Vote | Not Sure |
|---|---|---|---|---|---|
| Oct-24 | 40 | 41 | 4 | 12 | 3 |
| Unwgt | 38 | 39 | 4 | 16 | 3 |

102. Are you currently married?

| | Yes | No | Refused/ not sure |
|---|---|---|---|
| Oct-24 | 56 | 43 | 1 |
| Unwgt | 52 | 47 | 1 |

103. Do you happen to have children under the age of 18 living in Iowa? **(specify:)**

| | Yes, in respondent's household | Yes, but not in household | No children under age 18 | Refused/ Not sure |
|---|---|---|---|---|
| Oct-24 | 25 | 2 | 71 | 2 |
| Unwgt | 25 | 2 | 72 | 1 |

104. What is the last grade of school you completed?

| | High school graduate or less | Some college | Associate's (two-year) degree* | Bachelor's (four-year) degree | Postgraduate work or degree | Refused/ |
|---|---|---|---|---|---|---|
| Oct-24 | 27 | 20 | 14 | 23 | 14 | 1 |
| Unwgt | 29 | 20 | 14 | 23 | 13 | 1 |

105. Which of the following best describes your religious beliefs—Roman Catholic, Protestant, some other kind of Christian, Jewish, Muslim, other, or none?

| | Roman Catholic | Protestant | Other Christian | Jewish | Muslim | Other | None | Refused/ |
|---|---|---|---|---|---|---|---|---|
| **Oct-24** | **14** | **24** | **26** | **-** | **1** | **13** | **18** | **4** |
| **Unwgt** | **14** | **23** | **26** | **-** | **1** | **14** | **18** | **3** |

106. **(Ask all.)** Would you describe yourself as a "born again" or evangelical Christian, or not?

x

| | Yes | No | Refused/ not sure |
|---|---|---|---|
| **Oct-24** | **24** | **71** | **5** |
| **Unwgt** | **24** | **72** | **5** |

x x

107. Do you live in a city, a suburb, a town, or the country?

| | City | Suburb | Town | Country | Refused/ not sure |
|---|---|---|---|---|---|
| **Oct-24** | **31** | **11** | **30** | **26** | **3** |
| **Unwgt** | **31** | **11** | **30** | **25** | **3** |

108a. With what racial or ethnic group do you identify most—White, Black, Hispanic, Asian, Native American, or some other group?

108b. **(If not Hispanic, ask:)** Are you from a Latino, Hispanic, or Spanish-speaking background?
**(If yes, code AC=3 in b. Then reclassify all into c.)**

| | White | Black | Hispanic | Asian | Native American | Other | Multi-racial (VOL) | Refused/ not sure |
|---|---|---|---|---|---|---|---|---|
| **Oct-24** | **84** | **2** | **4** | **-** | **1** | **1** | **2** | **5** |
| **Unwgt** | **84** | **2** | **5** | **1** | **1** | **2** | **1** | **4** |

109. Is your total annual household income before taxes above or below $70,000 per year?

x

| | $100,000+ | $70,000-$99,999 | $50,000-$69,999 | <$50,000 | Refused/ not sure |
|---|---|---|---|---|---|
| **Oct-24** | **36** | **15** | **15** | **23** | **11** |
| **Unwgt** | **35** | **15** | **15** | **24** | **11** |

x x

110a. If a *Des Moines Register* reporter were to contact you, would you be willing to talk more about your responses to this public poll and perhaps be quoted in the paper, or would you prefer not?

| **Wgt** | **Unwgt** | |
|---|---|---|
| 24 | 25 | Yes, willing to talk more |
| 76 | 75 | No, prefer not |

b. If yes, ask first name: ___________________________________

c. Verify phone number: __________________________________

d. Email address _____________________________________________

111. Phone type

| **Wgt** | **Unwgt** | |
|---|---|---|
| 72 | 75 | Cellphone only |
| 28 | 25 | Landline, other listed number |

112a. What is your gender or sex? **(Let respondent volunteer. S&C will recode as appropriate.)**

| | | Male | Female | Other (specify:) |
|---|---|---|---|---|
| x | | | | |
| | **Oct-24** | **47** | **49** | **4** |
| x | **Unwgt** | **47** | **49** | **4** |

x

113a. Record county from sample, if provided ☐☐☐

113b. What county do you live in? **(Use FIPS code. Assign to proper Congressional District in Q.114 using supplied county-to-CD spreadsheet. If refused/not sure, code as 999.)**

114. Record congressional district determined from Q.113b

x

| | CD1 | CD2 | CD3 | CD4 | Refused/ not sure |
|---|---|---|---|---|---|
| **Oct-24** | **25** | **26** | **25** | **25** | **-** |
| **Unwgt** | **30** | **23** | **24** | **23** | **-** |

**About the Poll**

The Iowa Poll, conducted October 28-31, 2024, for *The Des Moines Register* and Mediacom by Selzer & Co. of Des Moines, is based on telephone interviews with 808 Iowans ages 18 or older who say they will definitely vote or have already voted in the 2024 general election for president and other offices.

Interviewers with Quantel Research contacted 1,038 Iowa adults with randomly selected landline and cell phone numbers supplied by Dynata. Interviews were administered in English. Responses were adjusted by age, sex, and congressional district to reflect the general population based on recent census data.

Questions based on the sample of 808 Iowa likely voters have a maximum margin of error of plus or minus 3.4 percentage points. This means that if this survey were repeated using the same questions and the same methodology, 19 times out of 20, the findings would not vary from the true population value by more than plus or minus 3.4 percentage points. Results based on smaller samples of respondents—such as by gender or age—have a larger margin of error.

Republishing the copyright Iowa Poll without credit and, on digital platforms, links to originating content on *The Des Moines Register* and Mediacom is prohibited.