***THE DES MOINES REGISTER*/MEDIACOM IOWA POLL**

Study #2287 SELZER & COMPANY
808 Iowa likely voters in the 2024 general election October 28-31, 2024
Margin of error: ±3.4 percentage points **1,038 contacts weighted by age, sex, and congressional district**

**Percentages may not add to 100% due to rounding.**

A. Are you a resident of the state of Iowa? 23

| | | |
|---|---|---|
| 100 | Yes | **Continue** |
| - | No | **Terminate and do not count toward any quota; do not collect demographic data** |
| - | Not sure | |

1. How likely is it you will vote in the November general election for president and other offices—will you definitely vote, probably vote, might or might not vote, or probably not vote, or have you already cast a ballot in early voting or by absentee ballot? **(Based on general population contacts.)**

| | | Already voted + Definitely vote | Already voted | Definitely vote | Probably vote | Might or might not vote | Probably not vote | Refused/ Not sure |
|---|---|---|---|---|---|---|---|---|
| n=1038 | **Oct-24** | **81** | **26** | **55** | **7** | **4** | **7** | **1** |
| n=811 | Sep-24 | 81 | n/a | 81 | 9 | 5 | 4 | 1 |
| n=806 | Jun-24 | 76 | n/a | 76 | 11 | 5 | 7 | - |
| n=804 | Feb-24 | 75 | n/a | 75 | 13 | 4 | 8 | - |
| n=805 | Mar-23 | 77 | n/a | 77 | 12 | 5 | 4 | 1 |
| n=810 | Nov-21 | 79 | n/a | 79 | 12 | 4 | 4 | - |

**Likelihood to vote at 1) roughly similar time in cycle as the September 2020 Iowa Poll and 2) final pre-election poll.**

| | | Already voted + Definitely vote | Already voted | Definitely vote | Probably vote | Might or might not vote | Probably not vote | Refused/ Not sure |
|---|---|---|---|---|---|---|---|---|
| n=941 | Oct-20 | **85** | 43 | 42 | 5 | 3 | 6 | 1 |
| n=803 | Sep-20 | **80** | n/a | 80 | 9 | 2 | 8 | 2 |
| | Nov-16 | **74** | 25 | 49 | 8 | 5 | 11 | 2 |
| | Oct-16 | **74** | 7 | 67 | 11 | 5 | 9 | 1 |
| | Nov-12 | **84** | 35 | 49 | 6 | 2 | 8 | 1 |
| | Sep-12 | **79** | n/a | 79 | 12 | 4 | 5 | - |
| | Oct-08 | **87** | 25 | 62 | 5 | 2 | 6 | - |
| | Sep-08 | **73** | n/a | 73 | 11 | 6 | 9 | 1 |

1. How likely is it you will vote in the November general election for president and other offices—will you definitely vote, probably vote, might or might not vote, or probably not vote, or have you already cast a ballot in early voting? **(Based on likely voters in the 2024 general election.)**

| | Already voted | Definitely vote | Probably vote | Might or might not vote | Probably not vote | Refused/ Not sure |
|---|---|---|---|---|---|---|
| **Oct-24** | **32** | **68** | **-** | **-** | **-** | **-** |
| Oct-20 | 51 | 49 | - | - | - | - |
| Nov-16 | 34 | 66 | - | - | - | - |
| Nov-12 | 42 | 58 | - | - | - | - |
| Oct-08 | 28 | 72 | - | - | - | - |

2a. **(If already voted in Q.1 ask:)** In the election for president, for whom did you vote—[Kamala Harris for the Democrats], [Donald Trump for the Republicans], [Robert F. Kennedy, Jr. for We the People], [Chase Oliver for the Libertarians], or someone else? **(Rotate candidate names.)** **(If already voted and not sure, ask:)** Do you just not want to tell, or do you not remember? **(Then code "Mind is made up" in Q.2c and skip to Q.3.)**

**(If definitely vote in Q.1, ask:)** If the election for president were held today and the candidates were [Kamala Harris for the Democrats], [Donald Trump for the Republicans], [Robert F. Kennedy, Jr. for We the People], and [Chase Oliver for the Libertarians], for whom would you vote—[Kamala Harris], [Donald Trump], [Robert F. Kennedy, Jr.], [Chase Oliver], for someone else, or would you not vote? **(Rotate candidate names.)**
**(If definite voter names a candidate in Q.2a, skip Q.2b and ask Q.2c.**
**If definite voter doesn't name a candidate in Q.2a, continue to Q.2b.)**

2b. **(Ask only of definite voters in Q.1 who do not name a candidate in Q.2a):** Toward which candidate would you say you are leaning, or support the most? **(If respondent names a candidate in Q.2b, code as "Could be persuaded" in Q.2c and do not ask.)**

| | **Q.2a Choice** | **Q.2b Leaning** | **Total** |
|---|---|---|---|
| Kamala Harris | 46 | 1 | **47** |
| Donald Trump | 43 | 1 | **44** |
| Robert F. Kennedy, Jr. | 2 | 1 | **3** |
| Chase Oliver | - | - | - |
| Someone else | 1 | - | **1** |
| Would not vote | 1 | - | - |
| Not sure/do not remember | 4 | 2 | **3** |
| Don't want to tell (Already voted only) | 2 | n/a | **2** |

**Based on likely voters in the 2024 general election. Question language differed slightly in past polls.**

| | Sample size | Margin of error | Kamala Harris | Donald Trump | Robert F. Kennedy, Jr. | Chase Oliver | Someone else | Would not vote | Not sure |
|---|---|---|---|---|---|---|---|---|---|
| Sep-24 | n=656 | ±3.8% pts. | 43 | 47 | 6 | 1 | 1 | - | 1 |

**Based on likely voters in the 2024 general election, with Biden as the Democratic candidate.**

| | Sample size | Margin of error | Joe Biden | Donald Trump | Robert F. Kennedy, Jr. | Chase Oliver | Someone else | Would not vote | Not sure |
|---|---|---|---|---|---|---|---|---|---|
| Jun-24 | n=632 | ±3.9% pts. | 32 | 50 | 9 | 2 | 3 | 1 | 3 |

2c. Would you say your mind is made up to support that candidate, or could you still be persuaded to support a different candidate? **(Based on likely voters in the 2024 general election.)**

| | **Presidential race** | **Sample size** | **Margin of error** | **Mind is made up** | **Could be persuaded** | **Not sure** | **No preferred candidate** |
|---|---|---|---|---|---|---|---|
| **Oct-24** | **All** | **n=808** | **±3.4% pts.** | **91** | **7** | **-** | **2** |
| Sep-24 | All | n=656 | ±3.8% pts. | 80 | 18 | - | 2 |
| Jun-24 | All | n=632 | ±3.9% pts. | 67 | 29 | - | 3 |
| **Oct-24** | **Harris supporters** | **n=378** | **±5.0% pts.** | **96** | **4** | **-** | **n/a** |
| Sep-24 | Harris supporters | n=277 | ±5.9% pts. | 89 | 11 | - | n/a |
| Jun-24 | Biden supporters | n=231 | ±6.5% pts. | 81 | 19 | - | n/a |
| **Oct-24** | **Trump supporters** | **n=358** | **±5.2% pts.** | **95** | **4** | **-** | **n/a** |
| Sep-24 | Trump supporters | n=315 | ±5.5% pts. | 84 | 16 | - | n/a |
| Jun-24 | Trump supporters | n=307 | ±5.6% pts. | 76 | 24 | - | n/a |

3. How would you describe your level of enthusiasm for your preferred candidate–are you extremely enthusiastic, very enthusiastic, mildly enthusiastic, or not that enthusiastic? **(Based on likely voters in the 2024 general election.)**

| | Presidential race | Sample size | Margin of error | Extremely+ Very Enthusiastic | Mildly+ Not that Enthusiastic | Extremely Enthusiastic | Very Enthusiastic | Mildly Enthusiastic | Not that Enthusiastic | Not Sure | No preferred candidate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Oct-24** | **All** | **n=808** | **±3.4% pts.** | **68** | **29** | **36** | **32** | **20** | **9** | **1** | **2** |
| Sep-24* | All | n=656 | ±3.8% pts. | 71 | 27 | 31 | 40 | 22 | 5 | - | 2 |
| **Oct-24** | **Harris** | **n=378** | **±5.0% pts.** | **71** | **29** | **37** | **34** | **21** | **8** | **-** | **n/a** |
| Sep-24* | Harris | n=277 | ±5.9% pts. | 80 | 20 | 34 | 46 | 18 | 2 | - | n/a |
| **Oct-24** | **Trump** | **n=358** | **±5.2% pts.** | **76** | **23** | **40** | **35** | **16** | **7** | **1** | **n/a** |
| Sep-24* | Trump | n=315 | ±5.5% pts. | 74 | 26 | 33 | 40 | 22 | 4 | - | n/a |

*Sep-24 wording: How would you describe your level of enthusiasm for your first-choice candidate [name]–are you extremely enthusiastic, very enthusiastic, mildly enthusiastic, or not that enthusiastic?

4. Which ONE of the following have you been thinking about most in your decision to support [KAMALA HARRIS/DONALD TRUMP]? **(Fill in name of preferred candidate from Q.2. Read list. Rotate. Based on 2024 likely voters who support Harris or Trump.)**

| | Presidential race | Sample size | Margin of error | Abortion | Immigration | Inflation and the economy | Making sure my preferred party is in the White House | The future of democracy | American assistance to countries at war, such as Israel and Ukraine | Other (VOL) | Not sure |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Oct-24** | **Harris** | **n=378** | **±5.0% pts.** | **22** | **2** | **7** | **9** | **51** | **3** | **4** | **2** |
| **Oct-24** | **Trump** | **n=358** | **±5.2% pts.** | **4** | **25** | **49** | **2** | **11** | **3** | **4** | **1** |

5. **(If already voted in Q.1, ask:)** In the election for the U.S. House of Representatives, for whom did you vote in your congressional district: The [DEMOCRATIC] candidate, the [REPUBLICAN] candidate, or for someone else? **(Rotate party names.) (If already voted and not sure, ask:)** Do you just not want to tell, or do you not remember?

**(If definite voter in Q.1, ask:)** If the elections for the U.S. House of Representatives were being held today, which party's candidate would you vote for in your congressional district: The [DEMOCRATIC] candidate, the [REPUBLICAN] candidate, or for someone else, or would you not vote? **(If not sure, ask:)** Which way are you leaning—toward the [REPUBLICAN] candidate or the [DEMOCRATIC] candidate? **(Rotate which party is asked first.)**

| | | Sample size | Margin of error | Democratic candidate (with leaners) | Republican candidate (with leaners) | Other (VOL) | Wouldn't vote | Not sure/Don't remember | Don't want to tell (Already voted only) |
|---|---|---|---|---|---|---|---|---|---|
| | **Oct-24** | **n=808** | **±3.4% pts** | **45** | **44** | **3** | **3** | **4** | **2** |
| | Sep-24 | n=656 | ±3.8% pts | 44 | 52 | - | n/a | 4 | n/a |
| | Jun-24 | n=632 | ±3.9% pts | 38 | 56 | 1 | n/a | 5 | n/a |
| | Feb-24 | n=640 | ±3.9% pts | 37 | 54 | 2 | n/a | 6 | n/a |
| **CD1** | **Oct-24** | **n=242** | **±6.3% pts** | **53** | **37** | **3** | **2** | **3** | **2** |
| | Sep-24 | n=189 | ±7.1% pts | 49 | 46 | - | n/a | 5 | n/a |
| | Jun-24 | n=179 | ±7.3% pts | 41 | 53 | - | n/a | 6 | n/a |
| | Feb-24 | n=168 | ±7.6% pts | 49 | 45 | 1 | n/a | 5 | n/a |
| **CD2** | **Oct-24** | **n=187** | **±7.2% pts** | **42** | **45** | **5** | **3** | **5** | **1** |
| | Sep-24 | n=164 | ±7.7% pts | 44 | 52 | 1 | n/a | 4 | n/a |
| | Jun-24 | n=148 | ±8.1% pts | 36 | 57 | 4 | n/a | 3 | n/a |
| | Feb-24 | n=151 | ±8.0% pts | 33 | 61 | 2 | n/a | 4 | n/a |
| **CD3** | **Oct-24** | **n=194** | **±7.1% pts** | **48** | **41** | **2** | **4** | **3** | **2** |
| | Sep-24 | n=150 | ±8.0% pts | 44 | 52 | - | n/a | 4 | n/a |
| | Jun-24 | n=149 | ±8.1% pts | 40 | 55 | - | n/a | 5 | n/a |
| | Feb-24 | n=155 | ±7.9% pts | 44 | 47 | 3 | n/a | 6 | n/a |
| **CD4** | **Oct-24** | **n=185** | **±7.2% pts** | **37** | **53** | **2** | **3** | **4** | **2** |
| | Sep-24 | n=153 | ±7.9% pts | 38 | 57 | - | n/a | 5 | n/a |
| | Jun-24 | n=156 | ±7.9% pts | 35 | 60 | 1 | n/a | 5 | n/a |
| | Feb-24 | n=166 | ±7.6% pts | 24 | 63 | 2 | n/a | 11 | n/a |

**[Alternate Q.6 and Q.7 every other interview.]**

6. How confident are you that, across the country, the votes in the upcoming election will be counted as voters intended—very confident, mostly confident, mostly doubtful, or very doubtful? **(Based on likely voters in the 2024 general election.)**

| | Confident | Doubtful | Very confident | Mostly confident | Mostly doubtful | Very doubtful | Not sure |
|---|---|---|---|---|---|---|---|
| **Oct-24** | **76** | **23** | **32** | **44** | **15** | **9** | **1** |
| Nov-21^ | 65 | 30 | 29 | 36 | 21 | 9 | 5 |

^Nov-21 wording: How confident are you that, across the country, the votes in the 2022 general election next year will be counted as voted intended?

7. How confident are you that, here in Iowa, the votes in the upcoming election will be counted as voters intended—very confident, mostly confident, mostly doubtful, or very doubtful? **(Based on likely voters in the 2024 general election.)**

| | Confident | Doubtful | Very confident | Mostly confident | Mostly doubtful | Very doubtful | Not sure |
|---|---|---|---|---|---|---|---|
| Oct-24 | 91 | 8 | 49 | 42 | 5 | 3 | 1 |

8. Was there ever a time you supported Donald Trump? **(Based only on 2024 likely voters who do not support Trump; n=450. MoE: ±4.6% pts.)**

| | Yes | No | Not sure |
|---|---|---|---|
| **Oct-24** | 16 | 81 | 3 |

9. Do you consider yourself a never-Trumper, or not? **(Based only on 2024 likely voters who do not support Trump; n=450. MoE: ±4.6% pts**

| | Yes | No | Not sure |
|---|---|---|---|
| **Oct-24** | 67 | 26 | 8 |

10. If Donald Trump wins the presidency, do you think it would be the right thing or the wrong thing for him to order the Justice Department to drop all pending criminal cases against him? **(Based on likely voters in the 2024 general election.)**

| | Right thing | Wrong thing | Not sure |
|---|---|---|---|
| **Oct-24** | 26 | 57 | 17 |

These final questions are asked just to see what cross-section of Iowans we are interviewing.

**Demographics based on likely voters only.**

100a. What is your age? **(RECORD ACTUAL AGE AND CODE WITH APPROPRIATE AGE GROUP. IF RESPONDENT REFUSES, OFFER AGE GROUPS.)**

b. **(CODE PROPER CATEGORY :)**

| | Under 25 | 25 to 34 | 35 to 44 | 45 to 54 | 55 to 64 | 65 and over | Refused/ not sure |
|---|---|---|---|---|---|---|---|
| **Oct-24** | **9** | **13** | **17** | **16** | **17** | **27** | **-** |
| Sep-24 | 10 | 17 | 17 | 15 | 17 | 24 | - |
| Jun-24 | 9 | 16 | 15 | 16 | 18 | 24 | 1 |
| Feb-24 | 8 | 14 | 15 | 18 | 20 | 25 | - |
| Mar-23 | 11 | 14 | 15 | 17 | 18 | 24 | 1 |
| Nov-21 | 10 | 15 | 15 | 17 | 18 | 22 | 2 |

101a. In politics as of today, do you consider yourself a Republican, Democrat, or independent?

| | Republican | Democrat | Independent | Other (VOL) | Refused/ Not sure |
|---|---|---|---|---|---|
| **Oct-24** | **33** | **30** | **34** | **1** | **2** |
| Sep-24 | 34 | 31 | 34 | 1 | - |
| Jun-24 | 40 | 24 | 33 | 2 | 2 |
| Feb-24 | 37 | 23 | 38 | 1 | 1 |
| Mar-23 | 32 | 21 | 44 | 1 | 1 |
| Nov-21 | 35 | 24 | 39 | 1 | 1 |

101b. In the 2020 presidential election, did you vote for [Donald Trump] or [Joe Biden], for someone else, or did you not vote? **[Rotate candidate names.]**

| | Donald Trump | Joe Biden | Someone Else | Did not Vote | Not Sure |
|---|---|---|---|---|---|
| **Oct-24** | **40** | **41** | **4** | **12** | **3** |
| Sep-24 | 45 | 41 | 3 | 10 | 1 |
| Jun-24 | 49 | 35 | 4 | 9 | 4 |
| Feb-24 | 45 | 38 | 4 | 9 | 4 |
| Mar-23 | 45 | 39 | 6 | 8 | 3 |
| Nov-21 | 47 | 39 | 5 | 5 | 5 |

102. Are you currently married?

| | Yes | No | Refused/ not sure |
|---|---|---|---|
| **Oct-24** | **56** | **43** | **1** |
| Sep-24 | 56 | 44 | - |

103. Do you happen to have children under the age of 18 living in Iowa? **(specify:)**

| | Yes, in respondent's household | Yes, but not in household | No children under age 18 | Refused/ Not sure |
|---|---|---|---|---|
| **Oct-24** | **25** | **2** | **71** | **2** |
| Sep-24 | 28 | 2 | 70 | - |
| Jun-24 | 26 | 1 | 72 | 1 |
| Feb-24 | 28 | 2 | 68 | 1 |
| Mar-23 | 29 | 1 | 70 | - |
| Nov-21 | 30 | 1 | 67 | 1 |

104. What is the last grade of school you completed?

| | High school graduate or less | Some college | Associate's (two-year) degree* | Bachelor's (four-year) degree | Postgraduate work or degree | Refused/ not sure |
|---|---|---|---|---|---|---|
| **Oct-24** | **27** | **20** | **14** | **23** | **14** | **1** |
| Sep-24 | 24 | 17 | 15 | 26 | 17 | 1 |
| Jun-24 | 27 | 19 | 13 | 27 | 13 | 1 |
| Feb-24 | 27 | 17 | 16 | 22 | 15 | 2 |
| Mar-23 | 21 | 20 | 14 | 29 | 15 | 1 |
| Nov-21 | 23 | 20 | 16 | 24 | 15 | 1 |

105. Which of the following best describes your religious beliefs—Roman Catholic, Protestant, some other kind of Christian, Jewish, Muslim, other, or none?

| | Roman Catholic | Protestant | Other Christian | Jewish | Muslim | Other | None | Refused/ not sure |
|---|---|---|---|---|---|---|---|---|
| **Oct-24** | **14** | **24** | **26** | **-** | **1** | **13** | **18** | **4** |
| Sep-24 | 18 | 22 | 27 | - | - | 11 | 21 | 1 |
| Jun-24 | 15 | 22 | 29 | - | - | 14 | 18 | 3 |
| Feb-24 | 20 | 28 | 24 | - | - | 12 | 13 | 3 |
| Mar-23 | 19 | 27 | 25 | - | 1 | 10 | 17 | 1 |
| Nov-21 | 20 | 26 | 28 | - | - | 10 | 14 | 2 |

106. **(Ask all.)** Would you describe yourself as a "born again" or evangelical Christian, or not?

| | Yes | No | Refused/ not sure |
|---|---|---|---|
| **Oct-24** | **24** | **71** | **5** |
| Sep-24 | 25 | 70 | 5 |
| Jun-24 | 24 | 72 | 5 |
| Feb-24 | 26 | 69 | 5 |
| Mar-23 | 25 | 70 | 5 |
| Nov-21 | 27 | 69 | 4 |

107. Do you live in a city, a suburb, a town, or the country?

| | City | Suburb | Town | Country | Refused/ not sure |
|---|---|---|---|---|---|
| **Oct-24** | **31** | **11** | **30** | **26** | **3** |
| Sep-24 | 39 | 13 | 26 | 21 | 1 |
| Jun-24 | 33 | 11 | 30 | 24 | 2 |
| Feb-24 | 34 | 9 | 32 | 23 | 2 |
| Mar-23 | 32 | 14 | 28 | 26 | 1 |
| Nov-21 | 33 | 11 | 30 | 25 | 1 |

108a. With what racial or ethnic group do you identify most—White, Black, Hispanic, Asian, Native American, or some other group?

108b. **(If not Hispanic, ask:)** Are you from a Latino, Hispanic, or Spanish-speaking background? **(If yes, code AC=3 in b. Then reclassify all into c.)**

| | White | Black | Hispanic | Asian | Native American | Other | Multi-racial (VOL) | Refused/ not sure |
|---|---|---|---|---|---|---|---|---|
| **Oct-24** | **84** | **2** | **4** | **-** | **1** | **1** | **2** | **5** |
| Sep-24 | 88 | 3 | 3 | 1 | - | 2 | 1 | 2 |
| Jun-24 | 88 | 1 | 4 | 1 | 1 | 1 | 1 | 3 |
| Feb-24 | 87 | 1 | 4 | - | 2 | 3 | 1 | 4 |
| Mar-23 | 87 | 2 | 3 | 2 | 1 | 2 | 1 | 3 |
| Nov-21 | 87 | 1 | 4 | - | 1 | 3 | 1 | 3 |

109. Is your total annual household income before taxes above or below $70,000 per year?

| | $100,000+ | $70,000- $99,999 | $50,000- $69,999 | <$50,000 | Refused/ not sure |
|---|---|---|---|---|---|
| **Oct-24** | **36** | **15** | **15** | **23** | **11** |
| Sep-24 | 35 | 17 | 16 | 25 | 8 |
| Jun-24 | 30 | 19 | 17 | 25 | 9 |
| Feb-24 | 36 | 16 | 15 | 22 | 11 |
| Mar-23 | 34 | 18 | 15 | 23 | 9 |
| Nov-21 | 30 | 16 | 16 | 23 | 15 |

110a. If a *Des Moines Register* reporter were to contact you, would you be willing to talk more about your responses to this public poll and perhaps be quoted in the paper, or would you prefer not?

26 Yes, willing to talk more
74 No, prefer not

b. If yes, ask first name: ___________________________________

c. Verify phone number: __________________________________

d. Email address _____________________________________________

111. Phone type

72 Cellphone only
28 Landline, other listed number

112a. What is your gender or sex? **(Let respondent volunteer. S&C will recode as appropriate.)**

| | Male | Female | Other (specify:) |
|---|---|---|---|
| **Oct-24** | **47** | **49** | **4** |
| Sep-24 | 48 | 51 | 1 |
| Jun-24 | 49 | 49 | 2 |
| Feb-24 | 48 | 50 | 2 |
| Mar-23 | 50 | 49 | 1 |
| Nov-21 | 48 | 50 | 2 |

113a. Record county from sample, if provided ☐☐☐
113b. What county do you live in? **(Use FIPS code. Assign to proper Congressional District in Q.114 using supplied county-to-CD spreadsheet. If refused/not sure, code as 999.)**

114. Record congressional district determined from Q.113b

| | CD1 | CD2 | CD3 | CD4 | Refused/ not sure |
|---|---|---|---|---|---|
| **Oct-24** | **25** | **26** | **25** | **25** | **-** |
| Sep-24 | 25 | 25 | 26 | 25 | - |
| Jun-24 | 25 | 25 | 25 | 25 | - |
| Feb-24 | 25 | 26 | 24 | 26 | - |
| Mar-23 | 25 | 24 | 26 | 25 | - |
| Nov-21 | 23 | 24 | 25 | 27 | - |

Compared to:

Study #2286 — September 8-11, 2024
811 Iowa adults, **Weighted by age, sex, and congressional district**
including 656 likely voters in the 2024 general election
Margin of error: ± 3.4 percentage points for all Iowa adults
Margin of error: ± 3.8 percentage points for likely voters

Study #2284 — June 9-14, 2024
806 Iowa adults, **Weighted by age, sex, and congressional district**
including 632 likely voters in the 2024 general election
Margin of error: ± 3.5 percentage points for all Iowa adults
Margin of error: ± 3.9 percentage points for likely voters

Study #2282 — February 25-28, 2024
804 Iowa adults, **Weighted by age, sex, and congressional district**
including 640 likely voters in the 2024 general election
Margin of error: ± 3.5 percentage points for all Iowa adults
Margin of error: ± 3.9 percentage points for likely voters

Study #2267 — March 5-8, 2023
805 Iowa adults, **Weighted by age, sex, and congressional district**
including 643 likely voters in the 2024 general election
Margin of error: ± 3.5 percentage points for all Iowa adults
Margin of error: ± 3.9 percentage points for likely voters

Study #2248 — November 7-10, 2021
810 Iowa adults, **Weighted by age, sex, and congressional district**
including 658 likely voters in the 2024 general election
Margin of error: ± 3.4 percentage points
Margin of error: ± 3.8 percentage points for likely voters

## About the Poll

The Iowa Poll, conducted October 28-31, 2024, for *The Des Moines Register* and Mediacom by Selzer & Co. of Des Moines, is based on telephone interviews with 808 Iowans ages 18 or older who say they will definitely vote or have already voted in the 2024 general election for president and other offices.

Interviewers with Quantel Research contacted 1,038 Iowa adults with randomly selected landline and cell phone numbers supplied by Dynata. Interviews were administered in English. Responses were adjusted by age, sex, and congressional district to reflect the general population based on recent census data.

Questions based on the sample of 808 Iowa likely voters have a maximum margin of error of plus or minus 3.4 percentage points. This means that if this survey were repeated using the same questions and the same methodology, 19 times out of 20, the findings would not vary from the true population value by more than plus or minus 3.4 percentage points. Results based on smaller samples of respondents—such as by gender or age—have a larger margin of error.

Republishing the copyright Iowa Poll without credit and, on digital platforms, links to originating content on *The Des Moines Register* and Mediacom is prohibited.