# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FOMRER STATE SENATOR BRADLEY ZAUN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>J. ANN SELZER, an individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:24-cv-00449-RGE-WPK |

## PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF DEADLINES FOR INITIAL MOTION PRACTICE

Plaintiffs, President Donald J. Trump ("President Trump") Representative Mariannette Miller-Meeks ("Representative Miller-Meeks"), and Former State Senator Bradley Zaun ("Zaun") (collectively, "Plaintiffs") pursuant to Federal Rules of Civil Procedure 16 and 26 and LR 7(d), 7.1, 16, and 26, with the consent of all Defendants (Plaintiffs and Defendants together, the "Parties"), hereby respectfully request that this Court set revised deadlines for the Plaintiffs' anticipated opposition to the Defendants' motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b), and revised deadlines for Defendants' anticipated opposition to the motion to remand and motion for attorney fees pursuant to 28 U.S.C. § 1447(c). In support thereof, Plaintiffs state as follows:

1. On January 24, 2025, the Parties filed a "Motion for Extension of Deadlines for Initial Motion Practice."

2. On January 24, 2025, this Court issued an "Order Granting Motion for Extension

of Deadlines for Initial Motion Practice" (the "Second Order Granting Joint Motion").

3. The Parties have now met and conferred once again regarding their expected plans for the remainder of initial motion practice. Plaintiffs still anticipate filing an opposition to the motions to dismiss, and the Defendants still anticipate filing an opposition to the motion to remand and motion for attorney fees.

4. The Parties require additional time for preparation and investigation relating to opposing the respective motions, given the substantial amount of time anticipated to be required in connection thereto. The Parties therefore request a two-week extension of the deadlines previously established by the Second Order Granting Joint Motion. This is the third request for an extension.

5. Accordingly, the Parties respectfully request that the Court enter an order setting the following revised deadlines:

   a. Plaintiffs may file oppositions to the motions to dismiss and Defendants may file an opposition to Plaintiffs' motion to remand and motion for attorney fees on or before March 28, 2025;

   b. Plaintiffs may file a reply in support of their motion to remand motion and for attorney fees and Defendants may file replies in support of their motions to dismiss on or before April 11, 2025; and

   c. If this Court denies the motion to remand by Plaintiffs, the parties will submit a proposed Rule 16(b) and Rule 26(f) scheduling order and discovery plan within 30 days of such denial of the motion to remand.

6. Such coordination will sequence and streamline the various due dates to maximize efficiency, preserve the parties' and the Court's resources, and provide the parties and the Court with certainty regarding the date by which these threshold issues will be fully ready for the Court's

consideration. Counsel for all defendants have been contacted and indicate they do not oppose this motion.

Wherefore, the Parties, on consent, respectfully request that this Court set deadlines for the filing of the anticipated opposition to the motions to dismiss by Plaintiffs, and the Defendants' anticipated opposition to the motion to remand and motion for attorney fees as set forth above.

Dated:  March 7, 2025

**BOCHNER PLLC**

*/s/ Edward Andrew Paltzik*
1040 Avenue of the Americas
15th Floor
New York, NY 10018
(516) 526-0341
edward@bochner.law

**ALAN R. OSTERGREN PC**
Alan R. Ostergren
500 East Court Avenue
Suite 420
Des Moines, Iowa 50309
(515) 297-0134
alan.ostergren@ostergrenlaw.com

*Counsel to Plaintiffs President Donald J. Trump, Representative Mariannette Miller-Meeks, and Former State Senator Bradley Zaun*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of **Motion for Extension of Deadlines for Motion Practice** was served upon all parties of record through the court's CM/ECF electronic filing system with copies to the below named individuals by electronic mail on March 7, 2025.

/s/ Alan R. Ostergren