IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, and FORMER STATE SENATOR BRADLEY ZAUN;<br><br>Plaintiff,<br><br>vs.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, GANNETT CO., INC.,<br><br>Defendants. | 4:24-cv-00449-RGE-WPK<br><br><br><br>ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF DEADLINES FOR INITIAL MOTION PRACTICE |

Before the Court is Plaintiffs' Consent Motion for Extension of Deadlines for Initial Motion Practice (Motion). ECF 36. Plaintiff requests a two-week extension of the deadlines set by the Court's previous Order granting Motion for Extension of Deadlines for Initial Motion Practice, ECF 22. Defendants do not object to this request. ECF 36. Accordingly, the Court **grants** the Motion, and orders the following:

    1.    Plaintiffs may file oppositions to the motion to dismiss and Defendants may file an opposition to Plaintiffs' motion to remand and motion for attorney fees on or before March 28, 2025;

2.     Plaintiffs may file a reply in support of their motion to remand and for attorney fees and Defendants may file replies in support of their motions to dismiss on or before April 11, 2025; and

3.     If this Court denies the motion to remand by Plaintiffs, the parties will submit a proposed Rule 16(b) and Rule 26(f) scheduling order and discovery plan within 30 days of such denial of the motion to remand.

IT IS SO ORDERED.

Dated March 10, 2025.

_____
Honorable William P. Kelly
U.S. Magistrate Judge