**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

*President Donald J. Trump, et al.*

*v.*                                   Civil Case No. 4:24-cv-449-RGE-WPK

*J. Ann Selzer, et al.*

# MOTION FOR LEAVE TO FILE AN AMICUS BRIEF OF THE CENTER FOR AMERICAN RIGHTS

The Center for American Rights respectfully moves this Court for leave to file the attached amicus brief and states in support as follows:

1. This Court may, in its discretion, permit filing of amicus briefs. *Hodge v. United States*, 2009 U.S. Dist. LEXIS 140856, *9 (N.D. Iowa March 17, 2009).

2. The appropriate method to seek permission to file an amicus brief is through a motion for leave that tracks Federal Rule of Appellate Procedure 29. *Id*. Accord *Swinton v. Squaretrade, Inc.*, 2018 U.S. Dist. LEXIS 238935, *26 (S.D. Iowa Sept. 21, 2018).

3. Such a brief is appropriate where it "will assist the Court by presenting arguments, theories, or facts that are not contained in the parties' briefs." *Swinton*, 2018 U.S. Dist. LEXIS 238935, *25-26 (quoting *ACLU of Minn. v. Tarek ibn Ziyad Acad.*, Civil No. 09-138 (DFW/JJG), 2010 U.S. Dist. LEXIS 44818 at *9 (D. Minn. May 7, 2010)).

4. The Center for American Rights is a non-profit, non-partisan, public-interest law firm based in Chicago. One of the pillars of its practice is media accountability. The Center

pursues that mission by bringing civil and regulatory complaints against media outlets that it believes transgress legal lines and their responsibilities to subscribers and the public.

5. As part of that mission, the Center is counsel to the plaintiff in *Donnelly v. Des Moines Register*, a recently filed action in Polk County, Iowa, trial court on behalf of a putative class of subscribers to the *Register* who were materially misserved by the *Register's* reporting of the Selzer poll.

6. A decision by this Court in this case could set an important persuasive precedent for the consideration of the *Donnelly* case, so the Center acts here to protect its interest.

7. The Center has consulted with counsel for the plaintiffs, and though the plaintiffs will also address the First Amendment question, and may cite some of the same authorities, counsel feels this separate brief will add substantively on an important question in the case.

8. The Center has also consulted with counsel for both sets of defendants, and they have indicated they take no position on the motion.

9. The Center has acted timely to file its brief in advance of the response deadline for the plaintiffs, so that the defendants will be able to address any point they wish in reply.

Wherefore, given the Center's expertise in these issues and its interest in this specific case, the Center moves the Court to file the attached brief.

Respectfully submitted,

/s/ Robert R. Anderson
Robert R. Anderson
Iowa State Bar No. AT9021
P.O. Box 4
Atlantic, IA 50022
Phone (515) 382-1278
Email: Bobandersoniowan@gmail.com

/s/ Daniel R. Suhr
Daniel R. Suhr
Center for American Rights
1341 W. Fullerton Ave., Suite 170
Chicago, IL 60614
Email: dsuhr@americanrights.org
*Pro hac vice filed contemporaneously*