IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>J. ANN SELZER, an individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>    Defendants. | Case No. 4:24-cv-00449-RGE-WPK<br><br>**DEFENDANT GANNETT CO., INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN OPPOSITION TO MOTION FOR REMAND** |

    Defendant Gannett Co., Inc. ("Gannett"), by and through undersigned counsel and pursuant to Local Rule 7(h), respectfully request leave to file a Brief in Opposition to Plaintiffs' Motion for Remand in excess of the twenty-page limit set forth in the Local Rules. Gannett has conferred in good faith with the Parties, and no Party opposes this Motion. In support of this Motion, Gannett states as follows:

    1.    Plaintiffs' Motion for Remand and Gannett's Brief in Opposition raise an important issue in Plaintiffs' categorical challenge to the snap removal procedure under 28 U.S.C. § 1441(b)(2). (Dkts. 30–32.)

    2.    Plaintiffs' Motion for Remand and Gannett's Brief in Opposition necessarily discuss Plaintiffs' Amended Complaint, which names three Plaintiffs (including the President of the United States in his individual capacity) and four Defendants, spans 163 paragraphs across 45

pages, and contains novel claims for violation of the Iowa Consumer Fraud Act, negligent misrepresentation, and fraudulent misrepresentation. (Dkt. 23.)

3. Local Rule 7(h) provides that the maximum length of a brief is twenty pages unless the Court grants leave to file an overlength brief.

4. In light of the complexity and importance of the issues raised, Gannett requires additional pages to fully develop the legal arguments.

5. Good cause thus exists for Gannett to file an overlength Brief in Opposition to Plaintiffs' Motion for Remand.

6. Gannett respectfully submits that the interests of justice will be served by permitting the filing of this overlength Brief and that no party will be prejudiced by granting this Motion.

7. Gannett therefore respectfully seeks leave of the Court to file an overlength Brief in Opposition to Plaintiffs' Motion for Remand.

8. Counsel for Gannett have conferred with counsel for Plaintiffs, and counsel for Plaintiffs do not oppose this request.

9. In accordance with Local Rule 7(h), Gannett has attached its Opposition Brief hereto.

**WHEREFORE**, for the foregoing reasons, Defendant Gannett Co., Inc. respectfully requests that this Court enter an Order granting leave to file an overlength Brief in Opposition to Plaintiffs' Motion for Remand, and that the Clerk of Court detach, file, and docket the attached document.

Dated April 1, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
David Yoshimura, AT0012422
801 Grand Avenue, 33rd Floor
Des Moines, IA, 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
   *david.yoshimura@faegredrinker.com*

**ATTORNEYS FOR DEFENDANTS DES MOINES REGISTER & TRIBUNE COMPANY AND GANNETT CO., INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of **Motion for Leave to File Overlength Brief in Opposition to Motion for Remand** was served upon all parties of record through the court's CM/ECF electronic filing on April 1, 2025.

/s/ *Paulette Ohnemus*