# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Civil Case No. 4:24-cv-449-RGE-WPK<br><br>**DEFENDANTS J. ANN SELZER AND SELZER & CO.'S JOINDER TO DEFENDANT GANNETT CO., INC.'S OPPOSITION TO MOTION FOR REMAND** |

Defendants J. Ann Selzer and Selzer & Company hereby join the Opposition to the Plaintiffs' Motion to Remand filed by Defendants Gannett Co., Inc. at ECF No. 43-1.

WHEREFORE, Defendants J. Ann Selzer and Selzer & Company respectfully request this Court **deny** Plaintiffs' Motion to Remand filed at ECF No. 30.

Dated: April 1, 2025

Respectfully Submitted,

/s/ *Robert Corn-Revere*
Robert Corn-Revere, DC Bar No. 375415
(*Admitted Pro Hac Vice*)
Conor T. Fitzpatrick, Mich. Bar No. P78981
(*Admitted Pro Hac Vice*)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave., SE; Suite 340
Washington, DC 20003
Phone: (215) 717-3473
Email: bob.corn-revere@thefire.org
         conor.fitzpatrick@thefire.org

Greg Greubel, Iowa Bar No. AT0015474
Adam Steinbaugh, Cal. Bar No. 304829
(*Admitted Pro Hac Vice*)
FOUNDATION FOR INDIVIDUAL RIGHTS AND
EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
Phone: (215) 717-3473
Email: greg.greubel@thefire.org
       adam@thefire.org

Matthew A. McGuire, Iowa Bar No. AT0011932
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
Phone: (515) 283-8014
Email: mmcguire@nyemaster.com

**ATTORNEYS FOR DEFENDANTS
J. ANN SELZER AND SELZER &
COMPANY**