IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>J. ANN SELZER, an individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:24-cv-00449-RGE-WPK |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH
BRIEF IN OPPOSITION TO MOTION TO DISMISS**

Plaintiffs, President Donald J. Trump ("President Trump") Representative Mariannette Miller-Meeks ("Representative Miller-Meeks"), and Former State Senator Bradley Zaun ("Zaun") (collectively, "Plaintiffs") pursuant to Local Rule 7(h), respectfully request leave to file a 29-page Brief in Opposition to Defendants Des Moines Register and Tribune Company and Gannett Co., Inc.'s Motion to Dismiss ("Plaintiffs' Opposition"). Plaintiff has conferred with counsel of all parties, and they do not oppose this request. In support, Plaintiffs submit the following:

1. Defendants Des Moines Register and Tribune Company and Gannett Co., Inc.'s Brief in Support of their Motion to Dismiss is an overlength brief, consisting of 48 pages.

2. Local Rule 7(h) limits the length of a brief to 20 pages, unless the Court grants leave to file an overlength brief.

3. Due to the lengthy nature and extensive argumentation set forth in Defendants'

1

Memorandum of Law, Plaintiffs require additional pages in Plaintiff's Opposition.

4. Therefore, good cause exists for Plaintiffs to file an overlength Brief in Opposition to Defendants Motion to Dismiss.

5. The undersigned counsel has conferred with counsel for Defendants, and they do not oppose this request.

6. Pursuant to Local Rule 7(h), Plaintiffs have affixed their Brief as "**Exhibit A**"

**WHEREFORE**, Plaintiffs respectfully request this Court enter an Order granting them leave to file an overlength Brief in support of their Opposition to Motion to Dismiss, and that the Clerk of Court detach, file, and docket the attached document.

Dated:  April 1, 2025

**BOCHNER PLLC**

*/s/ Edward Andrew Paltzik*
Edward Andrew Paltzik, Esq. (*pro hac vice*)
1040 Avenue of the Americas
15th Floor
New York, NY 10018
(516) 526-0341
edward@bochner.law

**ALAN R. OSTERGREN PC**
Alan R. Ostergren
500 East Court Avenue
Suite 420
Des Moines, Iowa 50309
(515) 297-0134
alan.ostergren@ostergrenlaw.com

*Counsel to Plaintiffs President Donald J. Trump, Representative Mariannette Miller-Meeks, and Former State Senator Bradley Zaun*

3

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a true copy of **Motion for Leave to File Overlength Brief in Opposition** was served upon all parties of record through the court's CM/ECF electronic filing system on April 1, 2025.

      /s/ Alan R. Ostergren