# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>*Defendants*. | Civil Case No. 4:24-cv-449-RGE-WPK<br><br>**DEFENDANTS J. ANN SELZER AND SELZER & CO.'S UNRESISTED MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS** |

Defendants J. Ann Selzer and Selzer & Company ("Selzer"), pursuant to Local Rule 7, hereby move the Court for an order granting leave to file an overlength brief for their reply in support of their Motion to Dismiss (ECF 24), and in support thereof states:

1. Selzer seeks leave to file a reply brief that is no longer than 17 pages, not counting the case caption, table of contents, and signature block. *See* L.R. 7(g).

2. Good cause exists to allow Selzer to file a brief in excess of the Court's normal 5-page limit under Local Rule 7(g).

3. Selzer's proposed overlength brief responds to the legal arguments raised by Plaintiffs in its 31-page resistance brief. (*See* ECF 52.)

4. Selzer's reply brief also responds to the additional arguments presented by *amici* in their separate brief. (ECF 38-1.)

5.      Selzer has made efforts to be concise in responding to Plaintiffs' overlength 31-page resistance brief. The Motion to Dismiss and Plaintiffs' resistance address numerous distinct legal issues. The inclusion of the additional pages will aid the court in ruling on Selzer's Motion to Dismiss.

6.      Selzer has attached a copy of the proposed overlength brief in resistance to this motion.

7.      Pursuant to Local Rule 7(k), the undersigned counsel confirm that they have met and conferred with counsel for Plaintiffs regarding the instant motion. Counsel for Plaintiffs does not resist the instant motion.

WHEREFORE, Defendants J. Ann Selzer and Selzer & Company respectfully request that the Court enter an order granting Selzer leave to file a 17-page brief in reply to their Motion to Dismiss.

Dated: April 15, 2025

Respectfully Submitted,

/s/ *Matthew A. McGuire*                  .
Robert Corn-Revere, DC Bar No. 375415
(*Admitted Pro Hac Vice*)
Conor T. Fitzpatrick, Mich. Bar No. P78981
(*Admitted Pro Hac Vice*)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave., SE; Suite 340
Washington, DC 20003
Phone: (215) 717-3473
Email: bob.corn-revere@thefire.org
         conor.fitzpatrick@thefire.org

Greg Greubel, Iowa Bar No. AT0015474
Adam Steinbaugh, Cal. Bar No. 304829
(*Admitted Pro Hac Vice*)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)

510 Walnut St., Suite 900
Philadelphia, PA 19106
Phone: (215) 717-3473
Email: greg.greubel@thefire.org
       adam@thefire.org

Matthew A. McGuire, Iowa Bar No. AT0011932
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
Phone: (515) 283-8014
Email: mmcguire@nyemaster.com

**ATTORNEYS FOR DEFENDANTS J. ANN SELZER AND SELZER & COMPANY**

4

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system.

/s/ *Robert Corn-Revere*