IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>J. ANN SELZER, an individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:24-cv-00449-RGE-WPK<br><br>**DEFENDANTS DES MOINES REGISTER AND TRIBUNE COMPANY AND GANNETT CO., INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS** |

Defendants Des Moines Register and Tribune Co. and Gannett Co., Inc. (collectively, "Press Defendants"), by and through their undersigned counsel and pursuant to Local Rule 7(h), respectfully request leave to file a Reply Brief in support of their Motion to Dismiss in excess of the five-page limit set forth in the Local Rules. In support of this Motion, Press Defendants state as follows:

1. The Amended Complaint, which is brought on behalf of three Plaintiffs (including the President of the United States) against four Defendants, spans 163 paragraphs across 45 pages and contains novel claims for violation of the Iowa Consumer Fraud Act, negligent misrepresentation, and fraudulent misrepresentation. (Dkt. 23.) Plaintiffs' claims also implicate important First Amendment principles.

2. Plaintiffs were granted leave to file an overlength brief in support of their Opposition to Press Defendants' Motion to Dismiss, in excess of the 20-page limitation set forth

in Local Rule 7(h). (Dkts. 47, 49.)

3. Plaintiffs' Memorandum of Law in Opposition to Press Defendants' Motion to Dismiss spans 30 pages and introduces new factual allegations and arguments. (Dkt. 51.)

4. Local Rule 7(g) provides that the maximum length of a Reply Brief is five pages unless leave is granted to file an overlength brief in accordance with Local Rule 7(h).

5. In light of the parties involved and the complexity and importance of the issues raised by the Amended Complaint and in the Motion to Dismiss, Press Defendants require additional pages to fully develop the responsive legal arguments.

6. Good cause thus exists for Press Defendants to file an overlength Reply Brief in support of their Motion to Dismiss.

7. Press Defendants respectfully submit that the interests of justice will be served by permitting the filing of this overlength Brief and that no party will be prejudiced by granting this Motion.

8. Press Defendants therefore respectfully seek leave of this Court to file an overlength Reply Brief in support of their Motion to Dismiss.

9. Counsel for Press Defendants have conferred with counsel for Plaintiffs, and counsel for Plaintiffs do not oppose this request.

10. In accordance with Local Rule 7(h), Defendants have attached their proposed Reply Brief hereto.

**WHEREFORE**, Press Defendants respectfully request that this Court enter an Order granting them leave to file an overlength Reply Brief in support of their Motion to Dismiss, and that the Clerk of Court detach, file, and docket the attached document.

| | |
|---|---|
| Dated: April 15, 2025 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Nicholas Klinefeldt*<br>Nicholas Klinefeldt, AT0008771<br>David Yoshimura, AT0012422<br>801 Grand Avenue, 33rd Floor<br>Des Moines, Iowa 50309-8003<br>Telephone: (515) 248-9000<br>Facsimile: (515) 248-9010<br>Email: *nick.klinefeldt@faegredrinker.com*<br>      *david.yoshimura@faegredrinker.com*<br><br>**ATTORNEYS FOR DEFENDANTS DES MOINES REGISTER AND TRIBUTE COMPANY AND GANNETT CO., INC.** |

## **CERTIFICATE OF SERVICE**

I certify that on April 15, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all parties participating in the Court's electronic filing system.

/s/ Elizabeth Collins