IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>J. ANN SELZER, an individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:24-cv-00449-RGE-WPK |

**PLAINTIFFS' MOTION FOR LEAVE TO
FILE OVERLENGTH REPLY MEMORANDUM OF LAW IN
SUPPORT OF THEIR MOTION TO REMAND TO STATE COURT**

Plaintiffs, President Donald J. Trump ("President Trump") Representative Mariannette Miller-Meeks ("Representative Miller-Meeks"), and Former State Senator Bradley Zaun ("Zaun") (collectively, "Plaintiffs") pursuant to Local Rule 7(h), respectfully request leave to file an 11-page Reply Memorandum of Law in Support of Their Motion to Remand to State Court. Plaintiffs have conferred with counsel of all parties, and they do not oppose this request. In support, Plaintiffs submit the following:

1. Defendant Gannett Co., Inc.'s Brief in Opposition of Plaintiffs' Motion to Remand is an overlength brief, consisting of 29 pages.

2. Local Rule 7(g) limits the length of a reply brief to 5 pages.

3. Due to the lengthy nature and extensive argumentation set forth in Defendants' overlength Brief, Plaintiffs require additional pages in their Reply Memorandum of

1

Law in Support of Their Motion to Remand to State Court.

4. Therefore, good cause exists for Plaintiffs to file an overlength Brief in Support of their Motion to Remand.

5. The undersigned counsel has conferred with counsel for Defendants, and they do not oppose this request.

6. Pursuant to Local Rule 7(h), Plaintiffs have affixed their Reply Brief as "**Exhibit A**"

**WHEREFORE**, Plaintiffs respectfully request this Court enter an Order granting them leave to file an overlength Reply Memorandum of Law in Support of Their Motion to Remand to State Court, and that the Clerk of Court detach, file, and docket the attached document.

Dated: April 15, 2025

**BOCHNER PLLC**

*/s/ Edward Andrew Paltzik*
Edward Andrew Paltzik, Esq. (*pro hac vice*)
1040 Avenue of the Americas
15th Floor
New York, NY 10018
(516) 526-0341
edward@bochner.law

**ALAN R. OSTERGREN PC**
Alan R. Ostergren
500 East Court
Avenue Suite 420
Des Moines, Iowa 50309
(515) 297-0134
alan.ostergren@ostergrenlaw.com

*Counsel to Plaintiffs President Donald J. Trump, Representative Mariannette Miller-Meeks, and Former State Senator Bradley Zaun*

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of Plaintiffs' Reply Memorandum of Law in Support of Their Motion to Remand to State Court was served upon all parties of record through the court's CM/ECF electronic filing system on April 15, 2025.

/s/ Edward Andrew Paltzik
Edward Andrew Paltzik
