IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual,

    Plaintiffs,

v.

J. ANN SELZER, an individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,

    Defendants.

Case No.: 4:24-cv-00449-RGE-WPK

### DECLARATION OF ALAN R. OSTERGREN

1.    My name is Alan R. Ostergren. I am one of the attorneys of record for the plaintiffs. I have been licensed to practice law in the State of Iowa since September 1997. I am also admitted to practice in this Court, the U.S. District Court for the Northern District of Iowa, the U.S. Court of Appeals for the Eighth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the District of Columbia Circuit, and the U.S. Supreme Court. I graduated from Drake University School of Law and Grinnell College.

2.    I am familiar with the rules and procedures for electronic filing of court documents in the State of Iowa judicial branch's EDMS system. Use of the EDMS system is mandatory for Iowa attorneys and most pro se filers. The Iowa Supreme Court has promulgated rules for

electronic filing that are found in Chapter 16 of the Iowa Court Rules (known as the Iowa Rules of Electronic Procedure, abbreviated as Iowa R. Elec. P.)

3. I personally filed the petition styled President Donald J. Trump v. J. Ann Selzer, Selzer & Company, Des Moines Register and Tribune Company, and Gannett Co., Inc. in the Iowa District Court for Polk County. I completed the necessary steps to file the petition in the EDMS system on December 16, 2024, at 9:03 p.m.

4. As required by Iowa R. Civ. P. 1.302 and Iowa R. Elec. P. 16.314(1), I submitted an original notice as a separate document type along with the petition. The original notice was also submitted on December 16, 2024, at 9:03 p.m. See Exhibit 1, page 1.

5. When a new case is filed in EDMS, the case does not have a case number until it is assigned by the clerk of court. The case is generally inaccessible to public view until the clerk takes the step of assigning the case number. Once the clerk takes this step, the clerk affixes the clerk's seal on a document that includes the new case number. In this case, the Polk County Clerk of Court assigned the case number CVCV068364. The document which contains the clerk's seal shows that it was processed December 17, 2024, at 8:24:50 a.m. See Exhibit 1, page 2.

6. The EDMS system will automatically provide notice when a document is electronically filed to all parties who are registered filers. Iowa R. Elec. P. 16.315(1)(b). However, there is an important exception. The EDMS system will not provide notices of electronic filing "on documents that require personal service to confer jurisdiction." Iowa R. Elec. P. 16.315(1)(f). As explained in the comment that follows the rule, "[a] notice of electronic filing or presentation will not be generated on case initiation…" Because personal service of an original notice, with a copy of the petition attached, is required by Iowa R. Civ. P. 1.302, the EDMS system does not alert the filer that the clerk has processed a new case. The filer must periodically check the EDMS

system to see if the case appears in the user's "My Cases" tab in EDMS to learn that the clerk of court has assigned it a case number and affixed its seal to the original notice.

7. It is my experience that new case filings in Polk County are often not processed by the clerk of court for several days after filing because of the heavy volume of cases in that jurisdiction. It would not be typical or expected for the Clerk to process a new case and assign a case number in under 12 hours of its filing, especially outside of business hours. So although the petition was ready to be served as of the morning of the 17th, the quick processing of this petition and notice was atypical and so it cannot reasonably have been expected for me or my co-counsel to have even known it was ready to be served. And even had I checked the docket that morning and seen it was ready to be served, we could not have feasibly arranged for service that very same day before Defendants filed their notice of removal just hours later.

8. I am aware of a lawsuit filed in this Court against the Iowa Judicial Branch by Courthouse News Service in May 2023 seeking access to new filings before the Clerk of Court assigns a case number and affixes its seal. As reported by Defendant Des Moines Register and Tribune Company, the case was settled in March 2024 with the Iowa Judicial Branch agreeing to provide "access to pre-processing filings" to "registered Iowa Courts Online users who have completed the proper user agreements" ("The Settlement"). See, *Iowa to provide quicker access to new court filings under settlement with media groups*, The Des Moines Register (March 18, 2024), attached as Exhibit 2.

9. I am aware that Defendant Des Moines Register and Tribune Company regularly reports on new court filings in the Iowa courts. The Des Moines Register also carries reporting from the Iowa Capital Dispatch, a web-based news organization. The Iowa Capital Dispatch regularly reports on new court filings in the Iowa courts. Given the nature of its reporting and the

terms of The Settlement as reported by Defendant Des Moines Register and Tribune Company, it is reasonable to conclude that employees of Defendant Des Moines Register and Tribune Company have access to pre-processed filings, as described in The Settlement.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on April 15, 2025.

_____
Alan R. Ostergren