# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>*Defendants*. | Civil Case No. 4:24-cv-449-RGE-WPK<br><br>**DEFENDANTS J. ANN SELZER AND SELZER & COMPANY'S RESISTANCE TO PLAINTIFFS' MOTION FOR STAY OF ALL REMAINING DEADLINES** |

On May 23, 2025, this Court denied Plaintiffs' Motion to Remand and "ORDERED that Plaintiff Donald J. Trump has seven days from the date of this order to file a revised version of the Amended Complaint." (Dkt. 65, p.11.) On the due date for that filing, Plaintiffs' counsel contacted Defendants' counsel and relayed they[1] "plan to file our petition for an appeal in the Eighth Circuit on Monday. We also plan to move in the district court to stay proceedings pending resolution of that petition and to extend the deadline to file the amended complaint that is due today." (Ex. A.) Plaintiffs' counsel did not attach a copy of their proposed motion but requested Defendants' position. Based on Plaintiffs' counsel's description of their requested relief, Defendants J. Ann Selzer and Selzer & Company ("Selzer Defendants") responded that they take no position. (*Id.*).

---

[1] Plaintiffs' counsel filed yesterday's motion on behalf of Mr. Trump *and* former Plaintiffs Ms. Miller-Meeks and Mr. Zaun despite the fact this Court's Order "terminated" them as parties to this action and vacated the Amended Complaint adding them as parties "as a nullity." (Dkt. 65, p.11.)

1

But that evening, Plaintiffs (actual and terminated) filed a "Motion for Stay of All Remaining Deadlines" seeking not just an extension of the deadline to file an amended complaint, but a complete stay of that court-ordered deadline until after the resolution of their appeal in the Eight Circuit. (Dkt. 66, p.4.) The Selzer Defendants took no position to a short extension of the court-ordered deadline (which is what the Selzer Defendants believed they were responding to a request for). However, the Selzer Defendants oppose the request for a complete stay of an obligation to file an amended complaint until after the resolution of an appeal. The Selzer Defendants contend Mr. Trump should, consistent with the timing set out in the Court's Order, file his amended complaint prior to a stay of proceedings.

Dated: May 31, 2025                                Respectfully Submitted,

/s/ *Robert Corn-Revere*
Robert Corn-Revere*†
   (DC Bar No. 375415)
Conor T. Fitzpatrick*
   (Mich. Bar No. P78981)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave., SE; Suite 340
Washington, D.C. 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Greg H. Greubel
   (Iowa Bar No. AT0015474)
Adam Steinbaugh*
   (Cal. Bar No. 304829)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire

       (Iowa Bar No. AT0011932)
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Defendants J. Ann Selzer and Selzer & Company*

\* *Admitted pro hac vice.*
† *Lead counsel*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system on May 31, 2025.

                                             /s/ *Robert Corn-Revere*

Copy to:

EDWARD ANDREW PALTZIK
Bochner PLLC
1040 Avenue of the Americas
15th Floor
New York, NY 10018
(516) 526-0341
edward@bochner.law

ALAN R. OSTERGREN
Attorney at Law
Alan R. Ostergren, PC
500 East Court Avenue Suite 420
Des Moines, Iowa 50309
(515) 297-0134
alan.ostergren@ostergrenlaw.com

*Attorneys for Plaintiffs*