# Exhibit A



## Re: Trump v DMR
1 message

---

**Bob Corn-Revere** <bob.corn-revere@thefire.org>　　　　　　　　　　　　　　　　Fri, May 30, 2025 at 4:02 PM
To: Alan Ostergren <alan.ostergren@ostergrenlaw.com>
Cc: nick.klinefeldt@faegredrinker.com, grygielm@gtlaw.com, david.yoshimura@faegredrinker.com, Bochner PLLC <edward@bochner.law>, Adam Steinbaugh <adam@thefire.org>, Conor Fitzpatrick <conor.fitzpatrick@thefire.org>, Greg Greubel <greg.greubel@thefire.org>

Alan--

Defendants J. Ann Selzer and Selzer & Company take no position on your request.

Sincerely,

Robert Corn-Revere

> On Fri, May 30, 2025 at 12:19 PM Alan Ostergren <alan.ostergren@ostergrenlaw.com> wrote:
>
> Friends, we plan to file our petition for an appeal in the Eighth Circuit on Monday. We also plan to move in the district court to stay proceedings pending resolution of that petition and to extend the deadline to file the amended complaint that is due today.
>
> Could you let us know your position on both of these issues? Thanks.
>
> ARO