# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>J. ANN SELZER, an individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:24-cv-00449-RGE-WPK |

**PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR STAY OF ALL REMAINING DEADLINES**

Plaintiffs, President Donald J. Trump ("President Trump"), Representative Mariannette Miller-Meeks ("Representative Miller-Meeks"), and Former State Senator Bradley Zaun ("Zaun") (collectively, "Plaintiffs"), submit this reply to the response to Plaintiff's Motion for Stay of All Remaining Deadlines [ECF 67]. In support thereof, Plaintiffs state as follows:

1.  On May 30, 2025, counsel for Plaintiffs sent an email to counsel for Defendants to ask the position of the Defendants on Plaintiffs' planned motion. [ECF 67-1]. The request explained that the motion would include extending the deadline to file a revised amended complaint under the Court's order denying Plaintiff's motion for remand to state court. [ECF 65].

2.  Counsel for Defendants may have misunderstood the request, but their interpretation was not reasonable. If counsel believed that Plaintiffs only requested a brief extension to file a revised amended complaint and intended to have a revised amended complaint on file while simultaneously pursing their appeal, the request would have included the new date

1

for when the revised amended complaint would have been due. *See* Local Rule 7(j)(2) (requiring a request to extend a deadline to be accompanied by "[t]he new date or deadline requested."). The lack of a new due date reflected the intent of the Plaintiffs to delay the filing of an amended complaint until their appeal is resolved.

3.  Defendants' belated objection only highlights the concern of the Plaintiffs that Defendants believe a revised amended complaint will prejudice the right of the Plaintiffs to seek appellate review of the Court's order denying the motion for remand to state court. To avoid unnecessary gamesmanship on this issue, a stay of all proceedings—including the filing of a revised amended complaint—should be granted as requested in the Plaintiffs' motion.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Court issue a stay of the instant action.

Dated:  June 1, 2025

**BOCHNER PLLC**

*/s/ Edward Andrew Paltzik*
1040 Avenue of the Americas
15th Floor
New York, NY 10018
(516) 526-0341
edward@bochner.law

*/s/ Alan R. Ostergren*
**ALAN R. OSTERGREN PC**
500 East Court Avenue
Suite 420
Des Moines, Iowa 50309
(515) 297-0134
alan.ostergren@ostergrenlaw.com

*Counsel to Plaintiffs President Donald J. Trump, Representative Mariannette Miller-Meeks, and Former State Senator Bradley Zaun*

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the **PLAINTIFFS' MOTION FOR STAY OF ALL REMAINING DEADLINES** was served upon all parties of record through the court's CM/ECF electronic filing system with copies to the below named individuals by electronic mail on June 1, 2025.

/s/ Alan R. Ostergren