**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 02, 2025

Alan R. Ostergren
Suite 420
500 E. Court Avenue
Des Moines, IA 50309

RE: 25-8003 Donald J. Trump, et al v. J. Selzer, et al

Dear Counsel:

A petition for permission to appeal has been filed under the caption and miscellaneous case number shown above.

Counsel for the respondent is directed to file a response to this application within 10 days from service of the petition.

Upon receipt of the response, the matter will be submitted to the court for a ruling. All counsel will be advised of the court's decision. No briefing schedule will be established unless the court grants the petition.

The Clerk of the United States District Court is being notified of the filing of the petition. If the petition is granted, petitioner must pay the district court all required fees. Please refer to Federal Rule of Appellate Procedure 5 and the applicable statutory sections for further guidance and information.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site

www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Susan E. Bindler
Clerk of Court

MMH

Enclosure(s)

cc: Andrew R. Anderson
Jacob Bylund
Robert Corn-Revere
Conor T. Fitzpatrick
Greg H. Greubel
Nicholas A. Klinefeldt
Matthew A. McGuire
Edward A. Paltzik
Adam Steinbaugh
David Yoshimura
Clerk, U.S. District Court, Southern Iowa

District Court/Agency Case Number(s): 4:24-cv-00449-RGE

**Caption For Case Number: 25-8003**

Donald J. Trump; Bradley Zaun; Mariannette Miller-Meeks

Petitioners

v.

J. Ann Selzer; Selzer & Company; Des Moines Register and Tribune Company; Gannett Co., Inc.

Respondents

**Addresses For Case Participants: 25-8003**

Alan R. Ostergren
Suite 420
500 E. Court Avenue
Des Moines, IA 50309

Andrew R. Anderson
FAEGRE & DRINKER
33rd Floor
801 Grand Avenue
Des Moines, IA 50309-8011

Jacob Bylund
FAEGRE & DRINKER
33rd Floor
801 Grand Avenue
Des Moines, IA 50309-8011

Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA 50306

Robert Corn-Revere
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
Suite 340
700 Pennsylvania Avenue S.E.
Washington, DC 20003

Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
Suite 900
510 Walnut Street
Philadelphia, PA 19106

Greg H. Greubel
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
Suite 900
510 Walnut Street
Philadelphia, PA 19106

Nicholas A. Klinefeldt
FAEGRE & DRINKER
33rd Floor
801 Grand Avenue
Des Moines, IA 50309-8011

Matthew A. McGuire
NYEMASTER & GOODE
Suite 1300
700 Walnut Street
Des Moines, IA 50309-3899

Edward A. Paltzik
BOCHNER, PLLC
15th Floor
1040 Avenue of the Americas
New York, NY 10018

Adam Steinbaugh
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
Suite 900
510 Walnut Street
Philadelphia, PA 19106

David Yoshimura
FAEGRE & DRINKER
33rd Floor
801 Grand Avenue
Des Moines, IA 50309-8011