IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FOMRER STATE SENATOR BRADLEY ZAUN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>J. ANN SELZER, an individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:24-cv-00449-RGE-WPK |

**PLAINTIFFS' NOTICE OF DISMISSAL**

Plaintiffs President Donald J. Trump, Representative Mariannette Miller-Meeks, and Former State Senator Bradley Zaun, give notice of their dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(1)(A)(i).

Dated: June 30, 2025

*/s/ Edward Andrew Paltzik*
Edward Andrew Paltzik
**TAYLOR DYKEMA PLLC**
925 E. 25th Street
Houston, TX 77009
(516) 526-0341
*edward@taylordykema.com*

*/s/ Alan R. Ostergren*
Alan R. Ostergren
**ALAN R. OSTERGREN PC**
500 East Court Avenue
Suite 420
Des Moines, Iowa 50309
(515) 297-0134
*alan.ostergren@ostergrenlaw.com*

*Attorneys for Plaintiffs President Donald J. Trump, Representative Mariannette Miller-Meeks, and Former State Senator Bradley Zaun*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this **Notice of Dismissal** was served upon all parties of record through the court's CM/ECF electronic filing system with copies to the below named individuals by electronic mail on June 30, 2025.

/s/ Alan R. Ostergren