# Exhibit B

**General Docket**
**Eighth Circuit Court of Appeals**

| | |
|---|---|
| **Court of Appeals Docket #:** 25-8003<br>Donald J. Trump, et al v. J. Selzer, et al<br>**Appeal From:** U.S. District Court for the Southern District of Iowa - Central<br>**Fee Status:** pending | **Docketed:** 06/02/2025 |

**Case Type Information:**
1) Miscellaneous
2) 1292(b)
3) null

**Originating Court Information:**
**District:** 0863-4 : 4:24-cv-00449-RGE
**Trial Judge:** Rebecca Goodgame Ebinger, U.S. District Judge
**Date Filed:** 12/17/2024

| Date Order/Judgment: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|
| 05/23/2025 | 06/02/2025 | 06/02/2025 |

**Prior Cases:**
None

**Current Cases:**
None

| Date | Size | Description |
|---|---|---|
| 06/02/2025 | | Miscellaneous case docketed. [5523693] [25-8003] (MMH) [Entered: 06/04/2025 02:05 PM] |
| 06/02/2025 | 33 pg, 554.32 KB | PETITION for Permission to Appeal pursuant to 28 U.S.C. Section 1292(b). (Electronic) filed by Petitioners Mariannette Miller-Meeks, Donald J. Trump and Bradley Zaun w/service 06/02/2025 [5523698] [25-8003]--[Edited 06/13/2025 by EDG to attach Addendum] (MMH) [Entered: 06/04/2025 02:12 PM] |
| 06/16/2025 | 1 pg, 107.04 KB | APPEARANCE filed by Nicholas Klinefeldt for Respondents Des Moines Register and Tribune Company and Gannett Co. w/service 06/16/2025 [5527701] [25-8003] (NAK) [Entered: 06/16/2025 02:59 PM] |
| 06/16/2025 | 1 pg, 106.73 KB | APPEARANCE filed by David Yoshimura for Respondents Des Moines Register and Tribune Company and Gannett Co. w/service 06/16/2025 [5527709] [25-8003] (DY) [Entered: 06/16/2025 03:08 PM] |
| 06/16/2025 | 1 pg, 49.07 KB | APPEARANCE filed by Robert Corn-Revere for Respondents Selzer & Company and J. Ann Selzer w/service 06/16/2025 [5527731] [25-8003] (RC) [Entered: 06/16/2025 03:28 PM] |
| 06/16/2025 | 1 pg, 49.03 KB | APPEARANCE filed by Greg Greubel for Respondents Selzer & Company and J. Ann Selzer w/service 06/16/2025 [5527732] [25-8003] (GHG) [Entered: 06/16/2025 03:31 PM] |
| 06/16/2025 | 1 pg, 49.04 KB | APPEARANCE filed by Adam Steinbaugh for Respondents Selzer & Company and J. Ann Selzer w/service 06/16/2025 [5527744] [25-8003] (ABS) [Entered: 06/16/2025 03:42 PM] |
| 06/16/2025 | 15 pg, 265.39 KB | RESPONSE in opposition to petition for interlocutory appeal [5523698-2] filed by Attorney David Yoshimura for Respondents Des Moines Register and Tribune Company and Gannett Co. , w/service 06/16/2025. [5527751] [25-8003] (DY) [Entered: 06/16/2025 03:50 PM] |
| 06/16/2025 | 3 pg, 109.57 KB | CORPORATE disclosure statement filed by Respondents Des Moines Register and Tribune Company and Gannett Co.. - FOR CAL [5527755] [25-8003] (DY) [Entered: 06/16/2025 03:54 PM] |
| 06/16/2025 | 1 pg, 262.52 KB | APPEARANCE filed by Matthew A. McGuire for Respondents Selzer & Company and J. Ann Selzer w/service 06/16/2025 [5527762] [25-8003] (MAM) [Entered: 06/16/2025 04:06 PM] |
| 06/16/2025 | 4 pg, 129.79 KB | RESPONSE in opposition to petition for interlocutory appeal [5523698-2] filed by Attorney Robert Corn-Revere for Respondents Selzer & Company and J. Ann Selzer , w/service 06/16/2025. [5527796] [25-8003] (RC) [Entered: 06/16/2025 04:59 PM] |
| 06/16/2025 | 3 pg, 98.15 KB | CORPORATE disclosure statement filed by Respondent Selzer & Company. - FOR CAL [5527798] [25-8003] (RC) [Entered: 06/16/2025 05:08 PM] |
| 06/17/2025 | 1 pg, 117.35 KB | APPEARANCE filed by Conor T. Fitzpatrick for Respondents J. Ann Selzer and Selzer & Company w/service 06/17/2025 [5527894] [25-8003] (CTF) [Entered: 06/17/2025 09:36 AM] |
| 06/30/2025 | 3 pg, 70.42 KB | STIPULATION for dismissal filed by Petitioners Donald Trump, Mariannette Miller-Meeks and Bradley Zaun. w/service 06/30/2025 [5532266] [25-8003] (ARO) [Entered: 06/30/2025 02:07 PM] |