UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>*Defendants*. | Civil Case No. 4:24-cv-449-RGE-WPK<br><br>**DEFENDANTS J. ANN SELZER AND SELZER & COMPANY'S NOTICE OF JOINDER IN DEFENDANTS DES MOINES REGISTER & TRIBUNE CO. AND GANNETT CO., INC.'S MOTION TO STRIKE** |

Defendants J. Ann Selzer and Selzer & Company (collectively, the "Selzer Defendants") join in the motion filed by Defendants Des Moines Register & Tribune Co. and Gannett Co., Inc. (the "Press Defendants") on June 30, 2025 (Doc. 72), to strike the Notice of Dismissal that Plaintiffs President Donald J. Trump, Representative Mariannette Miller-Meeks, and Former State Senator Bradley Zaun attempted to file on June 30, 2025 (Doc. 71).

As the Press Defendants argue, the Plaintiffs' Notice of Dismissal is without effect because this Court does not have the jurisdiction to act on the notice.[1] This Court should strike the Notice of Dismissal.

---

[1] Even if this Court were to dismiss this action, it will ultimately retain jurisdiction to consider whether to impose sanctions for presenting pleadings for an improper purpose. *Kurkowski v. Volcker*, 819 F.2d 201, 203 (8th Cir. 1987) (affirming order imposing sanctions under Rule 11 following dismissal of the action); *see* Fed. R. Civ. P. 11(c)(3). Plaintiffs' multiplying lawsuits are designed to impose litigation costs for criticism of the President of the United States of America. Using the legal system to punish speech protected by the First Amendment is a transparently

1

Dated: July 1, 2025

Respectfully Submitted,

/s/ *Robert Corn-Revere*
Robert Corn-Revere*†
   (DC Bar No. 375415)
Conor T. Fitzpatrick*
   (Mich. Bar No. P78981)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave., SE; Suite 340
Washington, D.C. 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Greg H. Greubel
   (Iowa Bar No. AT0015474)
Adam Steinbaugh*
   (Cal. Bar No. 304829)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
   (Iowa Bar No. AT0011932)
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Defendants J. Ann Selzer and Selzer & Company*

* *Admitted pro hac vice.*
† *Lead counsel*

---

improper purpose. That motive is all the clearer in light of the timing of the Plaintiffs' self-help remand to Iowa state court, filed just hours before Iowa's anti-SLAPP statute—which would deter suits like these—became effective.

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system, with copies sent to the below-named individuals by electronic mail on July 1, 2025.

                                          /s/ *Robert Corn-Revere*

Copy to:

    EDWARD ANDREW PALTZIK
    Taylor Dykema PLLC
    925 E. 25th Street
    Houston, TX 77009
    (516) 526-0341
    edward@taylordykema.com

    ALAN R. OSTERGREN
    Alan R. Ostergren, PC
    500 East Court Avenue
    Suite 420
    Des Moines, Iowa 50309
    (515) 297-0134
    alan.ostergren@ostergrenlaw.com

    *Attorneys for Plaintiffs*