**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>J. ANN SELZER, an individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case 4:24-cv-00449-RGE-WPK<br><br>**RENEWED MOTION TO STAY** |

Pursuant to Local Rule 7(d), Plaintiffs, President Donald J. Trump ("President Trump"), Representative Mariannette Miller-Meeks ("Representative Miller-Meeks"), and Former State Senator Bradley Zaun ("Zaun") respectfully request that the Court issue an order staying the above-captioned proceedings as described below.

In support thereof, the Plaintiffs state as follows:

1. The parties have met and conferred, and counsel for Defendants J. Ann Selzer ("Selzer"), Selzer & Company ("S&C"), Des Moines Register And Tribune Company ("DMR"), and Gannett Co., Inc. ("Gannett") (together, "Defendants") object to this motion.

2. On May 23, 2025, the Court vacated the previously filed Amended Complaint, ECF 30, and ordered President Trump to refile an amended complaint "omitting Bradley Zaun and

Miller-Meeks as plaintiffs, and deleting any allegations included solely to support their claims." ECF 65. The Court's order originally required filing of an amended complaint by May 30, 2025.

3. On May 30, 2025, Plaintiffs moved to stay the deadline to file the amended complaint because of the pending petition for permission to appeal filed in the United States Court of Appeals for the Eighth Circuit. ECF 66.

4. On June 6, 2025, the Court denied the motion to stay but extended the deadline for filing of the amended complaint to July 18, 2025. ECF 70.

5. On June 30, 2025, Plaintiffs noticed the dismissal of this action. ECF 71. Plaintiffs also filed a dismissal of their petition for permission to appeal before the Eighth Circuit.

6. On July 2, 2025, the Court granted Defendants' motion to strike the notice of dismissal. ECF 78. The Court ruled that jurisdiction over this case was in the Eighth Circuit because of the filing of the petition for permission to appeal and the notice of dismissal was therefore ineffective.

7. On July 3, 2025, the Eighth Circuit denied the petition for permission to appeal and denied the Plaintiff's notice of dismissal and Defendant's motion to strike that notice as moot. ECF 81.

8. On July 8, 2025, Plaintiffs moved to recall the mandate issued by the Eighth Circuit and to request that the court's order denying the petition for permission to appeal reflects that jurisdiction had never been conferred on that court due to the filing of the petition. *See City of Los Angeles, Harbor Div.* v. *Santa Monica Baykeeper*, 254 F.3d 882 (9th Cir. 2001). Because jurisdiction was not conferred on the Eighth Circuit, and because the district court did not have the discretion to strike Plaintiffs' Rule 41(a)(1)(A)(i) notice of dismissal, that notice was effective, and this case was terminated on June 30, 2025.

9. Should Defendants choose to respond to the motion to recall the mandate, their response is due July 18, 2025. Fed. R. App. P. 27(a)(3).

10. Because the Eighth Circuit's ruling on the Plaintiffs' motion to recall the mandate, if correctly decided, would moot these proceedings due to a lack of jurisdiction following the notice of dismissal, the Plaintiffs' respectfully request the Court stay the requirement to file an amended complaint for 30 days following the Eighth Circuit's disposition of the motion.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Court grant the motion.

Date: July 18, 2025

Respectfully submitted,

**TAYLOR DYKEMA, PLLC**

/s/ Edward Andrew Paltzik
EDWARD ANDREW PALTZIK
925 E. 25th St.
Houston, TX 77009
(516) 526-0341
edward@taylordykema.com
*(admitted **pro hac vice**)*

**ALAN R. OSTERGREN, PC**

/s/ Alan R. Ostergren
ALAN R. OSTERGREN
500 East Court Avenue
Suite 420
Des Moines, Iowa 50309
(515) 297-0134
alan.ostergren@ostergrenlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the **RENEWED MOTION TO STAY** was served upon all parties through the courts CM/ECF electronic filing system on July 18, 2025.

                                                    /s/ Alan R. Ostergren