# EXHIBIT A

**General Docket**
**Eighth Circuit Court of Appeals**

| | |
|---|---|
| **Court of Appeals Docket #:** 25-8003 | **Docketed:** 06/02/2025 |
| Donald J. Trump, et al v. J. Selzer, et al | **Termed:** 07/03/2025 |
| **Appeal From:** U.S. District Court for the Southern District of Iowa - Central | |
| **Fee Status:** pending | |

**Case Type Information:**
  1) Miscellaneous
  2) 1292(b)
  3) null

**Originating Court Information:**
  **District:** 0863-4 : 4:24-cv-00449-RGE
  **Trial Judge:** Rebecca Goodgame Ebinger, U.S. District Judge
  **Date Filed:** 12/17/2024

| **Date Order/Judgment:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|
| 05/23/2025 | 06/02/2025 | 06/02/2025 |

**Prior Cases:**
  None

**Current Cases:**
  None

---

| | |
|---|---|
| Donald Trump<br>    Petitioner | Alan R. Ostergren<br>Direct: 515-207-0134<br>[NTC Retained]<br>Suite 420<br>Firm: 515-207-0314<br>500 E. Court Avenue<br>Des Moines, IA 50309<br><br>Edward A. Paltzik<br>Direct: 516-526-0341<br>[NTC Retained]<br>TAYLOR & DYKEMA<br>925 E. 25th Street<br>Houston, TX 77009 |
| Bradley Zaun<br>    Petitioner | Alan R. Ostergren<br>Direct: 515-207-0134<br>[NTC Retained]<br>(see above)<br><br>Edward A. Paltzik<br>Direct: 516-526-0341<br>[NTC Retained]<br>(see above) |
| Mariannette Miller-Meeks<br>    Petitioner | Alan R. Ostergren<br>Direct: 515-207-0134<br>[NTC Retained]<br>(see above)<br><br>Edward A. Paltzik<br>Direct: 516-526-0341<br>[NTC Retained]<br>(see above) |

v.

| | |
|---|---|
| J. Ann Selzer<br>    Respondent | Robert Corn-Revere<br>Direct: 215-717-3473<br>[NTC Retained]<br>FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION<br>Suite 340 |

| | |
|---|---|
| | 700 Pennsylvania Avenue, S.E.<br>Washington, DC 20003<br><br>Conor T. Fitzpatrick<br>Direct: 215-717-3473<br>[NTC Retained]<br>FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION<br>Suite 900<br>510 Walnut Street<br>Philadelphia, PA 19106<br><br>Greg Harold Greubel<br>Direct: 215-717-3473<br>[NTC Retained]<br>FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION<br>Suite 900<br>510 Walnut Street<br>Philadelphia, PA 19106<br><br>Matthew A. McGuire<br>Direct: 515-283-8014<br>[NTC Retained]<br>NYEMASTER & GOODE<br>Firm: 515-283-3100<br>Suite 1300<br>700 Walnut Street<br>Des Moines, IA 50309-3899<br><br>Adam Blair Steinbaugh<br>Direct: 215-717-3473<br>[NTC Retained]<br>FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION<br>Suite 900<br>510 Walnut Street<br>Philadelphia, PA 19106 |
| Selzer & Company<br>      Respondent | Robert Corn-Revere<br>Direct: 215-717-3473<br>[NTC Retained]<br>(see above)<br><br>Conor T. Fitzpatrick<br>Direct: 215-717-3473<br>[NTC Retained]<br>(see above)<br><br>Greg Harold Greubel<br>Direct: 215-717-3473<br>[NTC Retained]<br>(see above)<br><br>Matthew A. McGuire<br>Direct: 515-283-8014<br>[NTC Retained]<br>(see above)<br><br>Adam Blair Steinbaugh<br>Direct: 215-717-3473<br>[NTC Retained]<br>(see above) |
| Des Moines Register and Tribune Company<br>      Respondent | Nicholas A. Klinefeldt<br>Direct: 515-447-4717<br>[NTC Retained]<br>FAEGRE & DRINKER<br>Firm: 515-248-9000<br>33rd Floor<br>801 Grand Avenue<br>Des Moines, IA 50309-8011 |

| | |
|---|---|
| | David Yoshimura<br>Direct: 515-447-4738<br>[NTC Retained]<br>FAEGRE & DRINKER<br>Firm: 515-248-9000<br>33rd Floor<br>801 Grand Avenue<br>Des Moines, IA 50309-8011 |
| Gannett Co., Inc.<br>        Respondent | Andrew R. Anderson<br>Direct: 515-248-9000<br>[NTC Retained]<br>FAEGRE & DRINKER<br>Firm: 515-248-9000<br>33rd Floor<br>801 Grand Avenue<br>Des Moines, IA 50309-8011<br><br>Jacob Bylund<br>Direct: 515-248-9000<br>[NTC Retained]<br>FAEGRE & DRINKER<br>Firm: 515-248-9000<br>33rd Floor<br>801 Grand Avenue<br>Des Moines, IA 50309-8011<br><br>Nicholas A. Klinefeldt<br>Direct: 515-447-4717<br>[NTC Retained]<br>(see above)<br><br>David Yoshimura<br>Direct: 515-447-4738<br>[NTC Retained]<br>(see above) |

| |
|---|
| Donald J. Trump; Bradley Zaun; Mariannette Miller-Meeks |
|     Petitioners |
| v. |
| J. Ann Selzer; Selzer & Company; Des Moines Register and Tribune Company; Gannett Co., Inc. |
|     Respondents |

| Date | | Description |
|---|---|---|
| 06/02/2025 | ☐ | Miscellaneous case docketed. [5523693] [25-8003] (MMH) [Entered: 06/04/2025 02:05 PM] |
| 06/02/2025 | ☐ 33 pg, 554.32 KB | PETITION for Permission to Appeal pursuant to 28 U.S.C. Section 1292(b). (Electronic) filed by Petitioners Mariannette Miller-Meeks, Donald J. Trump and Bradley Zaun w/service 06/02/2025 [5523698] [25-8003]--[Edited 06/13/2025 by EDG to attach Addendum] (MMH) [Entered: 06/04/2025 02:12 PM] |
| 06/16/2025 | ☐ 1 pg, 107.04 KB | APPEARANCE filed by Nicholas Klinefeldt for Respondents Des Moines Register and Tribune Company and Gannett Co. w/service 06/16/2025 [5527701] [25-8003] (NAK) [Entered: 06/16/2025 02:59 PM] |
| 06/16/2025 | ☐ 1 pg, 106.73 KB | APPEARANCE filed by David Yoshimura for Respondents Des Moines Register and Tribune Company and Gannett Co. w/service 06/16/2025 [5527709] [25-8003] (DY) [Entered: 06/16/2025 03:08 PM] |
| 06/16/2025 | ☐ 1 pg, 49.07 KB | APPEARANCE filed by Robert Corn-Revere for Respondents Selzer & Company and J. Ann Selzer w/service 06/16/2025 [5527731] [25-8003] (RC) [Entered: 06/16/2025 03:28 PM] |
| 06/16/2025 | ☐ 1 pg, 49.03 KB | APPEARANCE filed by Greg Greubel for Respondents Selzer & Company and J. Ann Selzer w/service 06/16/2025 [5527732] [25-8003] (GHG) [Entered: 06/16/2025 03:31 PM] |
| 06/16/2025 | ☐ 1 pg, 49.04 KB | APPEARANCE filed by Adam Steinbaugh for Respondents Selzer & Company and J. Ann Selzer w/service 06/16/2025 [5527744] [25-8003] (ABS) [Entered: 06/16/2025 03:42 PM] |
| 06/16/2025 | ☐ 15 pg, 265.39 KB | RESPONSE in opposition to petition for interlocutory appeal [5523698-2] filed by Attorney David Yoshimura for Respondents Des Moines Register and Tribune Company and Gannett Co. , w/service 06/16/2025. [5527751] [25-8003] (DY) [Entered: 06/16/2025 03:50 PM] |
| 06/16/2025 | ☐ 3 pg, 109.57 KB | CORPORATE disclosure statement filed by Respondents Des Moines Register and Tribune Company and Gannett Co.. - FOR CAL [5527755] [25-8003] (DY) [Entered: 06/16/2025 03:54 PM] |
| 06/16/2025 | ☐ 1 pg, 262.52 KB | APPEARANCE filed by Matthew A. McGuire for Respondents Selzer & Company and J. Ann Selzer w/service 06/16/2025 [5527762] [25-8003] (MAM) [Entered: 06/16/2025 04:06 PM] |
| 06/16/2025 | ☐ 4 pg, 129.79 KB | RESPONSE in opposition to petition for interlocutory appeal [5523698-2] filed by Attorney Robert Corn-Revere for Respondents Selzer & Company and J. Ann Selzer , w/service 06/16/2025. [5527796] [25-8003] (RC) [Entered: 06/16/2025 04:59 PM] |
| 06/16/2025 | ☐ 3 pg, 98.15 KB | CORPORATE disclosure statement filed by Respondent Selzer & Company. - FOR CAL [5527798] [25-8003] (RC) [Entered: 06/16/2025 05:08 PM] |
| 06/17/2025 | ☐ 1 pg, 117.35 KB | APPEARANCE filed by Conor T. Fitzpatrick for Respondents J. Ann Selzer and Selzer & Company w/service 06/17/2025 [5527894] [25-8003] (CTF) [Entered: 06/17/2025 09:36 AM] |
| 06/18/2025 | ☐ | CASE SUBMITTED Ad Panel Submission before Judges Lavenski R. Smith, David R. Stras, Jonathan A. Kobes in St. Louis [5533839] [25-8003] (HAG) [Entered: 07/03/2025 02:56 PM] |
| 06/30/2025 | ☐ 3 pg, 70.42 KB | STIPULATION for dismissal filed by Petitioners Donald Trump, Mariannette Miller-Meeks and Bradley Zaun. w/service 06/30/2025 [5532266] [25-8003] (ARO) [Entered: 06/30/2025 02:07 PM] |
| 06/30/2025 | ☐ 50 pg, 1.67 MB | MOTION to strike previously filed Stipulation Dismissal, Doc. No. [5532266-2], filed by Attorney Nicholas A. Klinefeldt for Respondents Des Moines Register and Tribune Company and Gannett Co. w/service 06/30/2025. [5532483] [25-8003] (NAK) [Entered: 06/30/2025 08:23 PM] |
| 07/01/2025 | ☐ 4 pg, 131.45 KB | MOTION to strike previously filed Stipulation Dismissal, Doc. No. [5532266-2], filed by Attorney Robert Corn-Revere for Respondents Selzer & Company and J. Ann Selzer w/service 07/01/2025. [5532646] [25-8003] (RC) [Entered: 07/01/2025 10:38 AM] |
| 07/03/2025 | ☐ 1 pg, 81.22 KB | **JUDGMENT FILED -** The [5523698-2] petition for permission to appeal pursuant to 28 U.S.C. Section 1292(b) is DENIED. The [5532266-2] stipulation for dismissal and [5532646-2] [5532483-2] motions to strike are denied as moot. LAVENSKI R. SMITH, DAVID R. STRAS and JONATHAN A. KOBES Adp June 2025 [5533844] [25-8003] (HAG) [Entered: 07/03/2025 03:03 PM] |
| 07/03/2025 | ☐ 1 pg, 77.76 KB | MANDATE ISSUED. [5533847] [25-8003] (HAG) [Entered: 07/03/2025 03:07 PM] |
| 07/08/2025 | ☐ 14 pg, 116.83 KB | MOTION to recall the mandate, to modify the opinion, filed by Alan R. Ostergren for Petitioners Mariannette Miller-Meeks, Donald Trump and Bradley Zaun and Edward A. Paltzik for Petitioners Mariannette Miller-Meeks, Donald Trump and Bradley Zaun w/service 07/08/2025. [5534907] [25-8003] (ARO) [Entered: 07/08/2025 03:29 PM] |
| 07/18/2025 | ☐ 12 pg, 151.66 KB | RESPONSE in opposition to motion to recall the mandate and modify the opinion [5534907-2], filed by Attorney Nicholas A. Klinefeldt for Respondents Des Moines Register and Tribune Company and Gannett Co. , w/service 07/18/2025. [5539043] [25-8003]--[Edited 07/18/2025 to correct docket text by NDG] (NAK) [Entered: 07/18/2025 04:03 PM] |

| 07/18/2025 | ☐ 📄 4 pg, 130.14 KB | RESPONSE in opposition to motion to recall the mandate and modify opinion [5534907-2] filed by Attorney Robert Corn-Revere for Respondents Selzer & Company and J. Ann Selzer , w/service 07/18/2025. [5539074] [25-8003]--[Edited 07/21/2025 to correct docket text by NDG] (RC) [Entered: 07/18/2025 04:47 PM] |