# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-8003

Donald Trump, et al.

Petitioners

v.

J. Ann Selzer, et al.

Respondents

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00449-RGE)

---

**ORDER**

Petitioners' motion to recall the mandate and modify the judgment is denied.

July 24, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
   /s/ Susan E. Bindler