# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>J. ANN SELZER, an individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case 4:24-cv-00449-RGE-WPK<br><br>**NOTICE OF AMENDED COMPLAINT** |

Plaintiff President Donald J. Trump gives notice of his filing of the amended complaint pursuant to the Court's order of May 23, 2025. ECF65. The amended complaint and a redlined version of the amended complaint are attached to this notice.

Date: July 25, 2025                                    Respectfully submitted,

**TAYLOR DYKEMA, PLLC**

/s/ Edward Andrew Paltzik
EDWARD ANDREW PALTZIK
925 E. 25th St.
Houston, TX 77009
(516) 526-0341
edward@taylordykema.com
*(admitted **pro hac vice**)*


**ALAN R. OSTERGREN, PC**

/s/ Alan R. Ostergren
ALAN R. OSTERGREN
500 East Court Avenue
Suite 420
Des Moines, Iowa 50309
(515) 297-0134
alan.ostergren@ostergrenlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the **NOTICE OF AMENDED COMPLAINT** was served upon all parties through the courts CM/ECF electronic filing system on July 25, 2025.

/s/ Alan R. Ostergren