# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>*Defendants*. | Civil Case No. 4:24-cv-449-RGE-WPK<br><br>**DEFENDANTS J. ANN SELZER AND SELZER & COMPANY'S UNRESISTED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF IN SUPPORT OF MOTION TO DISMISS** |

Pursuant to Local Rule 7(h), Defendants J. Ann Selzer and Selzer & Company move, unopposed, for leave to file a 22-page Brief in Support of their Motion to Dismiss Under Rule 12(b)(6). Plaintiff's Revised Amended Complaint raises important issues under the First Amendment and involves novel theories of tort law. To fully address Plaintiffs' statutory and common law claims, J. Ann Selzer and Selzer & Company respectfully request leave to file a brief in support of their Motion to Dismiss containing two additional pages beyond the 20 allotted by Local Rule 7(h). Pursuant to Local Rule 7(k), the undersigned counsel confirm they conferred with counsel for all other parties, and they do not oppose this request.

Dated: July 26, 2025

Respectfully Submitted,

/s/ *Robert Corn-Revere*
Robert Corn-Revere*†
   (DC Bar No. 375415)
Conor T. Fitzpatrick*
   (Mich. Bar No. P78981)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)

1

700 Pennsylvania Ave., SE; Suite 340
Washington, D.C. 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Greg H. Greubel
   (Iowa Bar No. AT0015474)
Adam Steinbaugh*
   (Cal. Bar No. 304829)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
   (Iowa Bar No. AT0011932)
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Defendants J. Ann Selzer and Selzer & Company*

*\* Admitted pro hac vice.*
*† Lead counsel*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system, with copies sent to the below-named individuals by electronic mail on July 26, 2025.

/s/ <i>Robert Corn-Revere</i>

Copy to:

    EDWARD ANDREW PALTZIK
    925 E. 25th St.
    Houston, TX 77009
    (516) 526-0341
    edward@taylordykema.com

    ALAN R. OSTERGREN
    Attorney at Law
    Alan R. Ostergren, PC
    500 East Court Avenue Suite 420
    Des Moines, Iowa 50309
    (515) 297-0134
    alan.ostergren@ostergrenlaw.com

    *Attorneys for Plaintiffs*