IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>J. ANN SELZER, and individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:24-cv-00449-RGE-WPK<br><br>**DES MOINES REGISTER & TRIBUNE CO. AND GANNETT CO., INC.'S MOTION TO DISMISS REVISED AMENDED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendants Des Moines Register & Tribune Co. and Gannett Co., Inc. (collectively "Press Defendants"), by and through their undersigned counsel, move to dismiss President Trump's Revised Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Press Defendants submit their Brief in Support, contemporaneously filed herewith and appended as an attachment to Press Defendants' Motion for Leave to File Overlength Brief.

For the reasons stated in Press Defendants' Brief in Support of their Motion to Dismiss Revised Amended Complaint, the Court should dismiss the Revised Amended Complaint with prejudice.

Press Defendants respectfully request the opportunity to be heard at oral argument on this Motion.

**WHEREFORE**, Defendants Des Moines Register & Tribune Co. and Gannett Co., Inc. respectfully request that this Court dismiss President Trump's Revised Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

| | |
|---|---|
| Dated July 28, 2025 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Nick Klinefeldt*<br>Nicholas A. Klinefeldt, AT0008771<br>David Yoshimura, AT0012422<br>801 Grand Avenue, 33rd Floor<br>Des Moines, IA, 50309<br>Telephone: (515) 248-9000<br>Fax: (515) 248-9010<br>Email: *nick.klinefeldt@faegredrinker.com*<br>          *david.yoshimura@faegredrinker.com*<br><br>**ATTORNEYS FOR DEFENDANTS DES MOINES REGISTER AND TRIBUNE COMPANY AND GANNETT CO., INC.** |

**CERTIFICATE OF SERVICE**

      I certify that on July 25, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all parties participating in the Court's electronic filing system.

                                                            */s/ Paulette Ohnemus*