8A | SUNDAY, NOVEMBER 3, 2024 | DES MOINES SUNDAY REGISTER

## IOWA POLL

# Democrats preferred in 1st, 3rd District races for Congress

**Stephen Gruber-Miller**
Des Moines Register
USA TODAY NETWORK

© Copyright 2024, Des Moines Register and Tribune Co.

With Election Day fast-approaching, likely Iowa voters now prefer a Democrat over a Republican for Congress in two of Iowa's four congressional districts, a new Des Moines Register/Mediacom Iowa Poll shows.

The poll shows Democrats with an advantage in the 1st and 3rd congressional districts, which have been highly competitive this year, while voters prefer Republican candidates in the 2nd and 4th districts.

All four of Iowa's congressional seats are held by Republicans.

The poll shows a slight plurality of likely voters statewide prefer a Democrat over a Republican for the U.S. House of Representatives, 45% to 44%.

Another 3% say they would vote for another candidate, 3% say they wouldn't vote, 4% say they're not sure or don't remember and 2% already voted and don't want to say.

It's the first time since September 2020 that Democrats have held a statewide lead in the generic congressional ballot.

The poll shows a shift toward Democrats since the previous Iowa Poll in September.

In that survey, Republican candidates were preferred over Democrats statewide, 52% to 44%. A Democrat held a 3-point advantage in southeast Iowa's 1st District in September, while voters in the three other races favored Republicans.

Now, voters prefer a Democratic candidate by a 16-point margin in the 1st District, where Democrat Christina Bohannan, a law professor and former state representative, is in a rematch with Republican U.S. Rep. Mariannette Miller-Meeks, who is seeking her third term.

Miller-Meeks defeated Bohannan in 2022 by nearly 7 percentage points.

A Democratic candidate has a 7-point advantage in central Iowa's 3rd District, where Democrat Lanon Baccam is challenging Republican U.S. Rep. Zach Nunn.

Likely voters narrowly prefer a Republican by 3 points in the 2nd District, where Republican U.S. Rep. Ashley Hinson faces a challenge from Democrat Sarah Corkery.

And a GOP candidate has a 16-point advantage in the 4th District, where Republican U.S. Rep. Randy Feenstra faces Democrat Ryan Melton.

Here are the results in each congressional district:

- **1st District:** 53% Democrat, 37% Republican, 3% other, 2% wouldn't vote, 3% not sure/don't remember, 2% don't want to tell.
- **2nd District:** 42% Democrat, 45% Republican, 5% other, 3% wouldn't vote, 5% not sure/don't remember, 1% don't want to tell.
- **3rd District:** 48% Democrat, 41% Republican, 2% other, 4% wouldn't vote, 3% not sure/don't remember, 2% don't want to tell.
- **4th District:** 37% Democrat, 53% Republican, 2% other, 3% wouldn't vote, 4% not sure/don't remember, 2% don't want to tell.

The poll of 808 likely Iowa voters, including those who have already voted and those who say they will definitely vote, was conducted Oct. 28-31 by Selzer & Co. It has a margin of error of plus or minus 3.4 percentage points for statewide results.

The maximum margin of error for the congressional districts is plus or minus 7.2 percentage points.

Early voting has been underway in Iowa since Oct. 16. Election Day is Tuesday.

### A Democrat is preferred by double digits in the 1st District as Christina Bohannan sets sights on Mariannette Miller-Meeks

The 16-point preference for a Democrat in the 1st District is the largest in the district in any Iowa Poll this year.

The results come as Bohannan has put up an aggressive challenge to Miller-Meeks, outraising and out-spending the Republican incumbent. The 1st District includes 20 counties in southeast Iowa, including the cities of Iowa City, Davenport and Keokuk.

Election forecasters rate the race a toss-up.

In September, likely voters in the district narrowly preferred a Democrat over a Republican for Congress, 49% to 46%. In June, 41% supported a Democrat and 53% supported a Republican.

The new poll also shows Vice President Kamala Harris leading 54% to 37% over former President Donald Trump in the 1st District.

Alexa Harper, a 24-year-old poll respondent from Coralville, plans to support Bohannan for Congress. Harper, a Democrat who works in human resources at the University of Iowa, said she and her friends have been having a lot of discussions about abortion, which she said is "strongly" influencing her vote for Congress.

"My position is everybody should have their own choice and right," she said.

Barbara Olson, a 59-year-old poll respondent from Clinton, said she's voting for Miller-Meeks, who she called "a very common-sense woman."

"I like her stern view on abortion. I like her stern view on keeping boys out of girls sports," she said. "I'm a firm believer in God made two genders."

Olson, a Republican, called herself "a firm believer that abortion is murder," although she supports exceptions for incest or to save the life of the mother.

### A Republican holds a narrow advantage in the 2nd District, where Ashley Hinson faces Sarah Corkery

The 3-point advantage for a Republican in the 2nd District has narrowed from an 8-point GOP lead in September and a 21-point GOP margin in June.

The percentage of likely voters saying they will vote for someone else has risen from 1% in September to 5% in the most recent poll.

No-party candidate Jody Puffett is also on the ballot in the 2nd District and has run to the right of Hinson. In a televised debate between Hinson and Corkery on Iowa PBS, Corkery urged Republicans frustrated with Hinson's votes to consider Puffett.

The 2nd District encompasses 22 counties in northeast Iowa, including the cities of Cedar Rapids, Waterloo, Cedar Falls and Dubuque.

Hinson is seeking a third term in Congress after serving as a state representative and working as a TV news journalist. Corkery is a small business owner.

Harris is virtually tied with Trump in the 2nd District, 46% to 45%.

Dennis O'Toole, a 37-year-old poll respondent from Cedar Rapids, said he follows the presidential race more closely than Congress. He said immigration and inflation are two important issues for him.

"I guess I just think that Ashley Hinson has done a pretty good job," said O'Toole, a truck driver and a Republican.

Sam Peters, a 52-year-old plumber and poll respondent from Gladbrook, said he doesn't like Trump or Harris and has stopped watching the news so he doesn't have to hear about politics.

"I don't think of Ashley Hinson favorably or unfavorably," said Peters, an independent who already voted for Corkery. "But I just went with the Dems because, I think mainly because of the abortion issue, probably. I do think it's a woman's right to choose."

### 3rd District swings toward Democrats as Lanon Baccam takes on Zach Nunn

The 7-percentage point lead for a Democratic candidate in the 3rd District shows a swing from the September Iowa Poll, when a Republican candidate was preferred by 8 points.

Baccam, a first-time candidate who

See CONGRESS, Page 10A





## Iowa Poll

Continued from Page 7A

Trump voters say the issue of inflation and the economy is what they've been thinking about most in their decision to support him. Forty-nine percent of his supporters cite it as their most important issue.

Another 25% say immigration is driving their decision.

The top issue for Harris supporters is "the future of democracy," with 51% citing it as their most important issue. Another 22% say it's abortion.

"The voting agenda is different for each of those groups of supporters," Selzer said.

### Some former Trump supporters move away from him in 2024

Harris holds on to the support of nearly all Democrats, with 97% saying they will support her and 0% saying they will support Trump.

But she also gets 5% of Republicans who say they will vote for her over Trump. Trump holds 89% of Republicans.

The poll shows a small universe of people who say they previously supported Trump and have now switched their vote to someone else.

Among those not supporting Trump, 16% say there was a time when they supported him, while 81% say they have never supported him. Another 3% are not sure.

Ralph Newbanks, a 63-year-old poll respondent from Solon, said he is a life-long Republican who plans to vote for Harris this year.

"It's not what I like about her, it's what I dislike about Trump," he said. "Since 2020 and the Capitol riots, I couldn't vote for Trump if he paid me, not for love nor money."

He thought about casting a ballot for a third-party candidate, but he didn't want to lodge a protest vote. He wants to make sure Trump doesn't return to the White House.

"To me, the biggest part of democracy is the ability to compromise," he said. "And with Donald Trump and the MAGA movement, there is no compromise, even within their own party."

Of those not supporting Trump, 67% consider themselves "never Trumpers." Another 26% say they are not "never Trumpers," and 8% are not sure.

Among those who say they voted for Trump in 2020, 89% say they will do so again this year, and 4% will vote for Harris.

Among those who say they voted for Biden, 93% will now vote for Harris, and 4% will vote for Trump.

Among those who did not vote, Harris leads 47% to 44%.

*Brianne Pfannenstiel is the chief politics reporter for the Des Moines Register. She is also covering the 2024 presidential race for USA TODAY as a senior national campaign correspondent. Reach her at bpfann@dmreg.com or 515-284-8244. Follow her on Twitter at @brianneDMR.*

# Congress

Continued from Page 8A

has worked for the U.S. Department of Agriculture and on Democratic campaigns, is challenging Nunn, who is seeking a second term in Congress after serving as a state representative and state senator. The race has seen millions spent on television advertisements.

The 3rd District includes 21 counties in central and southern Iowa, including the cities of Des Moines, West Des Moines, Winterset, Osceola and Ottumwa.

Harris holds a 5-point lead over Trump in the 3rd District, 48% to 43%.

Jason Van Der Veer, a 49-year-old poll respondent and project manager from Des Moines, said he doesn't like how partisan the U.S. House of Representatives has acted under Republican control the past two years.

"Really, if you go back the last four years, both parties have really pushed their agendas," said Van Der Veer, a registered Democrat. "But I believe the Democrats have more restraint than the Republicans do on their extreme flank. They have better control over their people who are more partisan."

Van Der Veer said he likes Baccam's military service and said his life story is impressive. Baccam's parents came to Iowa as refugees from Laos in 1980.

"I like the fact that he's served this country," he said. "I like the fact that his family has come here and made a life, and he has taken the opportunities that he's given and advanced."

Nunn is also a military veteran and still serves as a colonel in the U.S. Air Force Reserve.

Abortion is also a deciding issue for Van Der Veer. He said he likes Baccam's stance on the issue. The candidate has advocated restoring Roe v. Wade to federal law.

"I also think about women's rights," he said. "I have two stepdaughters, and I believe that they need to make choices based on their situations, and their health care is important."

Van Der Veer dislikes Nunn's stance on abortion, saying, "I think he would like to limit people's choices without regard to their situation."

Nunn has said he opposes abortion with exceptions for rape, incest and the health of the mother. He said he does not support a federal ban on abortion.

Stephen Hood, a 53-year-old poll respondent from Winterset, said he likes Nunn, except for Nunn's opposition to abortion.

"I just believe it's a woman's right to do what she needs to do to her own body, so I do not believe in that," he said.

Hood, a Republican who owns a car detail business, said he's for anything Congress can do to lower the cost of living.

"Inflation, for one, is absolutely horrendous," he said. "And, I mean, gas prices, basically everything that has to do with the cost of living is just absolutely ridiculous right now. It seems like the Democrats don't want to do anything about it."

## Likely Iowa voters virtually tie on preferring a Democratic or a Republican candidate for Congress

Likely voters in Iowa were asked: "If the elections for the U.S. House of Representatives were being held today, which party's candidate would you vote for in your congressional district? If you already voted, for whom did you vote?"

- Democratic 45%
- Republican 44%
- Don't want to say 2%
- Not sure 4%
- Wouldn't vote 3%
- Other 3%

SOURCE Iowa Poll of 808 likely voters, Oct. 28-31. Margin of error: plus or minus 3.4 percentage points. Totals may not add to 100% due to rounding.

USA TODAY NETWORK

**A Republican candidate maintains an advantage in the 4th District, where Randy Feenstra faces Ryan Melton**

Likely voters continue to prefer a Republican candidate in the 4th District, Iowa's most conservative, where U.S. Rep. Randy Feenstra is seeking reelection to a third term.

Democrat Ryan Melton is seeking to oust Feenstra this year after losing by 37 percentage points in 2022.

Still, the poll's 16-point advantage for a Republican candidate is narrower than the 19-point margin Republicans enjoyed in September and the 25-point margin the GOP held in June.

Trump leads 50% to 41% over Harris in the 4th District.

The district spans 36 counties in western Iowa, including the cities of Ames, Marshalltown, Council Bluffs, Sioux City and Fort Dodge.

*Stephen Gruber-Miller covers the Iowa Statehouse and politics for the Register. He can be reached by email at sgrubermil@registermedia.com or by phone at 515-284-8169. Follow him on Twitter at @sgrubermiller.*

**A FANTASTIC SHOPPING EVENT**
$1 OFF ADM WITH THIS AD
**IOWA'S LARGEST ARTS & Crafts SHOW**
Over 300 Exhibitors
**November 15-17**
VARIED INDUSTRIES BLDG.
IOWA STATE FAIRGROUNDS
DES MOINES, IOWA
Fri. 5-9; Sat. 9-5; Sun. 10-4
ADM. Just $8.00 (10 & under free)
FREE PARKING - Free Shuttle Bus Service from North Parking Lot on Both Friday & Saturday.
"Where You Can Buy That Quality, Handmade Product At An Affordable Price."
Garden Art, Oak Furniture, Paintings, Ceramics, Jewelry, Metal Art Sculptures, Pet Products, Etched & Stained Glass, Yard Art, Pottery, Blown Glass, Candles, Clothing, Floral Wreaths, Toys & Dolls, Baskets, Rugs, Glassware, Purses, Ornaments and Food.
Callahan Promotions, Inc. 563-357-1986
To Purchase Discounted Advance Tickets and For A Chance To Win $50 Gift Certificates, Visit Our Facebook Page at Callahan Promotions, Inc.

## How to nominate for People to Watch

**Susan Stapleton**
Des Moines Register
USA TODAY NETWORK

This holiday season brings the return of the Des Moines Register's annual series that profiles "15 People to Watch" in the new year.

These articles tell the stories of Iowans who are expected to make a positive difference in the lives of others in 2025.

Our profiles span students to professionals who are working on groundbreaking projects, community volunteers who are doing inspiring work, emerging leaders or anyone else who is making a substantial impact in our communities.

They may work in or support the arts, business, civic activism, education, food, health care, law, nonelected government positions, nonprofits, public safety, clergy, sports or agriculture. And they can be from anywhere in Iowa.

And we want to know who they are so we can share their stories.

**How to nominate a person for Iowa People to Watch in 2025**

The deadline to submit nominations has been extended! To nominate a person, visit desmoinesregister.com/people25 and enter the information by noon Nov. 4.

Here's the information you'll be asked to submit:
- Who is your nominee?
- Why is this nominee a person to watch in 2025?
- Which city does the nominee live in?
- What is the nominee's phone number?
- What is the nominee's email address?
- What is your name?
- What is your relationship to the nominee?
- What is your phone number?
- What is your email address?
- What else should we know about this nominee?

People to be profiled will be chosen by Register editors and reporters from reader and staff nominations.

**RAKE IN THE Savings**
Access Anytime
7-MONTH CD
**4.90% APY***
Penalty-free access to your money, anytime.
IHMVCU.org/Leaf
Merle Hay Financial Center 3990 Merle Hay Rd., Des Moines
IHMVCU CREDIT UNION

*APY = Annual percentage yield. Rate valid as of 8/1/2024. Rates subject to change. Other rates & terms available. Minimum $250 deposit required; $250,000 maximum deposit per SSN, multiple CDs allowed; $250 min. average daily balance to receive rate of 4.90% APY. Access Anytime certificate; no withdrawals within seven (7) days of opening. After the first seven (7) days, you may request one withdrawal on the account for 100% of the balance without penalty. Rate is only for individuals who live or work in the following Iowa counties: Boone, Dallas, Jasper, Madison, Marion, Polk, Poweshiek, Story, and Warren. Federally insured by NCUA.