

6A | SUNDAY, NOVEMBER 3, 2024 | DES MOINES SUNDAY REGISTER

# IOWA POLL



Vice President Kamala Harris speaks during a Get Out The Vote campaign rally on Friday at Little Chute High School in Little Chute, Wis.
DAN POWERS/USA TODAY NETWORK-WISCONSIN/USA TODAY NETWORK



Republican presidential nominee Donald Trump is interviewed days before the election at the Tucker Carlson Live Tour finale at Desert Diamond Arena on Thursday in Glendale, Ariz. MEGAN MENDOZA/THE REPUBLIC/USA TODAY NETWORK

# Harris grabs lead from Trump in last Iowa Poll before Nov. 5

**Brianne Pfannenstiel**
Des Moines Register
USA TODAY NETWORK

© Copyright 2024, Des Moines Register and Tribune Co.

Kamala Harris now leads Donald Trump in Iowa — a startling reversal for Democrats and Republicans who have all but written off the state's presidential contest as a certain Trump victory.

A new Des Moines Register/Mediacom Iowa Poll shows Vice President Harris leading former President Trump 47% to 44% among likely voters just days before a high-stakes election that appears deadlocked in key battleground states.

The results follow a September Iowa Poll that showed Trump with a 4-point lead over Harris and a June Iowa Poll showing him with an 18-point lead over Democratic President Joe Biden, who was the presumed Democratic nominee at the time.

"It's hard for anybody to say they saw this coming," said pollster J. Ann Selzer, president of Selzer & Co. "She has clearly leaped into a leading position."

Robert F. Kennedy Jr., who has abandoned his independent presidential campaign to support Trump but remains on the Iowa ballot, gets 3% of the vote. That's down from 6% in September and 9% in June.

Fewer than 1% say they would vote for Libertarian presidential candidate Chase Oliver, 1% would vote for someone else, 3% aren't sure and 2% don't want to say for whom they already cast a ballot.

The poll of 808 likely Iowa voters, which include those who have already voted as well as those who say they definitely plan to vote, was conducted by Selzer & Co. from Oct. 28-31. It has a margin of error of plus or minus 3.4 percentage points.

The results come as Trump and Harris have focused their attention almost exclusively on seven battleground states that are expected to shape the outcome of the election. Neither has campaigned in Iowa since the presidential primaries ended, and neither campaign has established a ground presence in the state.

A victory for Harris would be a surprising development after Iowa has swung aggressively to the right in recent elections, delivering Trump solid victories in 2016 and 2020.

The poll shows that women — particularly those who are older or who are politically independent — are driving the late shift toward Harris.

"Age and gender are the two most dynamic factors that are explaining these numbers," Selzer said.

Independent voters, who had consistently supported Trump in the leadup to this election, now break for Harris. That's driven by the strength of independent women, who back Harris by a 28-point margin, while independent men support Trump, but by a smaller margin.

Similarly, senior voters who are 65 and older favor Harris. But senior women support her by a more than 2-to-1 margin, 63% to 28%, while senior men favor her by just 2 percentage points, 47% to 45%.

"I like her policies on reproductive health and having women choosing their own health care, and the fact that I think that she will save our democracy and follow the rule of law," said Linda Marshall, a 79-year-old poll respondent from Cascade who has already cast her absentee ballot for Harris.

The registered Democrat said she identifies as pro-life but doesn't think anyone should make that choice for somebody else.

"I just believe that if the Republicans can decide what you do with your body, what else are they going to do to limit your choice, for women?" she said.

One aspect where Trump does better than Harris: A greater share of his supporters than hers say they are extremely or very enthusiastic about their pick.

Seventy-six percent of Trump supporters say they are extremely or very enthusiastic about their choice, while another 23% say they are mildly or not that enthusiastic.

For Harris, 71% are extremely or very enthusiastic — down from 80% in September — while 29% are mildly or not that enthusiastic.

The poll shows few likely Iowa voters remain undecided, with 91% saying their minds are made up, compared with 80% in September.

That includes 96% of Harris supporters who are firm in their choice and 95% of Trump supporters.

### Independents swing to Kamala Harris, but there's a gender gap, Iowa Poll shows

In 2020, the Register's Iowa Poll showed that Biden and Trump were tied among all likely voters in September. But the final poll before Election Day that year showed independents breaking for Trump, and he ultimately won by 8 percentage points over Biden.

This year, independents appear to be turning the other way toward Harris — a move fueled by a growing support among independent women.

Independent likely voters, who have supported Trump in every other Iowa Poll this year, now favor Harris, 46% to 39%.

Now, independent women choose Harris over Trump 57% to 29%. That's up from September, when independent women gave her just a 5-point lead, 40% to 35%.

Independent men still favor Trump 47% to 37% — numbers that are largely unchanged from September, when independent men supported him 46% to 33%.

Overall, Harris holds a 20-point lead with women, 56% to 36%, similar to where she was in September.

But Trump's lead with men has shrunk from 27 points in September (59% to 32%) to 14 points today (52% to 38%).

Mya Williams, an 18-year-old college freshman and poll respondent, said she doesn't identify with either the Democratic or Republican parties.

But she's excited to be part of the effort to elect the country's first Black

See IOWA POLL, Page 7A



Democratic nominee Kamala Harris takes lead from GOP nominee Donald Trump among likely Iowa voters

Likely Iowa voters in the 2024 general election have been polled four times since March 2024 about the presidential candidate they would vote for at the time. In October 2024, 47% say they would vote for or already have voted for **Kamala Harris** and 44% for **Donald Trump**.

Notes:
* On July 21, presumptive Democratic nominee Joe Biden announced he would not seek reelection. Kamala Harris would later become the new Democratic nominee.
** In the February 2024 poll, Kennedy and Oliver were not listed among the candidates.

SOURCE Iowa Poll of 808 likely voters, Oct. 28-31. Margin of error: plus or minus 3.4 percentage points. Previous polls had similar margins of error. Totals may not add to 100% due to rounding.

USA TODAY NETWORK

