**General Docket**
**Eighth Circuit Court of Appeals**

| | |
|---|---|
| **Court of Appeals Docket #:** 25-8003 | **Docketed:** 06/02/2025 |
| Donald J. Trump, et al v. J. Selzer, et al | **Termed:** 07/03/2025 |
| **Appeal From:** U.S. District Court for the Southern District of Iowa - Central | |
| **Fee Status:** pending | |

**Case Type Information:**
  **1)** Miscellaneous
  **2)** 1292(b)
  **3)** null

**Originating Court Information:**
  **District:** 0863-4 : 4:24-cv-00449-RGE
  **Trial Judge:** Rebecca Goodgame Ebinger, U.S. District Judge
  **Date Filed:** 12/17/2024

| Date Order/Judgment: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|
| 05/23/2025 | 06/02/2025 | 06/02/2025 |

**Prior Cases:**
  None

**Current Cases:**
  None

---

| | |
|---|---|
| Donald Trump | Alan R. Ostergren |
|     Petitioner | Direct: 515-207-0134 |
| | [NTC Retained] |
| | Suite 420 |
| | Firm: 515-207-0314 |
| | 500 E. Court Avenue |
| | Des Moines, IA 50309 |
| | |
| | Edward A. Paltzik |
| | Direct: 516-526-0341 |
| | [NTC Retained] |
| | TAYLOR & DYKEMA |
| | 925 E. 25th Street |
| | Houston, TX 77009 |
| | |
| Bradley Zaun | Alan R. Ostergren |
|     Petitioner | Direct: 515-207-0134 |
| | [NTC Retained] |
| | (see above) |
| | |
| | Edward A. Paltzik |
| | Direct: 516-526-0341 |
| | [NTC Retained] |
| | (see above) |
| | |
| Mariannette Miller-Meeks | Alan R. Ostergren |
|     Petitioner | Direct: 515-207-0134 |
| | [NTC Retained] |
| | (see above) |
| | |
| | Edward A. Paltzik |
| | Direct: 516-526-0341 |
| | [NTC Retained] |
| | (see above) |
| | |
| v. | |
| | |
| J. Ann Selzer | Robert Corn-Revere |
|     Respondent | Direct: 215-717-3473 |
| | [NTC Retained] |
| | FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION |
| | Suite 340 |

L-1

700 Pennsylvania Avenue, S.E.
Washington, DC 20003

Conor T. Fitzpatrick
Direct: 215-717-3473
[NTC Retained]
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
Suite 900
510 Walnut Street
Philadelphia, PA 19106

Greg Harold Greubel
Direct: 215-717-3473
[NTC Retained]
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
Suite 900
510 Walnut Street
Philadelphia, PA 19106

Matthew A. McGuire
Direct: 515-283-8014
[NTC Retained]
NYEMASTER & GOODE
Firm: 515-283-3100
Suite 1300
700 Walnut Street
Des Moines, IA 50309-3899

Adam Blair Steinbaugh
Direct: 215-717-3473
[NTC Retained]
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
Suite 900
510 Walnut Street
Philadelphia, PA 19106

Selzer & Company
          Respondent

Robert Corn-Revere
Direct: 215-717-3473
[NTC Retained]
(see above)

Conor T. Fitzpatrick
Direct: 215-717-3473
[NTC Retained]
(see above)

Greg Harold Greubel
Direct: 215-717-3473
[NTC Retained]
(see above)

Matthew A. McGuire
Direct: 515-283-8014
[NTC Retained]
(see above)

Adam Blair Steinbaugh
Direct: 215-717-3473
[NTC Retained]
(see above)

Des Moines Register and Tribune Company
          Respondent

Nicholas A. Klinefeldt
Direct: 515-447-4717
[NTC Retained]
FAEGRE & DRINKER
Firm: 515-248-9000
33rd Floor
801 Grand Avenue
Des Moines, IA 50309-8011

L-2

David Yoshimura
Direct: 515-447-4738
[NTC Retained]
FAEGRE & DRINKER
Firm: 515-248-9000
33rd Floor
801 Grand Avenue
Des Moines, IA 50309-8011

Gannett Co., Inc.
        Respondent

Andrew R. Anderson
Direct: 515-248-9000
[NTC Retained]
FAEGRE & DRINKER
Firm: 515-248-9000
33rd Floor
801 Grand Avenue
Des Moines, IA 50309-8011

Jacob Bylund
Direct: 515-248-9000
[NTC Retained]
FAEGRE & DRINKER
Firm: 515-248-9000
33rd Floor
801 Grand Avenue
Des Moines, IA 50309-8011

Nicholas A. Klinefeldt
Direct: 515-447-4717
[NTC Retained]
(see above)

David Yoshimura
Direct: 515-447-4738
[NTC Retained]
(see above)

L-3

Donald J. Trump; Bradley Zaun; Mariannette Miller-Meeks

   Petitioners

v.

J. Ann Selzer; Selzer & Company; Des Moines Register and Tribune Company; Gannett Co., Inc.

   Respondents

L-4

| 06/02/2025 | ☐ | Miscellaneous case docketed. [5523693] [25-8003] (MMH) [Entered: 06/04/2025 02:05 PM] |
|---|---|---|
| 06/02/2025 | ☐ 📄<br>33 pg, 554.32 KB | PETITION for Permission to Appeal pursuant to 28 U.S.C. Section 1292(b). (Electronic) filed by Petitioners Mariannette Miller-Meeks, Donald J. Trump and Bradley Zaun w/service 06/02/2025 [5523698] [25-8003]--[Edited 06/13/2025 by EDG to attach Addendum] (MMH) [Entered: 06/04/2025 02:12 PM] |
| 06/16/2025 | ☐ 📄<br>1 pg, 107.04 KB | APPEARANCE filed by Nicholas Klinefeldt for Respondents Des Moines Register and Tribune Company and Gannett Co. w/service 06/16/2025 [5527701] [25-8003] (NAK) [Entered: 06/16/2025 02:59 PM] |
| 06/16/2025 | ☐ 📄<br>1 pg, 106.73 KB | APPEARANCE filed by David Yoshimura for Respondents Des Moines Register and Tribune Company and Gannett Co. w/service 06/16/2025 [5527709] [25-8003] (DY) [Entered: 06/16/2025 03:08 PM] |
| 06/16/2025 | ☐ 📄<br>1 pg, 49.07 KB | APPEARANCE filed by Robert Corn-Revere for Respondents Selzer & Company and J. Ann Selzer w/service 06/16/2025 [5527731] [25-8003] (RC) [Entered: 06/16/2025 03:28 PM] |
| 06/16/2025 | ☐ 📄<br>1 pg, 49.03 KB | APPEARANCE filed by Greg Greubel for Respondents Selzer & Company and J. Ann Selzer w/service 06/16/2025 [5527732] [25-8003] (GHG) [Entered: 06/16/2025 03:31 PM] |
| 06/16/2025 | ☐ 📄<br>1 pg, 49.04 KB | APPEARANCE filed by Adam Steinbaugh for Respondents Selzer & Company and J. Ann Selzer w/service 06/16/2025 [5527744] [25-8003] (ABS) [Entered: 06/16/2025 03:42 PM] |
| 06/16/2025 | ☐ 📄<br>15 pg, 265.39 KB | RESPONSE in opposition to petition for interlocutory appeal [5523698-2] filed by Attorney David Yoshimura for Respondents Des Moines Register and Tribune Company and Gannett Co. , w/service 06/16/2025. [5527751] [25-8003] (DY) [Entered: 06/16/2025 03:50 PM] |
| 06/16/2025 | ☐ 📄<br>3 pg, 109.57 KB | CORPORATE disclosure statement filed by Respondents Des Moines Register and Tribune Company and Gannett Co.. - FOR CAL [5527755] [25-8003] (DY) [Entered: 06/16/2025 03:54 PM] |
| 06/16/2025 | ☐ 📄<br>1 pg, 262.52 KB | APPEARANCE filed by Matthew A. McGuire for Respondents Selzer & Company and J. Ann Selzer w/service 06/16/2025 [5527762] [25-8003] (MAM) [Entered: 06/16/2025 04:06 PM] |
| 06/16/2025 | ☐ 📄<br>4 pg, 129.79 KB | RESPONSE in opposition to petition for interlocutory appeal [5523698-2] filed by Attorney Robert Corn-Revere for Respondents Selzer & Company and J. Ann Selzer , w/service 06/16/2025. [5527796] [25-8003] (RC) [Entered: 06/16/2025 04:59 PM] |
| 06/16/2025 | ☐ 📄<br>3 pg, 98.15 KB | CORPORATE disclosure statement filed by Respondent Selzer & Company. - FOR CAL [5527798] [25-8003] (RC) [Entered: 06/16/2025 05:08 PM] |
| 06/17/2025 | ☐ 📄<br>1 pg, 117.35 KB | APPEARANCE filed by Conor T. Fitzpatrick for Respondents J. Ann Selzer and Selzer & Company w/service 06/17/2025 [5527894] [25-8003] (CTF) [Entered: 06/17/2025 09:36 AM] |
| 06/18/2025 | ☐ | CASE SUBMITTED Ad Panel Submission before Judges Lavenski R. Smith, David R. Stras, Jonathan A. Kobes in St. Louis [5533839] [25-8003] (HAG) [Entered: 07/03/2025 02:56 PM] |
| 06/30/2025 | ☐ 📄<br>3 pg, 70.42 KB | STIPULATION for dismissal filed by Petitioners Donald Trump, Mariannette Miller-Meeks and Bradley Zaun. w/service 06/30/2025 [5532266] [25-8003] (ARO) [Entered: 06/30/2025 02:07 PM] |
| 06/30/2025 | ☐ 📄<br>50 pg, 1.67 MB | MOTION to strike previously filed Stipulation Dismissal, Doc. No. [5532266-2], filed by Attorney Nicholas A. Klinefeldt for Respondents Des Moines Register and Tribune Company and Gannett Co. w/service 06/30/2025. [5532483] [25-8003] (NAK) [Entered: 06/30/2025 08:23 PM] |
| 07/01/2025 | ☐ 📄<br>4 pg, 131.45 KB | MOTION to strike previously filed Stipulation Dismissal, Doc. No. [5532266-2], filed by Attorney Robert Corn-Revere for Respondents Selzer & Company and J. Ann Selzer w/service 07/01/2025. [5532646] [25-8003] (RC) [Entered: 07/01/2025 10:38 AM] |
| 07/03/2025 | ☐ 📄<br>1 pg, 81.22 KB | **JUDGMENT FILED -** The [5523698-2] petition for permission to appeal pursuant to 28 U.S.C. Section 1292(b) is DENIED. The [5532266-2] stipulation for dismissal and [5532646-2] [5532483-2] motions to strike are denied as moot. LAVENSKI R. SMITH, DAVID R. STRAS and JONATHAN A. KOBES Adp June 2025 [5533844] [25-8003] (HAG) [Entered: 07/03/2025 03:03 PM] |
| 07/03/2025 | ☐ 📄<br>1 pg, 77.76 KB | MANDATE ISSUED. [5533847] [25-8003] (HAG) [Entered: 07/03/2025 03:07 PM] |
| 07/08/2025 | ☐ 📄<br>14 pg, 116.83 KB | MOTION to recall the mandate, to modify the opinion, filed by Alan R. Ostergren for Petitioners Mariannette Miller-Meeks, Donald Trump and Bradley Zaun and Edward A. Paltzik for Petitioners Mariannette Miller-Meeks, Donald Trump and Bradley Zaun w/service 07/08/2025. [5534907] [25-8003] (ARO) [Entered: 07/08/2025 03:29 PM] |
| 07/18/2025 | ☐ 📄<br>12 pg, 151.66 KB | RESPONSE in opposition to motion to recall the mandate and modify the opinion [5534907-2], filed by Attorney Nicholas A. Klinefeldt for Respondents Des Moines Register and Tribune Company and Gannett Co. , w/service 07/18/2025. [5539043] [25-8003]--[Edited 07/18/2025 to correct docket text by NDG] (NAK) [Entered: 07/18/2025 04:03 PM] |

L-5

| 07/18/2025 | ☐ 🗎 | RESPONSE in opposition to motion to recall the mandate and modify opinion [5534907-2] filed by Attorney Robert Corn-Revere for Respondents Selzer & Company and J. Ann Selzer , w/service 07/18/2025. [5539074] [25-8003]--[Edited 07/21/2025 to correct docket text by NDG] (RC) [Entered: 07/18/2025 04:47 PM] |
|---|---|---|
|  | 4 pg, 130.14 KB |  |
| 07/24/2025 | ☐ 🗎 | JUDGE ORDER: Petitioners' motion to recall the mandate and modify the judgment [5534907-2] is denied. Adp June 2025 [5540969] [25-8003] (NDG) [Entered: 07/24/2025 01:53 PM] |
|  | 1 pg, 77.63 KB |  |

L-6