# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>J. ANN SELZER, an individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case 4:24-cv-00449-RGE-WPK<br><br>**UNCONTESTED MOTION TO EXTEND DEADLINE TO RESPOND TO MOTIONS TO DISMISS** |

Plaintiff President Donald J. Trump moves to extend the deadline to file resistances to the Defendants' motions to dismiss (ECF 89 and 91) set forth in Local Rule 7(e) by 14 additional days to August 25, 2025. Counsel for Plaintiff requires additional time to research and draft the response due to the substantial volume of the filings and the multitude of complex legal issues presented. Counsel for Defendants have been contacted and do not object to this motion.

Date:  Aug. 1, 2025                                                   Respectfully submitted,

**TAYLOR DYKEMA, PLLC**

/s/ Edward Andrew Paltzik
EDWARD ANDREW PALTZIK
925 E. 25th St.
Houston, TX 77009
(516) 526-0341
edward@taylordykema.com
*(admitted **pro hac vice**)*

**ALAN R. OSTERGREN, PC**

/s/ Alan R. Ostergren
ALAN R. OSTERGREN
500 East Court Avenue
Suite 420
Des Moines, Iowa 50309
(515) 297-0134
alan.ostergren@ostergrenlaw.com

*Counsel for Plaintiff President Donald J. Trump*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the **UNCONSTED MOTION TO EXTEND** was served upon all parties through the courts CM/ECF electronic filing system on August 6, 2025.

/s/ Alan R. Ostergren