## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>J. ANN SELZER, an individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:24-cv-00449-RGE-WPK |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN OPPOSITION TO MOTION TO DISMISS

Plaintiff, President Donald J. Trump ("President Trump") pursuant to Local Rule 7(h), respectfully requests leave to file a 26-page Brief in Opposition to Defendants Des Moines Register and Tribune Company and Gannett Co., Inc.'s Motion to Dismiss. President Trump has conferred with counsel of all parties, and they do not oppose this request. In support, President Trump submits the following:

1. Defendants Des Moines Register and Tribune Company and Gannett Co., Inc.'s Brief in Support of their Motion to Dismiss is an overlength brief, consisting of 26 pages.

2. Local Rule 7(h) limits the length of a brief to 20 pages, unless the Court grants leave to file an overlength brief.

3. Due to the lengthy nature and important legal arguments in the Motion to Dismiss, President Trump requires additional pages to address Defendants' contentions.

4. Therefore, good cause exists for President Trump to file an overlength Brief in Opposition to the Motion to Dismiss

5. The undersigned counsel has conferred with counsel for Defendants, and they do not oppose this request

6. Pursuant to Local Rule 7(h), President Trump has affixed his Brief as "**Exhibit A**"

**WHEREFORE**, President Trump respectfully requests that this Court enter an Order granting him leave to file an overlength Brief in support of his Opposition to Motion to Dismiss, and that the Clerk of Court detach, file, and docket the attached document.

Dated: August 25, 2025

**TAYLOR DYKEMA PLLC**

*/s/ Edward Andrew Paltzik*
914 E. 25th Street
Houston, Texas 77009
(516) 526-0341
edward@taylordykema.com

**ALAN R. OSTERGREN PC**
Alan R. Ostergren
500 East Court Avenue
Suite 420
Des Moines, Iowa 50309
(515) 297-0134
alan.ostergren@ostergrenlaw.com

*Counsel to Plaintiff President Donald J. Trump*

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of **Motion for Leave to File Overlength Brief in Opposition** was served upon all parties of record through the court's CM/ECF electronic filing system on August 25, 2025.

/s/ Alan R. Ostergren