# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>*Defendants*. | Civil Case No. 4:24-cv-449-RGE-WPK<br><br>**DEFENDANTS J. ANN SELZER AND SELZER & COMPANY'S UNRESISTED MOTION FOR LEAVE TO FILE OVER-LENGTH REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS** |

Pursuant to Local Rule 7(h), Defendants J. Ann Selzer and Selzer & Company move, unopposed, for leave to file a 19-page Reply Brief in Support of their Motion to Dismiss Under Rule 12(b)(6). Plaintiff's Revised Amended Complaint and Opposition (ECF No. 101-1) raise important issues under the First Amendment and involve novel theories of tort law. To fully address Plaintiff's statutory and common law claims, J. Ann Selzer and Selzer & Company respectfully request leave to file a reply brief in support of their Motion to Dismiss containing fourteen additional pages beyond the five allotted by Local Rule 7(g). Pursuant to Local Rule 7(k), the undersigned counsel confirms they conferred with counsel for all other parties, and they do not oppose this request.

Dated: August 29, 2025

Respectfully Submitted,

/s/ *Robert Corn-Revere*
Robert Corn-Revere*†
  (DC Bar No. 375415)
Conor T. Fitzpatrick*
  (Mich. Bar No. P78981)

FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave., SE; Suite 340
Washington, D.C. 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Greg H. Greubel
   (Iowa Bar No. AT0015474)
Adam Steinbaugh*
   (Cal. Bar No. 304829)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
   (Iowa Bar No. AT0011932)
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Defendants J. Ann Selzer and Selzer & Company*

*\* Admitted pro hac vice.*
*† Lead counsel*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system, with copies sent to the below-named individuals by electronic mail on August 29, 2025.

/s/ <i>Robert Corn-Revere</i>

Copy to:

EDWARD ANDREW PALTZIK
925 E. 25th St.
Houston, TX 77009
(516) 526-0341
edward@taylordykema.com

ALAN R. OSTERGREN
Attorney at Law
Alan R. Ostergren, PC
500 East Court Avenue Suite 420
Des Moines, Iowa 50309
(515) 297-0134
alan.ostergren@ostergrenlaw.com

*Attorneys for Plaintiffs*