IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>J. ANN SELZER, an individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:24-cv-00449-RGE-WPK<br><br>**PRESS DEFENDANTS DES MOINES REGISTER AND TRIBUNE COMPANY AND GANNETT CO., INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS REVISED AMENDED COMPLAINT** |

Defendants Des Moines Register & Tribune Co. and Gannett Co., Inc. (collectively, "Press Defendants"), by and through their undersigned counsel and pursuant to Local Rule 7(h), respectfully request leave to file a Reply Brief in support of their Motion to Dismiss Revised Amended Complaint in excess of the five-page limit set forth in the Local Rules. Press Defendants have conferred with the Parties, and no Party opposes this Motion. In support of this Motion, Press Defendants state as follows:

1. The revised Amended Complaint spans 144 paragraphs across 41 pages and contains claims for violation of the Iowa Consumer Fraud Act, negligent misrepresentation, and fraudulent misrepresentation. (ECF No. 88-1.) President Trump's claims also implicate important First Amendment principles.

2. President Trump's Memorandum of Law in Opposition to Press Defendants' Motion to Dismiss the revised Amended Complaint spans 27 pages. (ECF No. 107.)

3. Local Rule 7(g) provides that the maximum length of a reply brief is five pages unless the Court grants leave to file an overlength brief.

4. In light of the complexity and importance of the issues raised by the revised Amended Complaint, in the Motion to Dismiss, and in the Opposition to the Motion to Dismiss, Press Defendants require additional pages to fully develop the legal arguments.

5. Good cause thus exists for Press Defendants to file an overlength Reply Brief in support of their Motion to Dismiss.

6. Press Defendants respectfully submit that the interests of justice will be served by permitting the filing of this overlength Reply Brief and that no Party will be prejudiced by granting this Motion.

7. Press Defendants therefore respectfully seek leave of this Court to file an overlength Reply Brief in support of their Motion to Dismiss Revised Amended Complaint.

8. Counsel for Press Defendants have conferred with counsel for President Trump, and counsel for President Trump does not oppose this request.

9. In accordance with Local Rule 7(h), Press Defendants have attached their proposed Reply Brief as "**Exhibit A**."

**WHEREFORE**, for the foregoing reasons, Press Defendants respectfully request that this Court enter an Order granting them leave to file an overlength Reply Brief in support of their Motion to Dismiss Revised Amended Complaint, and that the Clerk of Court detach, file, and docket the attached document.

[*attorney signature block on next page*]

Dated: September 2, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
David Yoshimura, AT0012422
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
*david.yoshimura@faegredrinker.com*

**ATTORNEYS FOR PRESS DEFENDANTS DES MOINES REGISTER AND TRIBUTE COMPANY AND GANNETT CO., INC.**

**CERTIFICATE OF SERVICE**

I certify that on September 2, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all parties participating in the Court's electronic filing system.

*/s/ Paulette Ohnemus*