# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 24, 2025

Alan R. Ostergren
Suite 420
500 E. Court Avenue
Des Moines, IA  50309

  RE:  25-2603  In re: President Donald J. Trump

Dear Counsel:

  Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent in seven days to the Clerk of the United States District Court.

  Susan E. Bindler
  Clerk of Court

NDG

Enclosure(s)

cc: Clerk, U.S. District Court, Southern Iowa
  Robert Corn-Revere
  Conor T. Fitzpatrick
  Greg Harold Greubel
  Nicholas A. Klinefeldt
  Edward A. Paltzik
  Adam Blair Steinbaugh
  David Yoshimura

  District Court/Agency Case Number(s):  4:24-cv-00449-RGE