# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2603

In re: President Donald Trump

Petitioner

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00449-RGE)

---

## MANDATE

In accordance with the judgment of October 24, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 01, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit