IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DONALD J. TRUMP,<br><br>     Plaintiff,<br>v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>     Defendants. | **No. 4:24-cv-00449-RGE-WPK**<br><br>**ORDER DISMISSING CASE** |

On May 23, 2025, the Court denied Plaintiff Donald J. Trump and former Plaintiffs Bradley Zaun and Mariannette Miller-Meeks's motion to remand to state court. ECF No. 65. In the order, the Court granted permission to seek an interlocutory appeal and ordered Trump to file an amended complaint within seven days, removing former Plaintiffs Zaun and Miller-Meeks and eliminating claims exclusive to those Plaintiffs. *Id.* at 11. On the deadline for filing the amended complaint, Trump moved to stay proceedings and extend the deadline while he pursued an interlocutory appeal. ECF No. 66. The Court denied the motion to stay, but extended the deadline for Trump to file an amended complaint to July 18, 2025. ECF No. 70.

On June 30, 2025, Trump filed a notice of voluntary dismissal. ECF No. 71. Defendants moved to strike the notice of voluntary dismissal. ECF Nos. 72, 74. Trump resisted. ECF No. 77. On July 2, 2025, the Court granted the motion to strike because Trump's appeal conferred jurisdiction to the Eighth Circuit over aspects of the case, and Trump had not taken the appropriate steps to dismiss the appeal. ECF No. 78. On July 3, 2025, the Eighth Circuit denied Trump's petition for permission to appeal and issued a mandate. ECF Nos. 81–82. On July 8, 2025, Trump moved to recall the mandate and requested the Eighth Circuit note that his petition for permission

to appeal did not confer jurisdiction on the Eighth Circuit. *See* ECF No. 83 ¶ 8. On July 24, 2025, the Eighth Circuit denied Trump's motion to recall the mandate. ECF No. 87.

On August 13, 2025, Trump filed a Petition for Writ of Mandamus in the Eighth Circuit Court of Appeals. ECF No. 99-1. The Eighth Circuit granted Trump's petition and "direct[ed] the district court to vacate its order striking the notice of voluntary dismissal and treat the case as dismissed without prejudice." ECF No. 117 at 2; *see also* ECF No. 119.

Pursuant to that directive,

**IT IS ORDERED** that the Court's Order Re: Defendants' Motion to Strike, ECF No. 78, is **VACATED**.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 2nd day of December, 2025.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE